UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Gregory Morgenweck

               Plaintiff,

-v-

Vision Capital Advisors, LLC and
Vision Opportunity Capital Management, LLC
and Adam Benowitz and Randolph Cohen

               Defendant.

Case No. 08 CV 2969 (BSJ)(RLE)
ESF CASE

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Gregory Morgenweck     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 3/20/08

Christopher D. Devaney
**Signature of Attorney**

Attorney Bar Code: CDD 3719

Form Rule7_1.pdf  SDNY Web 10/2007