UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
GREGORY MORGENWECK,                  :   No. 08 CV 2969 (BSJ) (RLE)
                                     :
        Plaintiff,           :
                                     :
    -vs-                             :
                                     :
VISION CAPITAL ADVISORS, LLC, VISION :
OPPORTUNITY CAPITAL MANAGEMENT,      :
LLC, ADAM BENOWITZ and RANDOLPH      :
COHEN                                :   AFFIDAVIT OF SERVICE BY
                                     :   FEDERAL EXPRESS
        Defendants.          :
---------------------------------------------------------x
                                     :
VISION CAPITAL ADVISORS, LLC and     :
VISION OPPORTUNITY CAPITAL           :
MANAGEMENT, LLC                      :
                                     :
    Counterclaim Plaintiffs,         :
                                     :
    -vs-                             :
                                     :
GREGORY MORGENWECK,                  :
                                     :
    Counterclaim Defendant.          :
---------------------------------------------------------x

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

        SONJA JOHNSON, being duly sworn, deposes and states:

        I am not a party to this proceeding, am over 18 years of age and am employed by Schulte Roth & Zabel LLP.

        On April 24, 2008, deponent served the Answer and Counterclaim and Rule 7.1 Disclosure Statement upon the following at the address designated for that purpose:

        Christopher D. Devanny, Esq.
        Kent & McBride, P.C.
        Woodbridge Towers
        555 Route 1 South
        Fourth Floor
        Iselin, NJ  08830

10661415.1

      Said service was made by delivering true copies of said documents, enclosed in a post-paid Federal Express envelope, properly addressed to the above-named to Federal Express for overnight delivery.

_____<br>SONJA JOHNSON

Sworn to before me this
25th day of April, 2008.

_____
Notary Public

JEANETTE ARIOLA
Notary Public, State of New York
No. 01AR4788015
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 31, 2009

10661415.1