```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 7, 2008
```

# Schulte Roth & Zabel LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2268

Writer's E-mail Address
david.momborquette@srz.com

May 7, 2008



RECEIVED
MAY -7 2008
CHAMBERS OF
RONALD L. ELLIS
U.S.M.J.

**VIA HAND DELIVERY**

The Honorable Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

    Re: Morgenweck v. Vision Capital Advisors, LLC, et al., No. 08 CV 2969 (BSJ) (RLE)

Dear Judge Ellis:

    We represent defendants and counterclaim plaintiffs Vision Capital Advisors, LLC, Vision Opportunity Capital Management, LLC, and defendants Adam Benowitz and Randolph Cohen in the above-referenced matter. We have received Your Honor's Pre-Trial Conference Order, dated May 5, 2008, scheduling a conference on May 13, 2008 at 10:00 a.m. Unfortunately, we have a conflict on that day in an expedited matter that is scheduled for trial on May 21 and 22. Therefore, we respectfully request that the conference be adjourned until the week of May 26, or thereafter. We are informed by plaintiff's counsel that plaintiff does not object to the proposed adjournment. We have not previously sought an adjournment in this case. We appreciate the Court's consideration of this matter.

*Conference adjourned to June 13, 2008, at 10 a.m., in Courtroom 9A.*

**SO ORDERED**
*Ronald Ellis* 5-7-08
**MAGISTRATE JUDGE RONALD L. ELLIS**

Respectfully submitted,

David K. Momborquette

cc: John P. Shea, Esq. (via email)

10668334.1