UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY MORGENWECK,

                Plaintiff,

- against -

VISION CAPITAL ADVISOR, LLC, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-13-08

**ORDER**

08 Civ. 2969 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on June 13, 2008,

**IT IS HEREBY ORDERED** that all discovery in the case be completed by **October 15, 2008.**

**SO ORDERED this 13th day of June 2008**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge