UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
GREGORY MORGENWECK,                                          :
:
Plaintiff,              :          08 Civ. 2969 (BSJ) (RLE)
:
-against-                                   :
:
VISION CAPITAL ADVISORS, LLC, VISION                         :
OPPORTUNITY CAPITAL MANAGEMENT,                              :
LLC, ADAM BENOWITZ and RANDOLPH                              :
COHEN,                                                       :
:
Defendants.             :
:
------------------------------------------------------------X
:
VISION CAPITAL ADVISORS, LLC and                             :
VISION OPPORTUNITY CAPITAL                                   :
MANAGEMENT, LLC,                                             :
:
Counterclaim Plaintiffs,  :
:
-against-                                   :
:
GREGORY MORGENWECK,                                          :
:
Counterclaim Defendant.   :
:
------------------------------------------------------------X

## NOTICE OF SUBSTITUTION OF COUNSEL

It is hereby stipulated that the law firm of Butzel Long be substituted in the place of Schulte Roth & Zabel, LLP, as attorneys of record for defendants and counterclaim plaintiffs Vision Capital Advisors, LLC, and Vision Opportunity Capital Management, LLC, and defendants Adam Benowitz and Randolph Cohen.

All notices, pleadings, applications, motions and other documents served and filed in this matter should be served on:

>Eric B. Fisher, Esq.
>Butzel Long
>380 Madison Avenue, 22nd Floor
>New York, New York 10017
>Telephone:  212.374.5359
>Facsimile:  212.818.0494
>Email:  fishere@butzel.com

Dated: New York, New York
August 14, 2008

| SCHULTE ROTH & ZABEL, LLP | BUTZEL LONG, a professional corporation |
|---|---|
| By: /s/ David K. Momborquette<br>David K. Momborquette | By: /s/ Eric B. Fisher<br>Eric B. Fisher |
| 919 Third Avenue<br>New York, New York 10022<br>(212) 756-2000<br>david.momborquette@srz.com | 380 Madison Avenue<br>22nd Floor<br>New York, New York 10017<br>fishere@butzel.com |