UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
GREGORY MORGENWECK,

                    Plaintiff,                    08 Civ. 2969 (BSJ) (RLE)

    -against-

VISION CAPITAL ADVISORS, LLC,
VISION OPPORTUNITY CAPITAL
MANAGEMENT, LLC, ADAM BENOWITZ
and RANDOLPH COHEN,

                    Defendants.
-------------------------------------------------------------------x

## DECLARATION OF ERIC B. FISHER

ERIC B. FISHER, pursuant to 28 U.S.C. § 1746, under penalty of perjury, hereby declares as follows:

1. I am an attorney with the law firm of Butzel Long, a professional corporation, counsel for defendants. I submit this declaration in support of defendants' motion for summary judgment.

2. Attached hereto are true and correct copies of the following documents:

| | | |
|---|---|---|
| Exhibit A: | Complaint filed on March 6, 2008. | |
| Exhibit B: | Deposition testimony of Randolph Cohen dated December 12, 2008. | |
| Exhibit C: | Deposition testimony of Gregory Morgenweck dated October 2, 2008. | |
| Exhibit D: | Deposition testimony of Gregory Morgenweck dated October 24, 2008. | |
| Exhibit E: | Demand letter from plaintiff's counsel dated January 31, 2008. | |
| Exhibit F: | Email from plaintiff dated December 27, 2005, transmitting purported consulting bill for 2005. | |

| | |
|---|---|
| Exhibit G: | String of emails, including email dated January 30, 2006 from plaintiff, in which plaintiff writes, "We are good," with reference to Consulting and License Agreement. |
| Exhibit H: | Consulting and License Agreement dated January 31, 2006. |
| Exhibit I: | U.S. Individual Income Tax Return for Gregory Morgenweck (2005) |
| Exhibit J: | U.S. Individual Income Tax Return for Gregory Morgenweck (2006) |
| Exhibit K: | Email from Cohen to Morgenweck dated April 8, 2006, confirming "1099" income for 2005. |
| Exhibit L: | Email from Cohen to Morgenweck dated April 10, 2007, confirming "1099" income for 2006. |
| Exhibit M: | Expert Report of Jonathan Katz dated December 11, 2008. |
| Exhibit N: | Deposition testimony of Adam Benowitz dated December 16, 2008. |

3. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 6th day of March, 2009.

/s/ Eric B. Fisher
Eric B. Fisher