# EXHIBIT B



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------

GREGORY MORGENWECK,

      Plaintiff,

      Index No: 08CV2969(BSJ)(RLE)
  -against-

VISION CAPITAL ADVISORS, LLC,
VISION OPPORTUNITY CAPITAL MANAGEMENT,
LLC, ADAM BENOWITZ AND RANDOLPH COHEN,

      Defendants.
-----------------------------------------
VISION CAPITAL ADVISORS, LLC AND VISION
OPPORTUNITY CAPITAL MANAGEMENT, LLC,

      Counterclaim Plaintiff,

  -against-

GREGORY MORGENWECK,

      Counterclaim Defendant.
-----------------------------------------
      380 Madison Avenue
      New York, New York .

      December 12, 2008
      9:12  A.M.


   EXAMINATION BEFORE TRIAL of RANDOLPH

COHEN, the Defendant herein in the

above-captioned action, pursuant to Notice,

held at the above-noted time and place before

Gabrina Lombardo, a Notary Public of the State

of New York.

     Jaguar Reporting, Inc.
      718 858-7700

```
 1

 2                A P P E A R A N C E S

 3
      LAW OFFICES OF KENT & MCBRIDE, P.C.
 4              Attorney for Plaintiff
      1617 JFK Boulevard
 5    Suite 1200
      Philadelphia, Pennsylvania  19103
 6
      BY:  JOHN P. SHEA, ESQ.
 7

 8
      BUTZEL LONG, ESQS.
 9              Attorney for Defendants
      380 Madison Avenue
10    22nd Floor
      New York, New York  10017
11
      BY:  ERIC B. FISHER, ESQ.
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1
2                    FEDERAL STIPULATIONS
3
4          IT IS HEREBY STIPULATED AND AGREED by
5     and between the parties hereto, through their
6     respective counsel, that the certification,
7     sealing and filing of the within examination
8     will be and the same are hereby waived;
9          IT IS FURTHER STIPULATED AND AGREED that
10    all objections, except as to the form of the
11    question, will be reserved to the time of the
12    trial;
13         IT IS FURTHER STIPULATED AND AGREED that
14    the within examination may be signed before any
15    Notary Public with the same force and effect as
16    if signed and sworn to before this Court.
17
18
19
20
21
22
23
24
25
```

```
 1.                         R. COHEN

 2    R A N D O L P H   C O H E N,

 3            the Defendant herein, having first been

 4    duly sworn by Gabrina Lombardo, a Notary Public

 5    of the State of New York, was examined and

 6    testified as follows:

 7    BY THE REPORTER:

 8            Q       Would you please state your

 9    full name for the record.

10            A       Randolph Baer Cohen.

11            Q       Would you please state your

12    address for the record.

13            A       1770 Massachusetts Avenue,

14    #607, Cambridge, Massachusetts  02140.

15    EXAMINATION BY

16    MR. SHEA:

17            Q       Good morning, Mr. Cohen.   I

18    introduced myself a couple minutes ago.   My

19    name is John Shea and I represent the

20    plaintiff in this matter, Gregory Morgenweck.

21    I'm going to be asking you questions today

22    regarding some personal background, business

23    background, about Mr. Morgenweck, and about

24    some of your business enterprises.  Before I

25    get started I just want to give you some brief
```

```
 1                    R. COHEN
 2    instructions.  As you see, we have a court
 3    reporter taking down everything you say.  She
 4    has sworn you in.  The testimony you give here ·
 5    today has the same effect as if you were in a
 6    courtroom.  Therefore, it's important that you
 7    understand the question I am asking you before
 8    you answer it.  We don't want you to guess.
 9    We want your best answer here today.  If at
10    any time you don't understand a question I'm
11    asking you to please just let me know.  That's
12    important because once you answer the question
13    it's going to be presumed that you understood
14    the question and answered it to the best of
15    your ability.  I don't know how long we're
16    going to be here today.  We will definitely be
17    out of here before 3:00.  We'll probably take
18    a couple of breaks for whatever reason, but if
19    at any time you need to take a break as long
20    as it's not in the middle of a question please
21    just let your attorney know, let us know and
22    we'll be happy to accommodate you.  Are you
23    currently taking any medications which you
24    know to affect your ability to understand or
25    comprehend questions?
```

```
 1                         R. COHEN

 2          A       No.

 3          Q       Are you taking any medications

 4   which affect your memory at all?

 5          A       No.

 6          Q       And your name is Randolph Baer

 7   Cohen, correct?

 8          A       Yes.

 9          Q       The address which you've given

10   us is 1770 Massachusetts Avenue, number 607,

11   Cambridge, Massachusetts?

12          A       Yes.

13          Q       Do you maintain more than one

14   place of residence?

15          A       Yes.

16          Q       What are the other places of

17   residence?

18          A       The Massachusetts Avenue

19   address is a box which is where I receive

20   mail, that's why I hesitated.  I have a house

21   in Cambridge Massachusetts, and I have an

22   apartment in Manhattan.

23          Q       Could you just provide me with

24   a brief history of your educational

25   background?
```

```
 1                              R. COHEN

 2          A        I went to high school at

 3   Germantown Academy in Fort Washington,

 4   Pennsylvania, I went to college at Harvard

 5   College, and I received a PHD from University

 6   of Chicago.  I graduated Harvard in 1987 and

 7   University of Chicago in 1998.

 8          Q        What was your degree that you

 9   received at Harvard?

10          A        Mathematics, AB in mathematics.

11          Q        What was your PHD in?

12          A        Finance and economics.

13          Q        Do you have any other degrees?

14          A        No.

15          Q        Have you received any honorary

16   degrees?

17          A        No.

18          Q        What is your current

19   employment?

20          A        I'm an associate professor of

21   finance at Harvard Business School, and I also

22   work at Vision Capital Advisors.

23          Q        How long have you been an

24   associate professor at Harvard?

25          A        Well, I began at Harvard in
```

```
 1                         R. COHEN
 2    1998.  I believe I was promoted to associate
 3    in 2004, but I might be off by a year there.
 4    I was an assistant professor when I began and
 5    now I'm an associate professor.
 6         Q       So you were an assistant
 7    professor for, approximately, six years?
 8         A       Correct.
 9         Q       Do you hold any other positions
10    at Harvard?
11         A       No.
12         Q       How long have you been at
13    Vision Capital Advisors?
14         A       Vision Capital Advisors began I
15    believe in 2005.
16         Q       Before 2005 was Vision Capital
17    Advisors known by some other name?
18         A       Well, it's slightly confusing.
19    We had a consulting firm which was called
20    Vision Capital.  It may in fact been called
21    Vision Capital Advisors.  That I believe began
22    in 2003.  Later when we created the investment
23    advisor that has the name Vision Capital
24    Advisors we changed the name of the consulting
25    firm to something else, and the consulting
```

```
 1                        R. COHEN
 2   firm hasn't really been active recently.
 3          Q      What name was Vision Capital
 4   the consulting firm, what name was that
 5   changed to?
 6          A      I don't recall actually because
 7   we hadn't been using that.
 8          Q      What is Vision Capital
 9   Opportunity Fund?
10          A      I don't believe that I'm aware
11   of any entity with that name.
12          Q      Have you ever heard that name
13   before?
14          A      Not exactly, no.  Not that
15   name, no.
16          Q      Have you heard a name similar
17   to that?
18          A      Yes.
19          Q      What name?
20          A      There's something called the
21   Vision Opportunity Master Fund, and then there
22   are various Vision Opportunity feeder funds.
23   My understanding is that it's proper legally
24   to refer to this collection of master feeder
25   funds as the Vision Opportunity Fund.  So I
```

```
 1                          R. COHEN
 2     just want to clarify, these names are a little
 3     confusing.  The Vision Opportunity Fund is a
 4     fund that is managed by the investment advisor
 5     that's called Vision Capital Advisors now.
 6          Q        What type of company is Vision
 7     Capital Advisors?  In other words, is it an
 8     LLC, LLP?
 9          A        LLC.
10          Q        And that was incorporated in
11     2005?
12          A        To the best of my recollection.
13     And it was incorporated under the name --
14                   MR. FISHER:  Take your time.
15          And if you can't recall exactly you can
16          indicate.
17          A        I had it a minute ago.
18          Q        We'll move on and sometimes it
19     will pop up.
20                   MR. FISHER:  If it comes to you
21          later you can let Mr. Shea know and we
22          can add it to the transcript at that
23          point.
24          Q        Do you know what state in which
25     it was incorporated?
```

1                         R. COHEN

2         A        I believe it's incorporated in

3    Delaware.

4         Q        You just told us that Vision

5    Capital Opportunity Fund was managed by Vision

6    Capital Advisors.  Vision Capital Opportunity

7    Fund, is that an LLC, an LLP, do you know?

8         A        Vision Opportunity Master Fund

9    I believe is a Cayman Islands Partnership so

10   I'm a little uncertain of legal structure.

11   Maybe LTD, but I'm not sure.

12        Q        I just want the record to be

13   clear.  When you said before that the Vision

14   Capital Opportunity Fund was managed by Vision

15   Capital Advisors did you mean that Vision

16   Capital Opportunity Master Fund was --

17        A        I want to be clear that I'm not

18   aware of any entity called Vision Capital

19   Opportunity Fund.

20        Q        Okay.

21        A        There's something called Vision

22   Opportunity Master Fund.

23                 MR. FISHER:  Without the

24        capital.

25        A        And then there are feeder funds

```
 1                    R. COHEN
 2   with other names and collectively I refer to
 3   that as, and to my understanding it's proper
 4   legally to refer to this collection of funds
 5   as the Vision Opportunity Fund.  The Vision
 6   Opportunity Fund is advised by Vision Capital
 7   Advisors, LLC.  That's my understanding of the
 8   legalities.
 9        Q        The Vision Opportunity Fund, is
10   that some type of business entity; is that an
11   LLC, an LLP?
12        A        It is.  Vision Opportunity
13   Fund?
14        Q        Yes.
15        A        Vision Opportunity Fund is a
16   legal term that references a group of things
17   that are LLCs, and LLPs, and LLTs.  There's
18   one legal name so that you don't have to give
19   a list of all the masters and feeders each
20   time you want to refer to this group of
21   entities.  Therefore, Vision Opportunity Fund
22   I don't believe is an LLC or an LLP because
23   it's a legal name for a bunch of things that
24   are.
25                 MR. FISHER:  I believe Mr.
```

```
 1                          R. COHEN

 2            Cohen testified that the master fund is

 3        a Cayman Islands partnership.

 4                     THE WITNESS:  That's my

 5        understanding.

 6        Q        Do you know when the Vision

 7   Opportunity Master Fund came into an

 8   existence?

 9        A        Sure.  It should be June of

10   2005 if I recall correctly.  By the way, I

11   believe that the original name of the advisor

12   was Vision Opportunity Capital Partners,

13   that's my best recollection.

14                     MR. SHEA:  Can you read back

15        his answer?

16                     (At which time, the requested

17        portion of testimony was read back by

18        the reporter.)

19        Q        So the Vision Opportunity

20   Capital Advisors --

21        A        Vision Opportunity Capital

22   Partners was the name of the advisor.

23        Q        That was the name prior to

24   becoming Vision Capital Advisors?

25        A        Right.
```

```
 1                          R. COHEN
 2          Q       Now, the consulting firm Vision
 3   Capital, do you know what type of corporation
 4   or what type of business entity that was?
 5          A       I believe that was an LLC and
 6   still is, but with a different name.
 7          Q       Do you know the legal name?
 8          A       I don't recall.
 9          Q       What was the purpose of Vision
10   Capital the consulting firm?
11          A       The consulting firm found
12   investors who were interested in investing in
13   companies and helped those investors think
14   through the problem of whether to invest in
15   those companies.
16          Q       What's the purpose of Vision
17   Capital Advisors?
18          A       Vision Capital Advisors is an
19   advisor to a group of pools of capital that
20   make investments of various kinds in markets.
21   It's a registered investment advisor.
22          Q       Is Vision Capital Advisors a
23   hedge fund?
24          A       I think that would be a
25   perfectly reasonable characterization.  I just
```

```
 1              R. COHEN
 2   want to be careful with the technicalities in
 3   that the fund is the pools of capital
 4   technically.  Vision Capital Advisors is an
 5   advisor to those funds.  I'm not trying to be
 6   difficult.  I think Vision Capital Advisors is
 7   what is commonly referred to say by a
 8   newspaper as a hedge fund.  But technically my
 9   understanding is Vision Capital Advisors is an
10   advisor and the funds are the pools of
11   capital.
12        Q         Would I be correct in stating
13   then that Vision Opportunity Master Fund and
14   all the feeder funds that you had talked about
15   which we are referring to collectively as the
16   Vision Opportunity Fund, is that the hedge
17   fund?
18        A         To me that's a hedge fund.
19        Q         Did you work for the consulting
20   firm Vision Capital?
21        A         Yeah, I was a co-owner and I
22   worked for Vision Capital Advisors the
23   consulting firm.
24        Q         Between 2005 and the present
25   have you worked for anyone other than Harvard
```

1                          R. COHEN

2     University or Vision Capital Advisors?

3            A        I've been paid to give speeches

4     at a number of conferences and I had a

5     business called Gargoyle Partners which still

6     exists.  There hasn't been significant work

7     done for Gargoyle Partners recently, but I

8     believe there was certainly work done in 2005

9     and I think into 2006.

10           Q        How often do you give speeches?

11           A        I give speeches fairly often.

12    I would say I probably gave a dozen speeches

13    this year, most of which were not compensated.

14           Q        Is that about an average amount

15    that you would do annually?

16           A        I think so.  It might even be

17    somewhat more say between ten and twenty.

18           Q        Who are these speeches to

19    generally speaking?

20           A        I speak typically either at

21    hedge fund conferences or investment

22    management conferences.  Sometimes those

23    conferences are managed by an individual

24    company, and sometimes it is a conference

25    where a conference organizing firm invites

```
 1                          R. COHEN

 2      people or has people from many different

 3      companies come to the conference.

 4           Q      Are these conferences held at

 5      generally one geographical area, all over the

 6      country?

 7           A      No, they're all over.

 8           Q      Do you talk outside of the

 9      U.S.?

10           A      Sometimes.

11           Q      From 2003 to 2005 you were

12      working for Harvard at that time, correct?

13           A      Yes.

14           Q      And you were also working, you

15      were co-owner and worked for Vision Capital

16      the consulting firm, correct?

17           A      Yes.

18           Q      Were you working for anyone

19      else other than giving the speeches which we

20      just talked about?

21           A      For Gargoyle Partners.

22           Q      When did you begin working for

23      Gargoyle?

24           A      I believe that work for

25      Gargoyle began in 2003 probably in the summer
```

1                    R. COHEN

2    or fall.

3         Q    What was Gargoyle?

4         A    Gargoyle was a firm created to

5    develop and implement quantitative investment

6    strategies.

7         Q    What's a Quant Arb?

8         A    Quant Arb is a term used to

9    describe investment strategies where

10   historical data on stocks and on the economic

11   environment is processed by computer software

12   and the software then produces forecasts of

13   performance by different stocks and therefore

14   leads to information that can be used to

15   select stocks to buy or sell.

16        Q    Is Quant Arb a type of fund, a

17   type of investment?

18        A    Yeah, I would say it's an

19   approach to investing.

20        Q    Did Gargoyle use a Quant Arb

21   approach?

22        A    Yes.

23        Q    Would you ever have referred to

24   Gargoyle as the Quant Arb?

25        A    Yes.

```
 1                    R. COHEN
 2              MR. FISHER:  I didn't indicate
 3         earlier, I don't think we've yet
 4         treaded on sensitive or proprietary
 5         confidential information, but I'm going
 6         to designate the transcript as
 7         confidential subject to the protective
 8         in order in the case.
 9              MR. SHEA:  I think it's part of
10         the protective order.
11              MR. FISHER:  I think it is, but
12         I think you specifically need to
13         designate it so I just want to be clear
14         for the record.
15         A      If I could continue answering
16    the previous question, it's also the case that
17    prior to the formation of Gargoyle I worked on
18    other Quant Arb or quantitative investment
19    strategies and so it's not automatic that if I
20    used the term Quant Arb it was specifically
21    with reference to Gargoyle.  It could have
22    referred to either academic research in
23    quantitative strategies or to some previous
24    work, but certainly Gargoyle would be a thing
25    that I might refer to as Quant Arb.
```

1                         R. COHEN

2            Q        After 2003 were there other

3    things which you would have worked on that you

4    would have quantified or described as Quant

5    Arb?

6            A        Possibly in terms of my

7    academic research.  In context it would

8    probably usually be fairly clear whether I was

9    referring to Gargoyle, but there was not

10   another company after 2003 that I would have

11   called Quant Arb other than Gargoyle after mid

12   2003 let's say.  In early 2003 I was working

13   on another Quant Arb strategy.

14           Q.       Prior to 2003 were you working

15   for anyone other than Harvard?

16           A        Yes.

17           Q        Who was that?

18           A        I worked with Vega Asset

19   Management on a quantitative investment

20   strategy.

21           Q        Where is Vega Asset Management?

22           A        New York.  I believe they're

23   headquartered in Madrid, but the office I

24   worked in was in New York.

25           Q        What did you do for them?

```
 1                    R. COHEN

 2        A       Together with other people I

 3   developed and implemented a quantitative

 4   investment strategy.

 5        Q       Were you an employee, a

 6   consultant; what were you designated as?

 7        A       I believe I was a consultant, I

 8   would consult.

 9        Q       Were you paid a consultant fee?

10        A       I believe that there was a

11   small consulting fee and there was also a

12   percentage of profits.  There was a contract

13   that I believe specified a percentage of

14   profits.  Unfortunately, we never did receive

15   any profit percentage payments.  In principle

16   there could have been.

17                MR. FISHER:  Off the record.

18                (Whereupon, a discussion was

19         held off the record.)

20        Q       Have you ever had your

21   deposition taken before?

22        A       No, not to my recollection.

23        Q       Why did you not receive a

24   percentage of profits?

25        A       The net profits were not
```

```
 1                          R. COHEN

 2    positive.

 3         Q       So there were no net profits?

 4         A       That's correct.

 5         Q       You said you had a contract

 6    with Vega?

 7         A       I believe so.

 8         Q       A written contract?

 9         A       I believe so, yeah.

10         Q       You said you were a founder of

11    Vision Capital the consulting firm?

12         A       Yes.

13         Q       Who else was a founder of that?

14         A       Adam Benowitz.

15         Q       What was the split of

16    ownership?

17         A       Fifty-fifty.

18         Q       Were you to receive

19    compensation for your work with Vision Capital

20    the consulting group?

21         A       I was to receive just my

22    partnership share.

23         Q       And that was the fifty percent?

24         A       Yes.

25         Q       Fifty percent of what?
```

```
 1                          R. COHEN
 2           A       Well, I mean if the partnership
 3      had revenue in excess of its expenses then it
 4      was my belief that I owned fifty percent of
 5      that net money owned by the firm.
 6           Q       So fifty percent of the net
 7      profits?
 8           A       Sure.
 9           Q       Did you also receive any type
10      of salary?
11                   MR. FISHER:  Objection as to
12           form.  You can answer.
13           A       No.
14           Q       Do you know if Adam was to
15      receive salary from Vision Capital the
16      consulting group?
17           A       I'm not certain.
18           Q       And Vision Capital the
19      consulting group, that began in 2003 we
20      established, correct?
21           A       That's what I believe, yes.
22           Q       Do you know if there were any
23      net profits in 2003 at Vision Capital
24      Consulting?
25           A       I strongly suspect there were
```

```
 1                    R. COHEN

 2   not.

 3        Q       Why do you say you strongly

 4   suspect there were not?

 5        A       My recollection is that in 2003

 6   we began looking for opportunities for

 7   consulting, but that our first actual sort of

 8   successful work with a client was not until

 9   January 2004.

10        Q       In 2004 was there a net profit

11   from Vision Capital Consulting?

12        A       I believe there probably was.

13        Q       Do you recall receiving a share

14   of the net profits?

15        A       I don't have specific

16   recollection, but it seems probable that I

17   received payments I think in 2004.

18        Q       Do you know if Adam Benowitz

19   received a percentage of the net profits?

20        A       I would guess that if I did he

21   did.  And so I suspect I did and I suspect he

22   did.  I'm just uncertain as to when any

23   payments might have been received by that firm

24   and when they would have been paid out, but it

25   would have been my guess that we would have
```

1                        R. COHEN

2    had some in 2004.

3         Q      Other than yourself who else .

4    would know whether or not you received a

5    percentage share of net income in 2004 that

6    was working at Vision Capital Consulting?

7         A      I'm not sure.  It's something

8    that presumably records could be checked, but

9    I don't know if there is anyone who would

10   necessarily have that specific recollection.

11        Q      Who was in charge of your

12   payroll in 2004?

13               MR. FISHER:  Objection as to

14        form.  Your payroll you're talking now

15        about Vision Capital the consulting

16        group?

17               MR. SHEA:  Yeah.

18        Q      In 2003 when Vision Capital the

19   consulting firm was organized, created did you

20   have someone in charge of payroll?

21        A      Right.  My recollection of

22   which of the people who worked with us started

23   exactly when is uncertain.  At some point

24   Jordan Fraser was helping us, and at later

25   points David Berger got involved in the

1                    R. COHEN

2      company, but I just don't recall exactly.

3      There was at one point Antti Uusiheimala.

4          Q        From here on out through the

5      deposition we'll refer to him as just Antti.

6      When Vision Capital Consulting was created in

7      2003 obviously you and Adam were working for

8      Vision Capital Consulting, correct?

9          A        Correct.

10         Q        Do you know who else was

11     working in 2003 for Vision Capital Consulting?

12         A        As I said, I just don't recall

13     when Jordan started, when David started, and

14     when Antti started.  I believe Jordan started

15     first, but I can't recall whether it was in

16     2003 or in 2004.  I'm sort of uncertain as to

17     the start dates of each of those people.

18         Q        Are those the only three people

19     that you recall ever working for Vision

20     Capital Consulting?

21         A        Those are the only ones I

22     recall.  It's possible that if you say other

23     names I'll say oh yes, perhaps that person did

24     work for the consulting firm, but those are

25     the ones that I recall.

1                          R. COHEN

2         Q       How do you know Adam Benowitz?

3         A       I met Adam in junior high

4    school.

5         Q       In Philadelphia?

6         A       Yes, Fort Washington.

7         Q       Had you ever worked with Adam

8    prior to creating Vision Capital Consulting?

9         A       Yes, Adam worked with me on the

10   project for Vega.

11        Q       So that's the first time you

12   worked with Adam?

13        A       Yes, I believe so.  I'm barring

14   anything we did as kids, a lemonade stand and

15   such.

16        Q       When did you begin your work

17   with Vega?

18        A       Fall of 2002.

19        Q       Prior to 2002 were you working

20   for anyone other than Harvard?

21        A       Yes, at different times.  It's

22   common for professors to consult.

23        Q       What type of consulting would

24   you do?

25        A       I consulted for a firm that was

```
 1              R. COHEN
 2    an internet company giving advice to investors
 3    on managing taxes and transaction costs.  I
 4    helped devise a quantitative strategy for a
 5    firm that never actually launched the strategy
 6    because their funding dried up, but I worked
 7    and was compensated for developing that
 8    quantitative investment strategy.  I worked
 9    with a firm that did executive training.  That
10    firm later just broadened in executive
11    training consulting and I did training for
12    them.  Those are probably the most important
13    in that period.
14         Q      You began at Harvard in 1998 as
15    an assistant professor.  In between 1987 when
16    you graduated from Harvard and 1998 what type
17    of jobs did you have?
18         A      Well, I worked as an actuary, a
19    management consultant, from 1989 to 1993.
20    Between '87 and '89 I started a company, it
21    was called Boston Auto Brokers.  It was a
22    relatively unsuccessful company.  Then in
23    1993, of course, I went to graduate school so
24    I received a stipend from the school and did
25    some tutoring and other odd jobs.
```

Case 1:08-cv-02969-BSJ-RLE   Document 24-2   Filed 03/06/09   Page 31 of 73

```
 1                         R. COHEN

 2          Q       Then once you received your PHD

 3   you went to work at Harvard?

 4          A       That's right.

 5          Q       Since 1998 being a professor,

 6   whether it be an assistant or associate

 7   professor, has been your full-time job?

 8          A       I would say that's right.

 9          Q       Currently how many hours do you

10   dedicate to your job at Harvard?  Quantify it

11   whatever way you want to.

12          A       I teach thirty days a year, and

13   then I spend a fair amount of time on research

14   activities.  My academic research obviously is

15   work for Harvard, but it also benefits the

16   business I believe since my academic research

17   is in the area of hedge funds.  So it's sort

18   of in a gray area between business work and

19   work for Harvard.  I would say the thirty days

20   of teaching are the part that are fairly clear

21   for Harvard.  The rest of my time is all

22   activity that benefit the business, but some

23   of them benefit Harvard too.

24          Q       What is your current salary at

25   Harvard?
```

| 1 | | R. COHEN |
|---|---|---|

1       R. COHEN

2           A       I don't recall exactly, but I

3       would guess it's in the range of $225,000 a

4       year.

5           Q       Has that changed in the last

6       five years?

7           A       It goes up a few percent each

8       year.

9           Q       In 2003 do you know what your

10      salary was at Harvard?

11          A       I would guess it was probably

12      in the neighborhood of $180,000.

13          Q       Was anyone else involved with

14      developing or founding Gargoyle?

15          A       Yes, Christopher Polk and I

16      founded Gargoyle.

17          Q       Who is Christopher Polk?

18          A       Christopher Polk is a professor

19      currently teaching at the London School of

20      Economics. At the time of Gargoyle he was

21      teaching at Northwestern University.

22          Q       How did you meet Christopher?

23          A       We were in graduate school

24      together at the University of Chicago.

25          Q       When you began Gargoyle in 2003

```
 1                         R. COHEN

 2    other than yourself and Mr. Polk who else was

 3    involved with working with Gargoyle?

 4         A        I would say at the moment of

 5    creation it was me and Christopher.  Over time

 6    we began working with Greg Morgenweck on the

 7    information technology aspects of the

 8    business.

 9         Q        Was Adam at all involved with

10    Gargoyle?

11         A        Adam was not a partner in

12    Gargoyle.

13         Q        Did he have any involvement

14    with Gargoyle?

15         A        I would say he helped us to

16    meet people who might help us.  The firm that

17    Gargoyle ended up sort of developing a

18    strategy for was run by Steve Bloom, who was

19    Adam's old boss, so Adam was very helpful in

20    making introduction.

21         Q        What was the name of that

22    company?

23         A        Sagamore Hill Capital

24    Management or Capital Partners.

25         Q        Other than being in a conduit
```

```
1                    R. COHEN

2    to introduce you to people did Adam take any

3    other active role or any active role at all in

4    Gargoyle?

5         A       Adam is probably my best friend

6    so he was somebody I talked to frequently

7    about anything and everything in the money

8    management business.  So he wasn't an equity

9    owner and he wasn't an employee, but he was

10   somebody who was very helpful to us in a way

11   that would be normal for I think somebody that

12   you're close with and had great respect for

13   them and they had useful connections and

14   knowledge.

15        Q       We've talked about Vision

16   Capital Consulting, Vision Capital Advisors,

17   Vision Opportunity Master Fund, Vision

18   Opportunity Fund, Vision Opportunity Capital

19   Partners.  Sitting here today --

20        A       Can I make a correction?

21        Q       Sure.

22        A       Vision Opportunity Capital

23   Management is the right name for the original

24   name of the advisor.  Vision Opportunity

25   Capital Partners is I think one of the feeder
```

| | |
|---|---|
| 1 | R. COHEN |

2    funds.  I apologize for the confusion.  I now

3    believe that the correct initial name of the

4    registered investment advisor, which now goes

5    by the name of Vision Capital Advisors, the

6    original name was Vision Opportunity Capital

7    Management.  I think I mis-spoke earlier.  I

8    may have said Vision Opportunity Capital

9    Partners which is a different entity.

10        Q       Are you aware of any other

11    entity which we have not discussed which had

12    the name Vision Capital in it or as part of

13    it?

14        A       Again, as I said, in addition

15    to the master fund there are feeder funds.  We

16    created a fund that invests in China in late

17    2007.  That's called Vision Opportunity China

18    Fund Limited.  That's all I can think of right

19    now.  There was something called Vision

20    Intermediate Master Fund I think that was

21    created in 2006 or 2007, 2007 I think.  All of

22    these are part of the group that I call Vision

23    Opportunity Fund except for the China Fund.

24    The China Fund is a separate entity.

25        Q       Vision Capital Consulting, and

1           R. COHEN

2   we've been calling it Vision Capital

3   Consulting, you don't know what the legal name

4   of it was?

5        A      I think that the legal name

6   back at the time was Vision Capital Advisors,

7   and I don't know the current legal name.  When

8   we re-named Vision Opportunity Capital

9   Management Vision Capital Advisors we renamed

10  the consulting firm something else.

11       Q      Was Vision Capital Advisors the

12  consulting firm, or was that the firm that

13  came after the consulting firm?

14       A      I believe that we used the name

15  Vision Capital Advisors for the consulting

16  firm way back when, but you can see the

17  confusion then because now a different firm

18  has that name.  That originally was named

19  Vision Opportunity Capital Management hence it

20  may be useful for us to continue to refer to

21  it as Vision Capital Consulting Firm or

22  something of that nature.

23       Q      In any event, whatever the name

24  was that was the first entity that was created

25  back in 2003?

| | |
|---|---|
| 1 | R. COHEN |
| 2 | A Right. I don't remember the |
| 3 | exact date of its legal creation, but that's |
| 4 | right. Back in 2003 we started doing |
| 5 | consulting business and referring to it as |
| 6 | Vision. |
| 7 | Q You and Adam co-founded Vision |
| 8 | Capital Consulting and you talked about what |
| 9 | the purpose of it was. Did you envision that |
| 10 | lead into something else? |
| 11 | A At the time we just wanted it |
| 12 | to grow bigger in terms of the business that |
| 13 | we were doing. |
| 14 | Q Did the consulting firm lead to |
| 15 | the creation of what became Vision Opportunity |
| 16 | Capital Management? |
| 17 | A There was certainly a |
| 18 | relationship there. The strategy of Vision |
| 19 | Opportunity Capital Management is somewhat |
| 20 | different from what we did in the consulting, |
| 21 | but clearly there was a relationship there, |
| 22 | yes. |
| 23 | Q You gave me the name Jordan |
| 24 | Fraser, David Berger, and Antti as people that |
| 25 | you recall sitting here today as working for |

1                          R. COHEN

2       Vision Consulting.  I'm not asking for

3       specific names.  Do you know the type of

4       people you would have had working that would

5       have been working for Vision Consulting?

6                    MR. FISHER:  Objection as to

7              form.

8              A       Those are the only people that

9       I recall working for us in the consulting

10      period, and I can't even swear that all of

11      them were working prior to the formation of

12      the investment advisor in June 2005.  I just

13      don't remember exactly which people started

14      when.  So if you said to me that Antti

15      actually started in August of 2005 or whatever

16      then okay, so be it.  But if you ask what my

17      best guess is my best guess is that those

18      three people worked for us while we were doing

19      the consulting.

20             Q       When you created Vision

21      Consulting do you know if you had any analyst

22      working for you?

23             A       Analyst working for us?  I

24      don't believe that we had somebody working for

25      us that I would call an analyst.  But again,

1                    R. COHEN

2    we have analysts working for us now and it's

3    possible that one of them started working for

4    us back during the consulting period and then

5    was later hired by the investment advisor, but

6    I don't recall that.  If you're thinking of

7    someone you could remind me and maybe I'll

8    remember.

9          Q       When you were looking you said

10   that the purpose of Vision Consulting was to

11   find investors who were interested in

12   investing in companies.

13         A       Right.

14         Q       What type of companies were you

15   looking to have these people invest in?

16         A       Could you clarify what you mean

17   by what type of companies?

18         Q       I mean any type of company.

19   When you say you were looking to find

20   investors who were interested in investing in

21   companies, I'm just trying to find out what

22   you meant by companies.

23         A       What I mean is companies that

24   are looking to raise money directly into the

25   company.  In other words, we were not advising

| 1 | R. COHEN |

2   people to go out and buy a stock in the

3   market.  What we were doing was discussing

4   with people the possibility of them buying

5   stock directly from a company by investing

6   directly into that company.  So certain

7   companies are looking to raise money and they

8   say we need to raise five million dollars to

9   execute our business plan, and we were seeking

10  investors who were interested in making that

11  sort of investment in which you put money

12  directly into the company and get stock.

13          Q      When you would meet with these

14  potential investors did you do any type of due

15  diligence?

16          A      You mean due diligence on the

17  investors?

18          Q      Yes.

19          A      Well, I'm not sure what would

20  constitute diligence on investors.  An

21  investor is an investor.  As a consultant to

22  someone I'm not sure what kind of diligence I

23  would have done.  I would receive an

24  introduction so the person who introduced me

25  to the investor I might ask them to tell me

```
 1                        R. COHEN
 2    what they knew about the investor.  Could you
 3    be more specific?
 4         Q        Would you know if Vision
 5    Consulting did any type of background check on
 6    these potential investors?
 7         A        I don't recall doing any
 8    background checks.
 9         Q        Do you know if anyone at Vision
10    Consulting would have?
11         A        I don't recall anyone at Vision
12    Consulting doing background checks on
13    potential investors.  And I don't have in mind
14    anyone who I think that person would have
15    normally done background checks.
16         Q        If someone came to you and said
17    I'm interested in investing X amount of money
18    into a company would you have taken them at
19    their word that they were able to make that
20    commitment?
21         A        What do you mean by able?
22         Q        How would you verify that they
23    had the capability of making the investment?
24         A        In other words, because they
25    were the one making the investment not us.  If
```

```
 1                           R. COHEN

 2     they weren't capable of making the investment

 3     they wouldn't make it.  If you say to me I

 4     want to put $250,000 into a company and I say

 5     okay here's how you would do that and then you

 6     don't actually put the money in because you're

 7     not capable of doing so then you wouldn't make

 8     the investment.  We never took the money,

 9     that's the key point.  We were a consultant.

10     Investors did not send us money to put into

11     companies.  Investors directly invested into

12     companies with our advice.

13          Q     Who would recommend what

14     companies to invest in?  When you gave advice

15     to someone who came to you and you advised

16     them on whether or not to invest in a company

17     who would come up with that company; would it

18     be Vision Consulting?

19          A     Generally when the companies

20     that we introduced investors to were

21     identified to individuals named Jim Crombie

22     Joe Gil.

23          Q     Who is Jim Crombie and Joe Gil?

24          A     Well, Jim is someone that Adam

25     knew.  I believe that Jim had worked at a firm
```

1                          R. COHEN

2      and Adam worked at that firm later and they

3      met there.  Jim I believe was managing a fund

4      of some sort at the time, but was interested.

5      He felt that he and Joe, Joe was someone Jim

6      knew and Jim felt that he and Joe could

7      identify high quality companies that they

8      could show to investors that we would help

9      find.  So we knew some people who had money

10     who were looking for high quality companies to

11     invest in and so if an investor expressed

12     interest in finding out about companies Jim

13     and Joe would find those companies and we

14     would show the companies to the investors and

15     sometimes they would choose to invest.

16          Q       Was Jim Crombie an employee of

17     Vision Consulting?

18          A       No, I don't believe so.  But

19     I'll clarify that when Vision received money

20     Jim would get paid for his efforts as would

21     Joe.

22          Q       So was he a consultant then for

23     Vision Consulting?

24          A       I think that would be the most

25     accurate characterization that he was

1                          R. COHEN

2    consulting.

3         Q        How about Joe Gil, was he an

4    employee or was he a consultant?

5         A        I would say he's a consultant.

6    I don't recall any employment contracts or

7    anything with either of them.  I viewed them

8    as outside consultants.

9         Q        Who would do the research on

10   these companies to whom you would introduce

11   investors to?

12        A        I would say that when Jim and

13   Joe brought companies they were the ones who

14   were recommending the companies were good.

15        Q        Did anyone at Vision Consulting

16   do any research in any of these companies?

17        A        Adam and I would certainly read

18   about the companies and give our thoughts on

19   them and we had our opinions on the quality of

20   the companies, sure.

21        Q        Do you know if anyone else did

22   any research?

23        A        Well, there was a guy named

24   Mike Ross.  Mike was not an employee of

25   Vision, but he would look at companies and

```
 1                    R. COHEN

 2    sometimes invest in them himself.  He would

 3    express opinions on companies so he was

 4    somebody we worked with.

 5         Q      Was he a consultant?

 6         A      I'm not sure what the legal

 7    definition of a consultant is.  My

 8    understanding, if I recall correctly our

 9    agreement with him was that in return for his

10    giving opinions on the companies he had the

11    opportunity to invest himself.  I don't recall

12    paying him a consulting fee so I don't think

13    of him as having been a consultant.  But it's

14    certainly the case that we thought he was a

15    skilled analyst and we listened carefully to

16    his advice, and if he thought a company was

17    very good we were more than likely to tell

18    investors about it.  Legally I don't know if

19    he was a consultant.

20         Q      Are there any other individuals

21    whose services you utilized whether or not

22    they were consultants, employees for Vision

23    Consulting?

24         A      Greg Morgenweck did some sort

25    of administrative work, computations of profit
```

1                         R. COHEN

2     loss on positions, pulled prices from a

3     database, things of that nature.

4          Q        How would Vision Consulting

5     generate revenue?

6          A        If investors made money on

7     their investments they would pay us a fee, a

8     portion of profits that they made.

9          Q        Do you know what the percentage

10    was?

11         A        There were different

12    percentages for different companies and

13    investors so it depended over time.

14         Q        Other than that percentage of

15    profits that they received did Vision

16    Consulting collect any type of maintenance

17    fees?

18         A        No.

19         Q        Was there any other source of

20    revenue for Vision Consulting?

21         A        Not that I recall.

22         Q        Would they pay you a consulting

23    fee?

24         A        I characterize the payments we

25    received as consulting fees, but we were paid

```
 1                    R. COHEN
 2    a consulting fee that was a function the
 3    successor or lack thereof of the investments
 4    they made.
 5           Q      Your consulting fee, was that
 6    based on a profit which they realized, or was
 7    it whether it was realized or unrealized?
 8           A      I believe we were only paid
 9    when profits were realized.
10           Q      In other words, you would only
11    receive a fee if they withdrew their
12    investment from the company or they sold their
13    interest?
14           A      That's my recollection.  I mean
15    if anyone wanted to pay us sooner than that
16    I'm sure we would have been happy to take the
17    consulting fee sooner, but I think as a
18    general method people wanted to pay us after
19    they made money.
20           Q      Did any of the companies in
21    whom you directed investors to in Vision
22    Consulting, did any of those companies ever
23    become part of Vision Opportunity Capital
24    Management?
25           A      Companies that we directed
```

```
 1                          R. COHEN

 2    capital to?

 3          Q     Yes.

 4          A     I don't believe so, no.

 5          Q     With your permission I'll refer

 6    to Vision Opportunity Capital Management and

 7    what is now known as Vision Capital Advisors

 8    as the hedge fund; is that okay?

 9          A     Sure.

10                MR. FISHER:  It's not a

11          problem.  For the purpose of keeping

12          the transcript as clean as possible

13          does it make more sense for you to

14          refer to Vision Capital Advisors as the

15          advisor or the hedge fund?  And I'm

16          asking however you refer to it in your

17          sort of usual way of talking.

18                THE WITNESS:  I think that it's

19          useful to use the term hedge fund to

20          refer to the advisor and the funds all

21          together as an entity.  And then

22          obviously we can reserve the term the

23          advisor to refer specifically when

24          we're talking about the advisor and not

25          thinking of the funds as well, that
```

```
 1                        R. COHEN

 2            total conglomeration.

 3            Q        What type of hedge fund is this

 4     fund?

 5            A        Our primary strategy is to make

 6     direct investments in companies.  We're sort

 7     of a long term investor in small growing

 8     companies.  Direct long term investor I guess

 9     is what we would summarize it as.

10            Q        Any of the companies that are

11     part of the hedge fund, were any of those

12     companies companies which you had referred

13     investors to in Vision Consulting?

14            A        Now I understand.  When the

15     hedge fund initiated I believe two of the

16     consulting clients made investments in the

17     hedge fund by in kind contributions of

18     securities in companies that we had advised

19     them on during the consulting period.

20            Q        So in other words, the

21     investments which they had made as part of

22     Vision Consulting, they took those investments

23     and made them part of, or contributed them to

24     the hedge fund?

25            A        Yes.
```

1                    R. COHEN

2         Q      And therefore, those companies

3    now became companies that were part of the

4    hedge fund?

5         A      Yes.

6         Q      Did you continue to direct

7    capital then to those companies?

8         A      I don't recall making an

9    additional investment in any of those

10   companies subsequent to those securities being

11   rolled into the hedge fund, but I can't swear

12   that that didn't happen.  It's possible if you

13   remind me of a case I'll say yes it did, but

14   my guess is it didn't.

15        Q      The hedge fund and Vision

16   Consulting, are they two separate ideas that

17   came up by you and Adam?

18        A      The hedge fund is in a closely

19   related business to the business of the

20   consulting firm.  They're both in the business

21   of helping small companies get capital and

22   grow.  It's just two different approaches to

23   that problem.

24        Q      When you and Adam created

25   Vision Consulting did you also envision then

1                      R. COHEN

2    creating a hedge fund later on?

3         A         When we first created it we

4    thought that the consulting approach was a

5    better approach than a hedge fund, but over

6    time we concluded that we wanted to change the

7    strategy some and that for the new strategy a

8    hedge fund would be a better approach.

9         Q         When did you come to that

10   conclusion or decision that a hedge fund would

11   be a better approach?

12        A         My recollection is that that

13   happened right near the end of 2004.  I think

14   we got in touch with the lawyers in early 2005

15   to speak to them about creation of an

16   advisor-a hedge fund entity.

17        Q         Other than you and Adam was

18   anybody else involved with the creation of

19   Vision Consulting?

20        A         No.

21        Q         Were you and Adam the only ones

22   involved with the decision to create the hedge

23   fund?

24        A         Yes.

25        Q         When you and Adam first

```
1                          R. COHEN
2       discussed the idea of switching strategies to
3       a hedge fund did you talk about who would be
4       involved with that company?
5            A       It's hard to believe we
6       wouldn't have.
7            Q       Vision the hedge fund began in
8       June, July, or May of 2005; is that correct?
9            A       June 1st, 2005.
10           Q       There was obviously work that
11      was done beforehand before actually going
12      online in May of 2005, correct?
13           A       Yes.
14           Q       Who was involved with that
15      process prior to May of 2005?
16           A       I don't really recall.  I would
17      guess that Antti was involved, and obviously
18      Adam and I were certainly involved, and
19      perhaps David Berger was involved.  Jordan
20      Fraser was sort of a relative administrative
21      person in his responsibilities, but I'm sure
22      he had involvement in carrying out tasks.
23           Q       Was Greg Morgenweck anyone that
24      was going to be involved with the hedge fund?
25           A       We talked to Greg about his
```

```
 1                          R. COHEN
 2     possible involvement, but nothing was ever
 3     worked out there.
 4          Q        What did you talk about his
 5     possible involvement?
 6          A        We discussed with Greg the
 7     possibility that he would move to New York and
 8     work on IT which he would be sort of head of
 9     IT for the hedge fund, but in the end he
10     wasn't interested in moving to New York and we
11     weren't interested in having a head of IT who
12     wasn't in New York, and also other issues.  So
13     in the end we weren't able to come to any kind
14     of agreement of that happening.
15          Q        So did Greg ever work for the
16     hedge fund?
17          A        Maybe you could clarify the
18     question as to what you mean by work for.
19          Q        Did Greg ever do anything for
20     the hedge fund?
21          A        Yes.
22          Q        What did he do?
23          A        Greg would pull prices for
24     stocks from a database for let's say a dozen
25     stocks that were owned in the hedge fund
```

1                    R. COHEN

2    portfolio. I guess he would either type them

3    in or have them go into the data and then he

4    would send us a document that showed the value

5    of our positions and give in those prices.

6         Q       How often would he do this?

7         A       I think there was a sheet that

8    came out most days, and then at the end of the

9    month there was a monthly summary of some

10   sort.

11        Q       How about annually?

12        A       Well, I guess there was

13   probably an end of year report at the end of

14   2005.  I guess it only happened once so I

15   don't know if I would say it was annually.

16   There may have been one year report, or there

17   may have just been a December monthly report

18   that summarized, but I can't remember if there

19   was a separate annual report or if it was just

20   the December end of month report that got you

21   the end of year numbers.

22        Q       You threw out the number a

23   dozen for the number of stocks he would look

24   up the prices to. Do you know how many stocks

25   he would have been looking up?

```
 1                    R. COHEN
 2        A       It's my recollection that at
 3   the end of 2005 we had something like thirteen
 4   positions in the portfolio, but I can't swear
 5   if that number sticks in my head from
 6   something else.
 7        Q       I just want to try and clarify
 8   something.  You said that you talked to Greg
 9   about doing work for Vision and that it never
10   materialized, it never came to; is that
11   correct?
12                MR. FISHER:  Objection as to
13        form.  It mis-characterizes the earlier
14        testimony.
15        A       I feel that you're using a
16   confusing terminology work for.  For example,
17   if you're an attorney for the firm you're an
18   attorney for and then you came into my office
19   and you picked up a piece of paper off the
20   floor and put it in the trash and then you
21   left and somebody asked me did you ever work
22   for me and I said you never worked for me then
23   you say what about that time he helped you by
24   picking up that piece of paper.  So in other
25   words, Greg wasn't an employee of any of the
```

1                    R. COHEN

2    hedge fund, of the consulting firm, of any of

3    those entities. Greg worked with us at

4    Gargoyle. Now, if you then say to me

5    separately did he do some things that helped

6    at Vision the answer is yes. It was our

7    understanding that as part of his work for us

8    at Gargoyle he would do some things that

9    helped Vision, but he did not work for Vision.

10         Q       You said that you had

11   approached Greg, you and Adam. Let me ask

12   you, who approached Greg about heading up the

13   IT at the hedge fund?

14         A       I'm sure it was Adam. Adam and

15   Greg had a long relationship.

16         Q       Did you approach Greg at all

17   about heading up the IT department at the

18   hedge fund?

19         A       I mean, I imagine I had

20   conversations with Greg about the possibility

21   of him working for us, but if you're using the

22   word approach I would guess that it was Adam

23   who first approached the subject and that

24   would be a pretty confident guess.

25         Q       Did you have communications

```
 1                      R. COHEN

 2    with Greg about his heading of the IT at the

 3    hedge fund?

 4         A         Yeah, we talked about it.

 5         Q       · Do you remember those

 6  · conversations that you had with Greg?

 7         A         Not in any great detail, but I

 8    may have some specific recollection.  I don't

 9    have a lot of detailed recollections, but I

10    definitely recall that we were interested.

11    Greg had done some very good work for Gargoyle

12  · and at a certain point the Vision hedge fund

13    was starting to do well and Gargoyle was

14    looking like a less exciting project and so we

15    thought that Greg might be interested in a

16    position at Vision.  There was some discussion

17    of that, but it didn't pan out.

18         Q         Why didn't it pan out?

19         A         I believe the number one reason

20    was Greg's unwillingness to come to New York.

21    But I certainly can't swear that if that had

22    been pulled away that everything else would

23    have worked out because obviously there are

24    issues of compensation and other things that

25    we would have had to think through.  It's also
```

1           R. COHEN

2    important to understand that Vision had quite

3    minimal IT needs. We thought that over time

4    those needs might grow and that having

5    somebody like Greg would be potentially

6    useful. But at the same time at that

7    particular moment, as I said, we only had a

8    small number of positions in the portfolio and

9    we did very, very little trading and so

10   tracking things was not a very significant job

11   and so we just weren't able to work it out.

12          Q       Was the issue of compensation,

13   a potential compensation, ever discussed with

14   Greg if he was to work head of the IT

15   department?

16          A       It may have been. I can't

17   recall if the conversations got that far.

18          Q       Do you know if anyone other

19   than you or Adam discussed with Greg the

20   possibility of heading up the IT department at

21   the hedge fund?

22          A       I don't know. I will say that

23   any conversation with anyone other than me or

24   Adam would not have been a meaningful or

25   important conversation because only Adam or I

1                    R. COHEN

2    would have had any kind of power to do

3    anything about that. He may have talked to

4    other people, but it wouldn't be relevant.

5         Q       You and Adam would have been

6    the only ones who would have been able to make

7    those type of decisions as to who would have

8    been able to work for Vision the hedge fund?

9         A       That's true.

10        Q       What type of work did Greg do

11   for you at Gargoyle?

12        A       The investment strategy of

13   Gargoyle involved taking an extremely large

14   quantity of data on individual stocks for

15   thousands of stocks, dozens or possibly even

16   hundreds of data items for each stock and

17   organizing them in a very, very specific way

18   and then analyzing that data. So Christopher

19   and I had spent many years developing an

20   investment strategy, a quantitative strategy,

21   i.e., computer software that would take data

22   that was properly organized and turn it into a

23   set of forecast as to which stocks you should

24   buy and which stocks to sell. What Greg did

25   was technically a very challenging job of

```
 1                              R. COHEN

 2      getting that data, verifying it, organizing it

 3      in the correct way, and kind of implementing

 4      it in our software.  So he played a very

 5      important role in getting it from a piece of

 6      software that gave you the right answers once

 7      you had everything setup right to something

 8      that actually could produce output day to day

 9      and tell you what to buy and sell.

10           Q      Were reports generated?

11           A      Sure.

12           Q      Who generated those reports?

13           A      Greg, or Greg's software if you

14      will.

15           Q      Was it daily?

16           A      Yeah.

17           Q      Were there monthly reports as

18      well?

19           A      I believe so.

20           Q      How about quarterly reports?

21           A.     I can't swear.

22           Q      And annual reports?

23           A      I can't swear on that either.

24      Investment strategies tend to think sort of

25      monthly because that's normally when you take
```

1                    R. COHEN

2    investor subscriptions and so forth, but there

3    may have been annual.

4         Q         These reports, were they in a

5    form of databases?

6         A         It's my understanding that Greg

7    worked with databases and then he would send

8    out reports that were in a, I believe he used

9    something similar to a PDF file. I think it

10   was a different software vendor called

11   Snapshot, but it's similar to a PDF.

12        Q         Do you know who created the

13   databases that Greg was using for Gargoyle?

14        A         I mean there were a group of us

15   who worked together on the project. There was

16   work that Greg did that I assume was done by

17   Greg. Obviously he was receiving data from

18   Faxet which is a company that provides data.

19   He was working with software that Christopher

20   and I provided. There were people at Sagamore

21   Hill that were putting input into the project,

22   but Greg obviously did a great deal of work

23   there.

24        Q         Do you know how many hours a

25   day or a week that Greg would put in working

```
 1                    R. COHEN

 2    for Gargoyle?

 3         A       I don't know.  I can say that

 4    if I had to do that work it would take me a

 5    lot of work, but I don't know how long it took

 6    Greg because Greg I'm sure has a much better

 7    program than I.

 8         Q       Did you have an IT department

 9    at Gargoyle?

10         A       You used the phrase IT

11    department several times.  Gargoyle was

12    Christopher and I working with Greg.  So if

13    you would like to call Greg the IT department

14    I suppose you can and I don't think that would

15    be inaccurate, but it's not like there was a

16    group of people that we thought of as the IT

17    department.  It was just Greg.

18         Q       I only used IT department

19    because you said you and Adam had talked to

20    Greg about heading up the IT department at the

21    hedge fund.

22         A       I don't know if that's exactly

23    what I said.  I think I may have said

24    something about heading up IT.

25         Q       Okay, heading up IT.
```

```
 1                          R. COHEN

 2         A         The point is you have

 3   information technology in a firm and what we

 4   talked to Greg about was being the person who

 5   dealt with information and technology at the

 6   firm, but that didn't happen.

 7                   MR. FISHER:  Off the record.

 8                   (Whereupon, a discussion was

 9            held off the record.)

10         Q         Was Greg considered an employee

11   of Gargoyle?

12                   MR. FISHER:  Objection to the

13            extent that it calls for legal

14            conclusion, but go ahead and answer.

15         A         I'm uncertain.  I didn't think

16   of Greg as an employee.  He didn't receive a

17   regular paycheck, he didn't have an employee

18   contract so I didn't think of him as an

19   employee as such.

20         Q         How would you characterize Greg

21   in terms of his status with Gargoyle?

22         A         We had an agreement that he

23   would do the necessary work for Gargoyle and

24   that he would receive ten percent of

25   Gargoyle's profits.  And in return for that
```

1                          R. COHEN

2        ten percent of Gargoyle's profits he would do

3        what we need for Gargoyle and also do some

4        administrative tasks for Vision.

5              Q        Who came up with the agreement

6        that Greg was going to receive ten percent of

7        the profits at Gargoyle?

8              A        Well, I don't know who came up

9        with it, but I would say that discussion

10       mostly came up with conversations between Greg

11       and Adam.

12             Q        Were you involved with those

13       conversations at all?

14             A        I would say that the main

15       conversations were with Adam.  Greg and Adam

16       had a close relationship.

17             Q        When did you first meet Greg

18       Morgenweck?

19             A        I don't recall exactly.  I

20       would guess it was in 2003.  I might have met

21       him earlier because he and Adam were working

22       together as early as probably 2000 or

23       something, 1999.  So I may have met Greg back

24       then.

25             Q        How did it come about that Greg

1          R. COHEN

2    was going to do work for Gargoyle?

3          A          At the time that Adam and I

4    were doing the Vega project we talked about

5    the fact that Greg had the kind of skills that

6    would be valuable in a quantitative strategy.

7    It's even possible at that time in 2002 that

8    Adam and Greg may have even had some

9    discussions about the possibility of Greg

10   working with us there, but if they had those

11   discussions nothing came of it.  But it was an

12   idea that Adam and I discussed many times in

13   2002.  As we ran the Vega project we realized

14   that somebody with better programming skills

15   would be very valuable to that project.  So

16   then when we left Vega and I decided to start

17   a new quantitative strategy using some of the

18   same underlying research that had been

19   involved in the Vega strategy, but working

20   with a different partner.  It would seem very

21   natural to consider Greg, and Adam and I spoke

22   of the possibility that Greg should be

23   involved in that project.

24         Q          So you had met Greg Morgenweck

25   prior to beginning Gargoyle?

1           R. COHEN

2           A        I don't recall when I had

3     meetings, when I had phone calls, et cetera,

4     but Greg was somebody that Adam talked about

5     all the time.  Adam and I were sort of best

6     friends so I was sort of very aware of Greg

7     for years at the time we started Gargoyle.

8     And so when Christopher and I began looking

9     for the right source of capital to put behind

10    the strategy we knew that it would be a good

11    idea to get somebody like Greg, and we thought

12    that Greg might be that person.  I just don't

13    recall exactly when I had conversations with

14    Greg, when Adam had conversations with Greg

15    about him getting involved with Gargoyle, et

16    cetera.

17           Q        Do you know if you had ever met

18    Greg Morgenweck prior to the creation of

19    Gargoyle?

20           A        I don't even know what date

21    exactly Gargoyle was created.  There was a

22    moment in mid '03 when Christopher and I

23    decided that we would pursue a quantitative

24    strategy.  In my mind that's the beginning of

25    Gargoyle.  I don't know when the

```
1                    R. COHEN

2     administrative process of actually creating

3     the legal entity of Gargoyle Partners was

4     consummated.  So if for purposes of this we

5     said the beginning of Gargoyle was the middle

6     of '03, the summer of 2003 the answer is I

7     don't know if I met Greg prior to that.  Yeah,

8     I don't know.

9          Q       Do you know if you've ever had

10    conversations with Greg Morgenweck prior to

11    your discussing or considering him to be

12    involved with Gargoyle?

13         A       As I said, I don't know because

14    it seems quite possible to me that I met Greg

15    in Philadelphia in 2000 or 2001 at some point,

16    but I don't know whether I did.

17         Q       When Greg would send these

18    snapshots I think you said on a daily basis

19    for Gargoyle how long were they; were they

20    pages, or how would you quantify them?

21         A       I don't remember exactly what

22    was in those files.  You can print them and

23    look at them.

24         Q       Did you ever look at them?

25         A       Yes, but years ago.
```

1                          R. COHEN

2          Q        As I understand Gargoyle had

3      essentially one investor, Sagamore Hill?

4          A        I don't think that's quite the

5      right way to characterize the relationship,

6      but yes, Sagamore Hill was the sole provider

7      of capital to Gargoyle.  In other words,

8      Gargoyle provided an investment strategy which

9      Sagamore Hill implemented and Sagamore Hill

10     paid Gargoyle a consulting fee.  And once

11     again, there was a potential profit share that

12     we could have received from Sagamore Hill that

13     potentially could have been extremely large,

14     but in the event was not.

15         Q        At some point in time did

16     Sagamore Hill, excuse my terminology, pull out

17     of the strategy?

18         A        I would say yes.  Sagamore Hill

19     had redemptions from their fund that amounted

20     to an enormously high percentage of their

21     assets for reasons that I feel very confident

22     had absolutely nothing to do with anything

23     that Gargoyle did.  Gargoyle was a very, very

24     small part of Sagamore's investment strategy.

25     So Steve Bloom, head of Sagamore Hill, came to

---

1                           R. COHEN

2       us and said almost all of his money had been

3       redeemed and, therefore, we needed to re-think

4       what we were capable of doing in terms of any

5       kind of Gargoyle investing.

6               Q        Did anyone ever come in to take

7       the place or take the role of Sagamore Hill?

8               A        No.

9               Q        Do you know when that was

10      around when Steve Bloom came to you and said

11      that you were going to have to re-think?

12              A        Yes, it was right around the

13      time of hurricane Katrina. So I want to say

14      that that would have been in the fall of 2005.

15      I believe that's the right year.

16              Q        I think it was August of 2005.

17              A        I don't recall when Steve

18      actually had his problems. It could have been

19      October by the time the problems might have

20      been ours, but somewhere between the summer

21      and fall of 2005 is when that occurred.

22              Q        When did Sagamore Hill become

23      involved with Gargoyle?

24              A        I don't recall exactly.

25              Q        Do you know if it was in 2003?

1              R. COHEN

2         A       I think it was after 2003, but

3    I don't know.  There was a period of time when

4    the plan was conceived to execute Gargoyle in

5    mid 2003, and there was a period of time in

6    which we were seeking the right partners.  So

7    I just don't recall when we first spoke to

8    Sagamore and when we finally decided to go

9    forward with Sagamore, but it was probably

10   later.

11        Q       Was there anyone prior to

12   Sagamore Hill involved with Gargoyle?

13        A       No.  We talked to a number of

14   people, but we didn't execute anything.

15        Q       The reports say that Greg

16   Morgenweck generated for Gargoyle and the work

17   that he did for Gargoyle.  Was that work that

18   became necessary once Sagamore Hill became

19   partnered up with Gargoyle?

20        A       No.  There was also a lot of

21   work planning prior to actually partnering

22   with Sagamore Hill.  So in other words, we

23   talked to Greg.  We worked with Greg on

24   pitching to potential partners and on

25   developing, how do I say, on strategy testing,

1                    R. COHEN

2    and strategy developing. We needed to make

3    sure that we would be able to implement

4    effectively.

5          Q      Was Greg generating daily

6    reports prior to the involvement of Sagamore

7    Hill with Gargoyle?

8          A      I don't think there would have

9    been daily reports, but we may have had some

10   reports on sort of what a hypothetical

11   strategy would return.  In other words, how

12   would we have done today if somebody had been

13   trading this strategy, but I can't recall.

14         Q      As I understand Greg Morgenweck

15   was involved with strategy discussions that

16   you had involving Gargoyle?

17         A      Exactly.  Greg helped us figure

18   out how we could implement our strategy, how

19   we could get the right data, how our analysis

20   plan could be properly implemented and so

21   forth.

22         Q      Was Greg doing any work for

23   Vision Consulting at the same time as working

24   for Gargoyle?

25         A      As we've discussed, it was our

1                    R. COHEN

2     agreement with Greg that he would work for

3     Gargoyle and then he would provide some

4     administrative services to Vision Consulting

5     as part of that deal.

6          Q       And these conversations about

7     the deal, they were between Adam and Greg?

8          A       Adam always was the person who

9     negotiated with Greg. Greg has a volatile

10    personality. Adam and he had a relationship

11    and so I allowed Adam to be the person to talk

12    to Greg.

13         Q       You say Greg had a volatile

14    personality. What do you mean by that?

15         A       I mean he gets very angry

16    sometimes. I don't enjoy dealing with angry

17    people whereas Adam is more comfortable with

18    it.

19         Q       How did you reach the

20    conclusion that he gets angry sometimes?

21         A       Well, I had been told that in

22    the past and then encountered it talking to

23    Greg sometimes or via mails, he would send

24    angry emails sometimes. Of course, I also met

25    Greg in person on some occasions and had that

1                          R. COHEN

2    same experience as well.

3         Q       Prior to Adam talking to Greg

4    about his compensation and how he received

5    compensation for his work with Gargoyle had

6    Greg already begun his work for Gargoyle?

7         A       I don't think so.  I mean it's

8    possible that Greg did some things sort of

9    just to kind of show us what he was capable of

10   before we got involved in a compensation

11   negotiation.  That certainly would be common

12   in business that somebody would say let me

13   show you the quality of my services and then

14   you'll see, but you should be willing to

15   compensate me in a substantial way because I'm

16   very good.  So it's possible that he did some

17   things before the negotiations got serious,

18   but I don't recall.

19        Q       Had you witnessed, as you

20   described, his volatile personality prior to

21   his work at Gargoyle?

22        A       I doubt that I had witnessed it

23   prior to his work with Gargoyle, but I had

24   been told of it.

25        Q       Who told you?