1                    R. COHEN

2          A       Well, I guess I had heard it

3   for sure from Adam and from Mike Ward. Mike

4   was a guy who we had worked with on the Vega

5   project and who knew Greg.

6          Q       What did Mike Ward say about

7   Greg's volatile personality?

8          A       This was a long time ago, but

9   how can I say, if you have a friend and they

10  have personality characteristics then over

11  time you just tell stories about them and so

12  forth. So for example, there was a story

13  about Greg, and I can't remember who I heard

14  this from, I'm sure Adam told me this story,

15  but other people may have told it to me as

16  well, that when he worked for Rose Glen,

17  Adam's old firm, that he screamed vulgar

18  epithets at the head of the firm in front of

19  the other employees and so forth. But I

20  should certainly emphasize that Adam's close

21  relationship with Greg was a more important

22  factor than that in this up front decision

23  that Adam would lead the negotiations.

24  Obviously you had somebody who knew Greg very

25  well and worked with him and so obviously it

1                    R. COHEN

2    made sense for him to be the person having

3    those conversations rather than me who didn't

4    have a close relationship with Greg.

5          Q      Do you know if there was ever a

6    written contract between Greg and Gargoyle?

7          A      I don't recall.

8          Q      Regarding Vision Consulting you

9    mentioned the names of Jordan Fraser, David

10   Berger, and Antti as people who whenever it

11   was worked for Vision Consulting, correct?

12         A      That's my recollection.

13         Q      Let's start with Jordan Fraser.

14   Do you know how Jordan Fraser was to be

15   compensated?

16         A      It's my recollection that

17   Jordan was originally compensated as a

18   consultant and was eventually made an

19   employee.

20         Q      When you say he was compensated

21   as a consultant, did he receive a salary?

22         A      He received regular payments

23   that at first we sort of agreed that those

24   were consulting payments. But I believe that

25   at some point we concluded that because he had

```
 1                      R. COHEN
 2     gone into a role where he was coming into the
 3     office every day full-time that it was
 4     appropriate to view him as an employee and do
 5     W2s instead of 1099s and so forth.
 6          Q      Do you know how much his
 7     compensation was?
 8          A      I don't recall.  If I were to
 9     guess, I don't recall.
10          Q      What work was Jordan Fraser
11     doing for Vision Consulting?
12          A      Well, he was the first employee
13     so he sort of did whatever was needed.  Lots
14     of administrative tasks, he did filing, he did
15     phone calls, he did emails, he would meet with
16     people, sort of a broad variety of tasks when
17     you have a very small organization of people.
18          Q      What was his specialty?
19          A      I don't really view Jordan as
20     having any kind of specialty.
21          Q      Did he have a college degree?
22          A      Sure.
23          Q      What was it in?
24          A      I don't know.
25          Q      Was he an analyst, a financial
```

1                           R. COHEN

2    analyst?

3          A        I would not describe him as a

4    financial analyst.

5          Q        If you had to describe him

6    would you describe him as an administrative

7    assistant, office manager?

8          A        Jordan was recently out of

9    college.  Most of the tasks he performed for

10   us were administrative, but he was using that

11   as a stepping stone in his career where he

12   expects to become a successful business

13   person.  So while the actual tasks were mostly

14   of an administrative nature at the same time

15   he was trying to learn about higher level

16   tasks, and sometimes he would be entrusted

17   with those.

18         Q        David Berger, what were his

19   responsibilities at Vision Consulting?

20                  MR. FISHER:  Just so that it's

21             clear I don't know that Mr. Cohen

22             definitively knows that Mr. Berger

23             started while Vision was still a

24             consulting firm.

25                  THE WITNESS:  Right.

```
 1                    R. COHEN

 2           A        I'm uncertain of the dates and

 3    I don't want it to be said that I'm making

 4    things up.  There's just uncertainty on the

 5    dates.

 6           Q        Why don't I just rephrase the

 7    question.  What was the first role or

 8    responsibility you recall David Berger having

 9    regardless of whom it was for?

10           A        David has taken major

11    responsibility for dealing with finances,

12    accounting, books and records, clearing of

13    trades.  So that area is what I would view as

14    the financial part of running a business of

15    this type.  So keeping track of the numbers so

16    to speak.

17           Q        Was David Berger always

18    considered an employee of whatever company it

19    was?

20           A        It's possible that he was

21    originally a consultant.  It's been a very

22    consistent practice of ours to work with some

23    people as consultants before making them

24    employees sort of as a test period.  We've

25    done that many times and some of those people
```

1                         R. COHEN

2       have become valuable full-time employees, and

3       some of them it's ended up just being a

4       consulting relationship.

5             Q        What do you recall the first

6       title David Berger having?

7             A        I don't recall. We don't give

8       a lot of titles at Vision.

9             Q        Does he have a title now?

10            A        I don't believe he does.

11      Sometimes we loosely refer to him as a

12      controller, but I don't think that's actually

13      his official title.

14            Q        Did Gargoyle have offices?

15            A        No. We worked in the Sagamore

16      Hill office some and then, of course, I worked

17      on research from my home computer and so

18      forth.

19            Q        What was the registered address

20      for Gargoyle?

21            A        I believe the registered

22      address was my home address in Massachusetts,

23      or possibly a mailbox address that I had in

24      Massachusetts.

25            Q        Do you know if Gargoyle ever

```
 1                        R. COHEN
 2    had a New York City address?
 3         A       I don't believe that Gargoyle
 4    had a New York City address.
 5         Q       What was Vision Consulting's
 6    location in 2003, its first location?
 7         A       Vision Consulting was
 8    originally run out of an apartment on 77th
 9    Street in Manhattan.  Our official address was
10    probably a mailbox address, but we worked out
11    of an apartment.
12         Q       At some point in time did
13    Vision Consulting move to a different
14    location, move out of working out of an
15    apartment?
16         A       Sure.  We worked out of an
17    apartment, then we moved to a bigger
18    apartment, then Adam moved to a bigger
19    apartment which we then used as our office,
20    and eventually, I believe this was after the
21    hedge fund started, I think the hedge fund
22    then moved into offices at 317 Madison Avenue.
23         Q       What's the current address of
24    the hedge fund?
25         A       20 West 55th Street in New
```

1                          R. COHEN

2     York.

3          Q        How long has it been located

4     there?

5          A        I believe since August of '06,

6     something like that, summer '06.

7          Q        Was there a contract of

8     employment that Jordan Fraser had with Vision

9     or whatever entity he was working for?

10         A        I don't recall.

11         Q        How about David Berger, did he

12    have a contract of employment?

13         A        He has one now.  So at some

14    point there was a contract, I just don't

15    remember when that contract was signed.

16         Q        Antti, what was Antti's role

17    when he began working for whatever entity?

18         A        Antti has degrees in law and

19    business, but his law degree is from Europe so

20    I don't believe he's an attorney here.  He

21    helped us with matters that are sort of an

22    operational and administrative nature.

23         Q        When David Berger first began

24    working for whomever it was was he receiving a

25    regular salary?

```
 1                        R. COHEN

 2          A        As I said, there was certainly

 3   a time when he began receiving a regular

 4   salary.  I cannot recall whether there was a

 5   time prior to that where he didn't receive a

 6   regular salary, but certainly at some point he

 7   became a full-time employee with a regular

 8   salary.

 9          Q        The hedge fund, who are the

10   owners of the hedge fund?

11          A        The fund is owned by the

12   limited partners of the fund which is within a

13   hundred different institutions and

14   individuals.  The advisor is owned by me, Adam

15   Benowitz, and the Tudor Rose Trust.

16          Q        What's the Tudor Rose Trust?

17          A        The Tudor Rose Trust is a

18   family trust that purchased stake in the

19   business.

20          Q        What family trust?  Is it

21   associated with you or Adam this trust?

22          A        No.

23          Q        What's the percentage of

24   ownership of those three?

25          A        Equal partners; a third, a
```

1                          R. COHEN

2   third, a third.

3          Q      When Vision Opportunity Capital

4   Management was created in May or June of 2005

5   just so the record is clear, that is what is

6   now known as Vision Capital Advisors, correct?

7          A      In June of 2005 an advisor was

8   created and then a set of funds were created.

9   The things with opportunity in their name

10  basically are the funds that got created.

11  Sorry, that doesn't help either because

12  originally Vision Opportunity Capital

13  Management was the name of the advisor.  So

14  Vision Opportunity Capital Management the

15  advisor got created, a bunch of funds got

16  created with names like Vision Opportunity

17  Capital Partners and so forth.  The consulting

18  firm continued to exist and then later there

19  was a name change.

20         Q      Who were the owners of the

21  advisors which was originally known as Vision

22  Opportunity Capital Management?

23         A      At the time it was created the

24  owners were me and Adam Benowitz, and later

25  Tudor Rose purchased stakes and now there's

1                    R. COHEN

2    three owners.

3         Q        Were you to receive any type of

4    compensation as being a co-owner and working

5    for Vision Opportunity Capital Management?

6         A        I mean as a partner I could

7    take partnership draws if there were profits

8    to the company, the advisor.  It's an LLC so I

9    don't know if partner is exactly the right

10   term, but as an owner of the LLC I could take

11   draws if appropriate, Adam and I could take

12   draws.

13        Q        What do you mean if

14   appropriate?

15        A        Well, it's a business.  In

16   other words, the business brings money in.  If

17   you paid the money out all immediately to the

18   partners then you might not have money to pay

19   business expenses.  So as owners of a business

20   you have to decide if it is appropriate in the

21   business to take any money out or if that

22   money is needed for running the business.

23        Q        Were you receiving any type of

24   regular salary from Vision Opportunity Capital

25   Management?

```
 1                              R. COHEN

 2              A         No.

 3              Q         Do you know if Adam was

 4      receiving any type of salary from Vision

 5      Opportunity Capital Management?

 6              A         I don't recall.

 7              Q         Did you also have a provision

 8      where you would receive a certain percentage

 9      of the net profits at your fiscal year end?

10              A         No, we were the owners of the

11      firm.  In other words, it wasn't a matter of

12      the year's over so we'll take profits.  It was

13      a matter of if the business could afford to

14      pay out profits and still maintain the

15      cooperations and grow the business effectively

16      then, of course, we might be interested in

17      taking profits out.  But we could only take

18      them out if it was appropriate.  It didn't

19      matter whether the year had ended because you

20      still needed to run the business.

21              Q         Is there a time at which you

22      would make a determination as to whether or

23      not you were able to make a draw; that is

24      every week, every two weeks, at the end of the

25      month?
```

1                    R. COHEN

2          A        No, it was just something Adam

3    and I might discuss at any given time.  We

4    might have a conversation like hey, how does

5    the financial picture look, can we afford to

6    take some money out.

7          Q        Would you and Adam discuss the

8    issue of taking a draw out with each other

9    before you actually did it?

10         A        Sure.

11         Q        Was there ever a situation

12   where either one of you would have taken a

13   draw out without discussing it with the other

14   prior to?

15         A        I don't recall that ever

16   happening.  I mean, Adam and I are very close.

17   If he needed money very quickly and he

18   couldn't reach me and he took some money out

19   and we balanced it out later, that's something

20   that could have happened conceivably.  But

21   under normal circumstances we would talk about

22   it and agree what was appropriate to take out.

23         Q        Around the end of 2004 to the

24   beginning of 2005 you and Adam had discussed

25   change in strategies from the consulting to

```
 1                        R. COHEN
 2    now creating a hedge fund, correct?
 3           A       Yes.
 4           Q       And then at some point in the
 5    middle of 2005 the advisors and the hedge fund
 6    was put online, was legally created, correct?
 7           A       Yes.  I didn't hear the date.
 8    Around June '05?
 9           Q       Yes.
10           A       Yes.
11           Q       What type of work had to be
12    done between your concept and June 2005?
13           A       The big work was creating the
14    legal documents.
15           Q       Was there any work done
16    regarding what companies you would look to
17    invest in?
18           A       I would say Adam and I were
19    looking for potential companies to invest in
20    that we might invest in deals that might close
21    subsequent to the start of the hedge fund.  We
22    were certainly looking for potential
23    companies, yes.
24           Q       Was anybody else involved in
25    doing that, looking for potential companies to
```

1                    R. COHEN

2      invest in?

3           A       It's always been our belief

4   that we're always trying to find great

5   companies anywhere we can.  So virtually

6   everyone I meet at some point I say to them

7   let me know if you see any good companies.  So

8   in the sense that certainly anybody who worked

9   for us even though it was not David Berger's

10  main job to find companies, obviously if David

11  knew of a company he would tell us so we're

12  always on the lookout.

13          Q       When Vision Advisors and the

14  hedge fund began legally in June or May of '05

15  did you already have companies that you knew

16  you were going to invest in?

17          A       I don't believe we had any

18  deals we knew we were going to do at that

19  time, but we probably had some deals we were

20  thinking about possibly doing.

21          Q       Was there any work done in

22  terms of tracking and looking at potential

23  companies prior to May or June of 2005?

24          A       I have no direct recollection,

25  specific recollection of what companies there

1                    R. COHEN

2    might have been. But suppose if someone had

3    called us May 10th and said here's a company

4    you should look at then we would have looked

5    at that company. And if we had decided in

6    July that it was a wonderful company and that

7    we wanted to invest then we made that

8    investment and that would fall into the

9    category you asked about. So it's perfectly

10   plausible that we might have looked at

11   companies prior to June 1 that we would have

12   invested in subsequent to June 1. I just

13   can't recall the names of any companies that

14   that actually was the case with.

15        Q        Do you know if Greg Morgenweck

16   did anything for the hedge fund in between the

17   concept that you and Adam had and May or June

18   of 2005?

19        A        I don't recall anything that

20   Greg would have had to have done or would have

21   done to get that fund to exist, you know, to

22   make that process happen, but I don't exclude

23   the possibility that he might have done

24   something.

25        Q        Just so we're clear, do you

1                    R. COHEN

2    know if Greg did any work or did anything for

3    Vision Consulting?

4         A        I believe that he was

5    continuing to do work for Vision Consulting.

6    He continued to provide these reports at least

7    up until the start of the fund.  That wouldn't

8    have stopped because we had the idea to do a

9    hedge fund.  Those separate managed accounts,

10   managed accounts is not actually the

11   appropriate term.  Those clients had holdings

12   and we tracked the value of the holdings and

13   so that obviously would have had to continue

14   at least up until the time the fund started.

15        Q        So Greg did assist and did do

16   things for Vision Consulting?

17        A        He did, but I think we've

18   discussed that that Greg provided a snapshot

19   page that summarized the holdings of the

20   managed accounts.  We sometimes used the term

21   managed accounts to refer to these consulting

22   clients.  It's not the appropriate term so

23   when I use it I apologize.  I'm slipping

24   because I'm using a casual term which is not

25   right because we were not managing the

```
 1                    R. COHEN
 2   account, we were not in control of those
 3   assets.  The investors fully controlled the
 4   assets so there's I think some other legal
 5   terminology for this case.  But in other
 6   words, the holdings of our consulting clients
 7   we would keep track of because, of course, we
 8   wanted to know whether those investments had
 9   turned out to be profitable and whether they
10   owed us money and so forth.
11          Q       Did Greg prepare reports for
12   Vision Consulting?
13          A       Yes.
14          Q       When did he begin preparing
15   those reports for Vision Consulting?
16          A       I don't recall specifically,
17   but I imagine it must have been in 2004 at
18   some point.
19          Q       Would it have been when he
20   first started working for you or with you?
21          A       I'm not sure I follow the
22   question.
23          Q       Which came first, Vision
24   Consulting or Gargoyle?
25          A       So Vision Consulting closed its
```

1              R. COHEN

2    first deal in January of '04.  Christopher and

3    I began developing the Gargoyle strategy in

4    the middle of '03.  So I don't know when the

5    various legal entities were formed, but we

6    started working on Gargoyle before we closed

7    our first deal in Vision Consulting.  Vision

8    Consulting did have its first investor do an

9    investment before Gargoyle started having

10   actual money put to work with Sagamore Hill.

11   So in terms of the conception Gargoyle came

12   first, and in terms of working on the business

13   Gargoyle came first.  In terms of the first

14   money put to work by someone that the business

15   knew Vision got there first, but it was a very

16   small amount of money.

17        Q       When Greg first started doing

18   work for Gargoyle was he also doing things for

19   Vision Consulting as well?

20        A       I think that Greg had gotten

21   involved with Gargoyle and then as part of

22   that started doing things for Vision.  As I

23   say, there was a process in my recollection in

24   which Greg was kind of showing his skills and

25   so it's possible that Greg did computer work

1                    R. COHEN

2    for Gargoyle or for Vision Consulting prior to

3    an actual agreement being reached.  Greg may

4    have been doing things to say let me show you

5    what you'll get if you agree to the terms that

6    I want so that's why I can't say to you what

7    the date was on which Adam and Greg sort of

8    shook hands on the ten percent of Gargoyle

9    deal and how that date compares to the date of

10   Greg's first efforts for Vision.

11        Q        Would it be fair to say that

12   Adam is more involved in Vision Consulting

13   than you?

14        A        Yes.  I mean more hours, yes.

15        Q        Would it be fair to say that

16   any dealings Greg had with Vision Consulting

17   he would have dealt with Adam and not you?

18                 MR. FISHER:  Objection to form.

19        A        No, I don't think that would be

20   fair to say.  If Greg produced a report for

21   Vision Consulting I might look at that report

22   or Adam might look at that report.  Either of

23   us might communicate with Greg on that.

24        Q        When Greg started working for

25   Gargoyle what was the understanding as to how

1           R. COHEN

2    much time he would have to work; was he to be

3    considered working full-time for Gargoyle?

4                MR. FISHER: Objection as to

5          form.

6          A      It was our understanding that

7    the agreement was on what needed to get done

8    and not on how many hours it took. We didn't

9    require that he be in any particular time or

10   place generally speaking, we just needed the

11   tasks to be accomplished.

12         Q      Did you require Greg to be in

13   New York to work for Gargoyle?

14         A      No. There may have been a

15   couple of occasions on which he had to go on a

16   meeting somewhere, but certainly he was not

17   required to do his work from New York. And to

18   the best of my knowledge he did his work from

19   Pennsylvania.

20         Q      Did you and Adam ever talk

21   about Greg doing things for Vision Consulting?

22         A      Yes.

23         Q      Before Greg worked at Gargoyle

24   did you talk to Adam about Greg doing work for

25   Vision Consulting as well or doing things for

1                    R. COHEN

2    Vision Consulting?

3         A        I can't recall whether any of

4    those conversations occurred before Greg got

5    involved with Gargoyle.

6         Q        Do you know what exactly Greg

7    did for Vision Consulting?

8         A        I think I have a reasonably

9    good idea.

10        Q        Why don't you tell me?

11        A        Greg tracked the holdings of

12   the clients so he got information on the

13   prices of stocks and he put that and then he

14   got information on the nature of the holdings

15   of the investor.  For example, a certain

16   number of shares, and a certain number of

17   warrants, and then he would produce a report

18   that estimated the value of those holdings

19   according to a formula, and that was the

20   primary task.

21        Q        You talked about this report

22   that generated estimated value according to a

23   formula.  Who created the formula, do you

24   know?

25        A        Well, there's a formula created

1          R. COHEN

2    by Fisher Black, Myron Scholes, and Robert

3    Merton which is known as the Black-Scholes

4    Model or the Black-Scholes-Merton Model.  That

5    formula computes values of options and so that

6    was the primary formula that we employed for

7    evaluation of option like pay off such as

8    warrants.

9          Q     When Greg first began his work

10   at Gargoyle do you know if he was working for

11   another company at the same time?

12         A     I don't know.  I believe that

13   at some point he was doing work for a company

14   called Rock Hill.  I don't know if that

15   overlapped with the Gargoyle work although it

16   may have.

17         Q     Prior to Greg doing things' for

18   Vision Consulting did you ever have any type

19   of communication with Greg Morgenweck about

20   doing things or assisting Vision Consulting?

21         A     I don't recall exactly when I

22   spoke to Greg or met with Greg as opposed to

23   when Adam had conversations and I just  /

24   communicated with Adam so I don't recall.

25         Q     I'm not clear with your answer.

1                    R. COHEN

2    Regardless of if it was before or after Greg

3    had conversations with Adam about doing work

4    or doing things for Vision Consulting let me

5    ask you this question.  Did you ever have

6    conversations with Greg about his assisting

7    Vision Consulting?

8         A       Yes.  I spoke to Greg about the

9    reports he was producing.

10        Q       What were those conversations

11   about?

12        A       Well, for example, we

13   encountered a problem because the evaluations

14   that were showing up on Greg's report were not

15   matching calculations that were being done by

16   others and this created a problem in our audit

17   that there was a mis-match in the numbers.

18   There was back and forth of emails and I think

19   some phone conversations too in which we tried

20   to resolve the difficulty which turned out to

21   be that Greg had incorrectly implemented the

22   formula for evaluation of options, the

23   Black-Scholes Formula, and consequently

24   created difficulties in our audit because of

25   this mistake so I had to work with Greg to

```
 1                      R. COHEN
 2    resolve that calculation error.
 3         Q       Who was doing the audit; was
 4    this an inhouse audit?
 5         A       No, it was our 2005 year end
 6    audit.
 7         Q       So this was something that
 8    occurred in 2006 then?
 9         A       Yes.
10         Q       Getting back to the
11    conversation you had, that would have been
12    work that he was doing for Vision Capital
13    Advisors, correct?
14         A       That's a fair comment.  Of
15    course, to the extent that the formula was
16    wrong it meant that it would have been wrong
17    for the consulting calculations too, but
18    you're absolutely right that that was later.
19    I'll give you another example.  Because of my
20    vision problem I can't see things on a
21    computer screen if the screen is white and the
22    text is black which is, of course, the normal
23    setup.  So I had discussions with Greg about
24    him creating a format for the snapshot reports
25    so that they would have a black background
```

1                    R. COHEN

2     with white text so that I would be able to

3     read them.  So I know I had that conversation

4     for example.

5          Q        After that conversation were

6     the snapshots in the proper format so that you

7     could read them?

8          A        Yes.

9          Q        Let's get back to my question a

10    couple questions ago.  Do you know if you had

11    conversations with Greg about him assisting

12    Vision Consulting prior to his actually

13    assisting Vision Consulting?

14         A        I don't remember.

15         Q        Do you know if Adam had

16    communications with Greg about assisting with

17    Vision Consulting prior to Greg actually

18    assisting with Vision Consulting?

19         A        He did.

20         Q        Did you ever talk with Adam

21    about those conversations he had with Greg?

22         A   .    Yes.

23         Q        When was the first time that

24    you remember talking to Adam about those

25    conversations?

```
 1                    R. COHEN

 2       A       I don't recall.

 3       Q       Would it have been

 4  contemporaneously with Adam having the

 5  conversation with Greg?

 6       A       Yes.

 7       Q       Do you remember the content of

 8  those discussions?

 9       A       Yes.  The content of the

10  discussions was that we wanted to work with

11  Greg on Gargoyle and it was Adam's feeling

12  that Gargoyle was a large complicated project

13  and that the Vision Consulting firm needed a

14  very small amount of administrative help that

15  Greg was well suited to provide and that we

16  should work out a deal with Greg whereby he

17  would receive a piece of Gargoyle profits in

18  return for doing the necessary work for

19  Gargoyle, but that as part of that deal he

20  would provide some administrative services to

21  Vision Consulting.

22       Q       Had you and Adam discussed how ..

23  much of a percentage or what Greg would

24  receive if he did work for Gargoyle and also

25  for Vision Consulting?
```

Case 1:08-cv-02969-BSJ-RLE   Document 24-3   Filed 03/06/09   Page 28 of 62

Page 99

1              R. COHEN

2         A      Yes.  We discussed the fact

3    that we were comfortable giving him ten

4    percent of Gargoyle in return for that work.

5         Q      Did you and Adam discuss what

6    if Greg did not agree to do work for Vision

7    Consulting what other percentage you would

8    give him then as part of his work for

9    Gargoyle?

10             MR. FISHER:  Objection.  Can

11        you read that back?

12             MR. SHEA:  I'll just withdraw

13        that and ask a different question.

14        Q      Did you and Adam ever discuss

15   the possibility that Greg would not agree to

16   do work for Vision Consulting?

17        A      I don't recall discussing that.

18   It was our view that the work for Vision

19   Consulting would be an extremely minor amount

20   of effort for someone of Greg's skills, and

21   that it was our belief that he would agree to

22   do that as part of the package.

23        Q      Would Greg have received ten

24   percent of the net profits from Gargoyle

25   regardless of whether or not he assisted with

Jaguar Reporting, Inc.
718 858-7700

1                    R. COHEN

2    Vision Consulting?

3                    MR. FISHER:  Objection as to

4          form.  Calls for speculation.

5          A          If he had agreed to help with

6    the Vision stuff and not delivered on that

7    promise then we would have had to have a

8    discussion.  If he had negotiated a different

9    deal with us that didn't involve him doing

10   Vision I have no idea how that negotiation

11   would have gone.

12         Q          And obviously Greg would only

13   receive compensation for his work if Gargoyle

14   was showing a net profit, correct?

15         A          Correct.

16         Q          Up until the time that Sagamore

17   Hill became partnered with Gargoyle was there

18   any discussion as to Greg Morgenweck receiving

19   any other type of compensation?

20         A          Not to my recollection.  It's

21   worth noting that there was enormous upside in

22   Gargoyle.  We were working with a multi

23   billion dollar hedge fund and if performance

24   had been strong it was possible that we would

25   have very large amounts of money invested in

| | |
|---|---|
| 1 | R. COHEN |

2    the strategy and therefore, make tremendous

3    profits and that the profit share to Greg as

4    well as to Christopher and I would be

5    extremely large. So we were all working very

6    hard, and, of course, at the beginning for no

7    direct compensation. You're not getting paid

8    as you build a strategy, but we knew that if

9    things went well we could make a tremendous

10   amount of money and that was I think what got

11   Greg excited and got all of us excited.

12        Q        Was the agreement that Greg

13   would receive ten percent of the net profits

14   from Gargoyle?

15        A        Yes.

16        Q        Was anyone else at Vision

17   Consulting doing the same task that Greg was

18   doing?

19        A        Well, David Berger was working

20   on some related tasks and when Greg eventually

21   stopped working with us, which was after the

22   hedge fund had started, of course, David took

23   over all of those tasks, but there wasn't

24   somebody doing the exact same thing Greg was

25   doing.

1                          R. COHEN

2          Q       Before David Berger was there

3    anyone else?

4          A       Before David Berger I guess

5    that probably Jordan and Adam and I did

6    whatever calculations we needed.  If there was

7    anything Greg wasn't doing that David didn't

8    then the rest of us had to do it.

9          Q       How would you describe Greg's

10   work product that he did for Gargoyle?

11         A       I thought it was very good.  Is

12   that what you mean?

13         Q       Yes, the nature of the work.

14   How about the work that he did for Vision

15   Consulting, how would you describe the quality

16   of the work?

17         A       I thought it was adequate.

18         Q       Why do you say adequate?

19         A       Well, on one hand the numbers

20   were useful to us and I was happy to have him

21   so that's why adequate in the positive sense.

22   In terms of why I wasn't as strongly positive

23   as I was towards the Gargoyle work number one,

24   the calculation errors we eventually

25   discovered obviously I was very disappointed.

1       R. COHEN

2    It's very important to be accurate in the

3    investment business. Second, I guess I would

4    say that when Greg left and ceased doing

5    anything for us David Berger reported to me

6    that within about a week he was able to

7    reconstruct everything, the ability to produce

8    all the numbers that Greg produced and in a

9    format that was somewhat more useful and so

10   forth. So it was our feeling I guess that

11   there might have been more satisfactory

12   approaches to producing those numbers than

13   working with Greg.

14       Q       What do you mean there might

15   have been more satisfactory approaches than

16   working with Greg?

17       A       I mean that after Greg left

18   when David started producing the numbers we

19   felt that the material was in a format that

20   was more useful to us and it was simpler in

21   that obviously if there's an extra step in the

22   communication, in other words, if David is

23   getting numbers from Greg then that's a

24   communication, that's a relationship that

25   David has to manage or that I have to manage

1                    R. COHEN

2    talking to Greg.  Once Greg wasn't there David

3    and I worked together without another person

4    to communicate with so it's that many fewer

5    emails to write and phone calls to make and

6    possibility for mis-communication.  So we felt

7    we had a more satisfactory process without

8    Greg on that project and that's what I mean.

9          Q      You said the format was simpler

10   to read?

11         A      Right.  Greg's output, his

12   snapshot output included many data items that

13   I never understood what they were for and I

14   found them rather confusing the format.

15         Q      While he was doing or assisting

16   the hedge fund who did Greg interact with

17   directly?

18         A      He would sometimes interact

19   with me, he would sometimes interact with

20   David, he would sometimes interact with Adam,

21   he probably interacted with Jordan as well.

22         Q      You had said that when Greg

23   left there was just a direct communication

24   between you and David, therefore, lessening

25   the errors of mis-communication.  Did it work

1                    R. COHEN

2    when Greg was there that he would talk to

3    David and David would then talk to you?

4           A       It depended what the question

5    was, but my point is that if Greg has some

6    information that both David and I need then

7    that's sort of two people who have to, it's

8    sort of more conversations that have to be had

9    to make sure that everybody understands the

10   same thing.  You need a total of three

11   conversations for all three people to

12   communicate with each other.  If there's only

13   two people it's one conversation.  I'm just

14   making the point that it's simpler if you

15   don't have another person there.  Obviously

16   the down side is that David then had to take

17   on that work.  But as I said, he found that

18   not to be a major burden and that he was able

19   to reconstruct that work very quickly.

20           Q       How many employees did the

21   Vision Opportunity Capital Management have

22   when it began in June of 2005?

23           A       I don't recall.

24           Q       Do you know if it was more or

25   less than ten?

1                    R. COHEN

2          A      It was less than ten.

3          Q      Did you have someone who was in

4    charge of financial affairs such as keeping a

5    bank account, payroll?

6          A      David Berger does that.

7          Q      Was David Berger in charge of

8    payroll to the best of your understanding or

9    recollection?

10         A      Yes.  Fairly soon after joining

11   us David was given that task.  There may have

12   been a period of time during which we didn't

13   want some people who just came on board to be

14   in charge of that critical function, but

15   certainly fairly soon after he came on board

16   he was put in charge.

17         Q      Was the hedge fund a larger

18   undertaking than the consulting, Vision

19   Consulting?

20         A      It's become larger.  At the

21   time we started the hedge fund in part to

22   simplify the investing.  Rather than having

23   multiple managed accounts it would be a single

24   fund.  As the fund has grown, of course, it

25   has become a more complicated enterprise.

1                    R. COHEN

2        Q        When the hedge fund began in

3    June of 2005 at that time was it more involved

4    than the consulting?

5        A        I would tend to say no, but it

6    was more involved in some ways and less

7    involved in other ways.  As I said we started

8    in some ways to simplify matters, but

9    obviously it also has its own challenges.  It

10   was more complicated in some ways and simpler

11   in others.

12       Q        Did you ever have any

13   communications with Greg prior to his

14   assisting with the hedge fund about him

15   getting compensated for his assisting with the

16   hedge fund?

17       A        I don't recall having any

18   conversations about him getting compensated

19   for working with the hedge fund.

20       Q        Do you know if Adam had any

21   conversations or communications, whether it be

22   email, telephone, face to face conversations,

23   with Greg about compensation for Greg

24   assisting with the hedge fund prior to Greg

25   assisting with the hedge fund?

1                    R. COHEN

2          A         I believe that Adam had

3     conversations with Greg in which he made it

4     clear that his compensation was through

5     Gargoyle and that that was our current deal,

6     and that there could, of course, potentially

7     be a job for Greg at the hedge fund at some

8     point if the hedge fund was ever to be a big

9     enough enterprise that that made sense and it

10    worked for everybody. As I said before, the

11    possibility of Greg eventually working for the

12    hedge fund was discussed. I don't know if it

13    was discussed at the time of the launch of the

14    hedge fund. That may have not come up until

15    later, but it certainly was discussed at some

16    point. It's worth noting at the time of the

17    launch of the Vision hedge fund I believe that

18    Gargoyle was viewed as by far the more

19    promising of the two businesses. So the idea

20    that primary compensation would be through

21    Gargoyle was very sensible not only because of

22    the vast, vast majority of the work that Greg

23    was doing for Gargoyle, but also because that

24    was where the opportunity for big money was.

25    And also that was where immediate payments

```
1                    R. COHEN

 2   were the most likely to come because, in other

 3   words, Sagamore Hill was making us regular

 4   payments in addition to potential profit

 5   participation.  So in other words, Gargoyle

 6   had both the advantage of sort of direct

 7   guaranteed payments as opposed to the total

 8   uncertainty of the hedge fund project as well

 9   as being widely viewed as by far the more

10   likely to have a big upside.

11        Q       You said Sagamore Hill was

12   making regular payments.  What do you mean by

13   regular payments?

14        A       Our agreement with Sagamore

15   Hill said they had to pay us a certain base

16   compensation.  That may have been a draw

17   against the profit share, but they had to pay

18   us the base amount.

19        Q       How often would they have to

20   pay you the base amount?

21        A       The payments were somewhat

22   irregular.  I think in principle they probably

23   should have been paying us quarterly or

24   monthly, but their payroll department wasn't

25   the best organized.  So it would kind of be a
```

```
 1                    R. COHEN

 2   thing where we could call and bug them and

 3   eventually we would get payments and so forth,

 4   but nevertheless the payments were made and

 5   they paid us what they were supposed to pay us

 6   and it amounted to a substantial amount of

 7   money.  I don't remember exactly what we got,

 8   but it added up to a decent amount on the sort

 9   of part you knew you were going to get which

10   was important to all of us.  We really sort of

11   needed that short term money.

12       Q       Who is Lisa Snow?

13       A       Lisa Snow is the general

14   counsel and chief compliance officer of Vision

15   Capital Advisors.

16       Q       Is she an employee?

17       A       She is.  Although she worked as

18   a consultant for us for a while before she

19   became full-time, but now she's been with us

20   for a considerable amount of time.

21       Q       How long has she been an

22   employee?

23       A       I think she joined us around

24   the end of '06.  So it's certainly been over a

25   year, but I don't remember exactly how long it
```

1                       R. COHEN

2      has been.

3           Q       When you say she was an outside

4      consultant was she working for somebody else?

5           A       Not that I know of. As I said,

6      this has been a regular pattern for us.  We

7      work with people and see if it's a good fit on

8      both sides and sometimes it is and sometimes

9      it isn't so this was an example of that.

10          Q       When you said she came to you

11     in the end of '06, did she come to you in the

12     end of '06 as an employee?

13          A       I believe she started

14     consulting for us sometime in the summer or

15     fall of '06 and that she became a full-time

16     employee sometime in either fall of '06 or

17     winter of '07.  But again, I could be a little

18     off on the dates.

19          Q       Do you know how many hours Greg

20     put in to assisting Vision Consulting?

21          A       I don't know.

22          Q       In terms of a daily basis, or a

23     weekly basis, or a monthly basis?

24          A       I do not know.

25          Q       How about for the work that he

1                              R. COHEN

2        did in assisting the hedge fund, do you know

3        how many hours?

4              A        I don't know.

5              Q        You talked about before that

6        you and Adam had talked to Greg about doing IT

7        for the hedge fund and things didn't work out,

8        correct?

9              A        Right.

10             Q        Who did the IT then after

11       things did not work out with Greg?

12             A        As I mentioned, we didn't

13       really have tremendous IT needs and so what we

14       did was build systems ourselves and David

15       Berger did a lot of work on that, I did some

16       work, and over time we've added other staff

17       who have built other elements, but in the

18       short run David Berger and I did most of I

19       guess what was needed, and more David than me

20       probably.

21             Q        Did Greg do any work on

22       building systems?

23             A        No.  We discussed with Greg the

24       possibility of buying his software and almost

25       succeeded in consummating that transaction.

1                    R. COHEN

2      We met with him to sign a deal where we would

3      buy his software system, but then he walked

4      away from that deal and so, of course, we

5      never used any of his systems again.

6           Q         When did you and David begin

7      building the systems?

8           A         When Greg left. Well, actually

9      I would say even before Greg left. I think

10     David probably had begun creating some things

11     of his own just as a double check and to make

12     sure he had full understanding of what Greg

13     was doing. So I certainly don't know the date

14     at which he would have began doing that work.

15     Anybody who is working on a project is likely

16     to have some spreadsheets of their own where

17     they track things. After Greg left, of

18     course, we had to make sure that we had

19     everything so then David worked rapidly and as

20     I said in the next week or so he produced the

21     systems that we needed. Again to be clear we

22     didn't require a very elaborate system. We

23     had a relatively small number of holdings, we

24     do very little trading and so tracking

25     holdings is not very difficult. And then, of

1                    R. COHEN

2       course, also we work with an administrator

3       which is Citi Group and they provide certain

4       kinds of information that's helpful to us and

5       so forth.

6            Q       What systems were being used

7       prior to Greg leaving?

8            A       I'm not sure how to answer

9       that.  Do you want me to say the names of

10      spreadsheet documents?

11           Q       I'm just trying to understand.

12      You said you and David built systems.  What

13      type of systems did you build?

14           A.      Spreadsheets.

15           Q       What spreadsheets were being

16      used before the ones that you and David built?

17           A       Well, David had spreadsheets

18      and then he sought my advice so when I say I

19      and David built those spreadsheets the process

20      would primarily be David might work on a

21      spreadsheet and he might call me with

22      questions and I would give him advice and I

23      would say we need this in there.  So over time

24      David has built up a set of spreadsheets that

25      track our holdings.  And as I say, he works

1               R. COHEN

2      with our administrator and there have been

3      other people in our firm in subsequent years

4      who have gotten involved with building things.

5           Q       When Greg was there what

6      spreadsheets was he using?

7           A       My understanding is that Greg

8      doesn't generally work with spreadsheets and

9      that he works with a database system.  So he

10     would work with a database and then the

11     database would produce an output file which

12     was, as I say, equivalent to a PDF file.

13     Either a PDF or this equivalent type of file

14     which has the character that you can't change

15     the file.  It's just telling you the numbers,

16     it's like having a piece of paper.  So I never

17     saw any of Greg's databases and never had any

18     of them on my computer or anything like that.

19     Those were Greg's databases and, of course,

20     when we were done working with him I don't

21     even think we had any of the databases at all

22     on our computers.

23          Q       So I guess the answer to my

24     question is the systems that Greg was using

25     when he was there was the databases that he

1                          R. COHEN

2    created?

3           A       Right.

4           Q       You said that when Greg was

5    leaving you were trying to purchase Greg's

6    systems.  Was that his databases that we were

7    just talking about?

8           A       Right.  Since Greg was leaving

9    we wanted David to be able to use Greg's

10   database to produce the output that Greg was

11   producing, but since that didn't work out we

12   reproduced it using spreadsheets instead of

13   databases because David and I are more

14   familiar with spreadsheet than database

15   programs.  It turned out actually to be

16   reasonably straightforward to produce that.

17          Q       Was there any difference

18   between what you and Adam talked to Greg about

19   what you wanted him to do for the hedge fund

20   and what he'd end up doing for the hedge fund?

21                  MR. FISHER:  Objection.

22          A       I don't have any particular

23   recollections on that score.  I mean, we may

24   have talked to him about some things and said

25   can you do this and he couldn't or wouldn't.

```
 1                    R. COHEN
 2    I don't know, but I mean he did what he did.
 3         Q        When you and Adam talked to
 4    Greg about doing IT for the hedge fund what
 5    did you talk about; what types of things did
 6    you want him to do for the hedge fund?
 7         A        What would he have done if he
 8    had come and joined us?
 9         Q        Yes.
10         A        Well, if Greg had joined us we
11    might have built more sophisticated types of
12    systems that would have benefited us if the
13    business grew more complicated.  It might have
14    enabled us to think about doing other kinds of
15    things with our business and the business
16    might have grown differently if Greg had been
17    involved, but since he wasn't we pursued the
18    path we pursued.
19         Q        What do you mean the business
20    may have grown more differently if he was
21    there?
22         A        You just don't know.  Obviously
23    if you have another person involved in your
24    business that gives you certain capabilities
25    and maybe you would pursue those, maybe you
```

1         R. COHEN

2    would say oh my gosh, with this quality of IT

3    infrastructure we can start five funds instead

4    of one. But otherwise that would be too

5    complicated since you don't have that

6    infrastructure. I'm not saying we would have

7    started five funds, but just to say that Adam

8    and I hoped to build a very successful fund or

9    family of funds and so if we had had Greg

10   involved then that would have strengthened the

11   sort of backbone of something like that. So

12   even though at the time our IT needs were

13   pretty minimal we were looking for the future

14   and we were interested in doing something with

15   Greg that might have been beneficial down the

16   line, but it didn't happen.

17        Q        Putting aside what you

18   envisioned what you may have done or possibly

19   could have done if Greg was involved what was

20   the immediate need for Greg when you and Adam

21   talked to him about doing IT for the hedge

22   fund?

23        A        Well, given what I know now I

24   would say we didn't really have that need. It

25   turned out that everything went fine without

1           R. COHEN

2    him.  But as I say, at the time we thought he

3    would do what he had been doing and that over

4    time as our business grew there would be more

5    things for him to do.

6           Q        What role would he have in the

7    possible expansion of the business?  What did

8    you and Adam envision Greg's role as to the

9    possible expansion of the business?

10          A        Well, he would have been doing

11   our information technology.  You may have a

12   situation where in the short run your needs

13   are small, but we believe that when you're

14   trying to build a business that you want it to

15   ideally be very strong in all areas.  We knew

16   that Greg had had important jobs in IT at big

17   investment firms before and so we thought,

18   well, if we become a big investment firm we'll

19   need somebody like Greg and Greg is somebody

20   we know so perhaps he's an appropriate person

21   for that role, but it didn't work out.

22          Q        When it didn't work out with

23   Greg did you seek out anybody else to fill

24   that role?

25          A        No.

1                          R. COHEN

2          Q       Why not?

3          A       We discovered very rapidly, as

4    I say, it took us a very short time to produce

5    a set of spreadsheets that gave us as good or

6    better results from what we had been getting

7    from Greg and so we realized that our need for

8    IT infrastructure was minimal in the short run

9    and so we decided that other priorities were

10   more important.  In other words, when we were

11   trying to work something out with Greg what we

12   thought is we need somebody in the short run

13   that's maybe a lot less than full-time work,

14   but it's important and in the long run we'll

15   need full-time so let's hire a full-time

16   person now that's kind of overkill for the

17   short run, but will tee us up for the long

18   run.  When Greg left we discovered very

19   rapidly that we didn't have a need for

20   somebody in the short run at all.  So then we

21   said since there's no short run need it

22   doesn't make sense, the dual nature of the

23   benefit of the hire is gone.  The only benefit

24   is the long run benefit and then, of course,

25   within a certain business you have many short

1                R. COHEN

2    run needs so it didn't make sense to direct

3    the resources there given that there was no

4    short run.

5            Q       You had this conversation, you

6    and Adam, where you discussed Greg working for

7    the hedge fund in IT prior to June of 2005?

8            A       The conversation that I'm

9    talking about about Greg and IT were right at

10   the end before he left us.  That is to say we

11   had a period within I think a few months

12   before he left us where we discussed with Greg

13   quite seriously the possibility of him joining

14   us and then we weren't able to come to an

15   agreement on that.  So then given that he

16   couldn't join us I think we had the impression

17   maybe Greg had other job opportunities and so

18   then he wanted to make a deal to sell us his

19   database system so that he could get some

20   money and then pursue other opportunities.  So

21   that's when we tried to make a deal to buy his

22   database.

23           Q       Did you ever have conversations

24   with Greg or any type of communication with

25   Greg prior to June of 2005 about him coming to

1                    R. COHEN

2    work for the hedge fund?

3          A          I don't recall any such

4    conversations. It's perfectly plausible that

5    something we could have said to him is hey, if

6    this works out really well and if the fund

7    grows a lot maybe you'll end up here, but I

8    doubt we would have had those conversations

9    prior to June of '05 because at that time, as

10   I mentioned before, Gargoyle was extremely

11   promising. It's unlikely that someone in

12   Greg's situation would have thought that it

13   would be a good idea to come to work for the

14   Vision Fund because Gargoyle had both more

15   immediate money coming in and much more upside

16   from I think the perspective that Greg would

17   have taken or that most people would have

18   taken at that time. So I doubt that there

19   would have been a lot of chatter about Greg

20   joining Vision because that would have

21   required sort of leaving Gargoyle if he was

22   going to join Vision full-time. I think those

23   conversations would have occurred later after

24   Sagamore Hill had its problems. So late '05

25   is when Greg saw that Gargoyle wasn't turning

1          R. COHEN

2     out as we had hoped and on the other hand

3     Vision was exceeding expectations and I think

4     that's when Greg became interested in getting

5     more involved with Vision. So we had those

6     conversations and it didn't work out.

7          Q          You said that you wouldn't

8     think someone in Greg's position would want to

9     leave Gargoyle and work for the hedge fund.

10    What do you mean Greg's position?

11         A          I mean to say Gargoyle was a

12    very promising enterprise. You had two

13    professors from elite institutions. One who

14    already had experience running a quantitative

15    investment strategy working together with an

16    elite multi billion dollar hedge fund to

17    implement a highly scaleable strategy and with

18    a deal with that hedge fund that was quite an

19    attractive deal in terms of our profit

20    participation. So if you were sitting in

21    Greg's chair at that time you would have

22    looked and said this is a fantastic

23    opportunity. Then if you looked at Vision

24    what you would see is an organization that was

25    not nearly as compelling. There was no multi

1                    R. COHEN

2    billion dollar hedge fund working with Vision.

3    There was Adam who had not been a portfolio

4    manager in his career, he was a trader, and

5    then there was me whose expertise was in quant

6    strategies and not in the kind of direct

7    investing that Vision was doing and we didn't

8    have the resources behind us of a multi

9    billion dollar firm.  We didn't have checks

10   coming in quarterly or whatever to guarantee

11   payment from that multi billion dollar firm.

12   So any reasonable person sitting in Greg's

13   perspective in early to mid '05 would have

14   looked and said Gargoyle is where the action

15   is.  And that's why, obviously I can't read

16   Greg's mind, but it was my belief at the time

17   and it's still my belief that's why Greg was

18   happy to do the deal because he was getting a

19   percentage of the real attractive business and

20   then giving a little help on the side to the

21   more speculative business now and again.  Six

22   months later things looked different because

23   of the very surprising events at Sagamore Hill

24   had put Gargoyle in a much weaker position and

25   also things were going well at Vision so I

1                         R. COHEN

2      think that's when perspective changed which is

3      understandable.

4           Q      You said that he would have to

5      leave Gargoyle if he was going to work for the

6      hedge fund.  Why?

7           A      No, I said he would have to

8      leave Gargoyle if he was going to work for the

9      hedge fund full-time because by definition

10     full-time is full-time.

11          Q      Do you think he would have had

12     to work full-time if he went to the hedge

13     fund?

14          A      Are you asking me whether Greg

15     could have come to us with a proposal to work

16     more for the hedge fund and less and less for

17     Gargoyle?  I can't speculate as to how that

18     conversation would have gone.

19          Q      Did you ever discuss with Greg

20     about any possible compensation he would have

21     received if he had went to work for the hedge

22     fund?

23          A      No.

24          Q      Do you know if Adam had any

25     conversation or communication with Greg about

1                          R. COHEN

2        compensation he would have received if he

3        worked for the hedge fund?

4                    MR. FISHER: Objection. What

5              his compensation would have been had he

6              decided to come to the hedge fund

7              full-time?

8                    MR. SHEA: Had he decided to

9              work for the hedge fund.

10        A        During the period at sort of

11       the end of our time working with Greg when we

12       were having those discussions it's possible

13       that he and Adam talked specifically about

14       what compensation might be under those

15       circumstances. To my recollection the big

16       sticking point was Greg's unwillingness to

17       come to New York. So you could imagine that

18       if that became an absolute for Greg then there

19       wouldn't have been much purpose in talking

20       about dollars and cents. But it's certainly

21       also possible that Adam said hey, for this

22       many dollars and cents would you consider

23       coming to New York. So I couldn't say whether

24       Adam did throw out some numbers or not, I'm

25       not sure.

```
 1                        R. COHEN
 2                   (Whereupon, a short recess was
 3          taken.)
 4     EXAMINATION BY
 5     MR. SHEA:
 6          Q     Was Christopher Polk involved
 7     with Vision Consulting at all?
 8          A     No.
 9          Q     How about the hedge fund?
10          A     No.
11          Q     Did Adam receive any
12     compensation from Gargoyle?
13          A     No.
14          Q     At any point in time did Greg
15     Morgenweck ever complain or say anything to
16     you about not getting paid for work that he
17     did for Vision Consulting?
18          A     I know there were complaints.
19     I can't recall whether he directly complained
20     to me or whether I just heard about the
21     complaints through Adam, but I know there was
22     some discussion there.
23          Q     Do you know when you first
24     learned of the complaint?
25          A     I don't recall.
```

```
 1                         R. COHEN

 2        Q       Do you know if it was while

 3   Greg was still working there?

 4        A       Yes, it was.

 5        Q       Do you know if it was before

 6   June of 2005?

 7        A       I don't know, but I would guess

 8   it probably was.

 9        Q       Do you know if the complaints

10   were for his not getting paid for work he did

11   for Vision Consulting, or for the hedge fund,

12   or for both?

13        A       My recollection is that at a

14   certain point Greg just wanted money for

15   anything he could get money for and he started

16   complaining.  He was just trying to convince

17   Adam that he should get money for something.

18        Q       Do you have any recollection of

19   having conversations with Greg about him

20   wanting money?

21        A       My recollection is that if the

22   conversation like kind of even went a little

23   in that direction I said that he should talk

24   to Adam and that Adam was good to negotiate

25   that.
```

1                          R. COHEN

2          Q        Are you aware if Adam had

3     conversations or communications with Greg

4     Morgenweck about Greg's complaints about not

5     getting paid?

6          A        Adam told me he had

7     conversations about that.

8          Q        When was the first time that

9     Adam and you had a conversation regarding that

10    matter?

11         A        I don't recall.

12         Q        Do you know how many

13    conversations you and Adam had about that

14    issue?

15         A        I'm sure there were at least

16    ten.

17         Q        I'm not going to ask you about

18    each and every one, but could you tell me

19    generally what the conversations entailed?

20         A        Generally the conversation was

21    that Adam would explain to Greg that the deal

22    we had was that Greg wasn't paid on Vision.

23    That there was the possibility that Greg could

24    at some future point do something with Vision,

25    but that that wasn't something that was

1          R. COHEN

2    currently happening and that the compensation

3    now was coming from Gargoyle and that Gargoyle

4    would pay him everything he was owed.  But at

5    a certain point as Vision started to do

6    better, and I would say probably accelerating

7    Gargoyle or maybe starting to, but certainly

8    related to both Vision doing better than

9    expected and Gargoyle doing somewhat, I won't

10   say worse than expected, but certainly worse

11   than hoped, Greg started to try to convince

12   Adam that Adam should give him money.

13        Q      Did Adam tell you what Greg

14   said to him how he would try to convince him

15   to give him money?

16        A      My recollection is that Adam

17   said he put a lot of emphasis on how much he

18   needed money and how his financial situation

19   was really difficult and he really needed

20   money and wanted money and that Adam should

21   give him money.

22        Q      You said that Adam had

23   conversations with Greg about possibly doing

24   something with Vision.  Are these

25   conversations that he had with Greg after Greg

1                    R. COHEN

2    made the complaints about not getting paid?

3         A         As I've said before, I don't

4    know when the subject first came up of Greg

5    becoming heavily involved in Vision.  I'm sure

6    that we had those conversations in late 2005

7    probably into early 2006 or sometime around

8    that period, fall '05 or winter '06 because I

9    remember Greg coming up to New York for a

10   couple of days and I remember being involved

11   in some conversations about Greg possibly

12   moving to New York.  So I know those

13   conversations occurred, but I don't know when

14   the first conversation of that type occurred.

15        Q         Do you know if Adam ever said

16   to Greg that the work that Greg did for Vision

17   Consulting and the hedge fund was as a favor

18   to Adam?

19        A         I don't know if he ever said

20   that.

21        Q         Did Greg ever tell you that

22   Adam told him that?

23        A         I don't remember a conversation

24   where that word was used, but I guess what I

25   would say is that it was our notion that the

1                          R. COHEN

2       work for Vision was a small add on that was

3       being done over and above the Gargoyle work

4       which was a large amount of work.  So while we

5       certainly viewed it as being part of the deal

6       with Gargoyle, and so the word favor in that

7       sense would not be entirely inappropriate.

8       You could imagine in a casual way that word

9       being used in the way that, for example, you

10      might say to your secretary could you do me a

11      favor and go FedEx this to so and so.

12      Obviously it's part of her job perhaps to send

13      things for you, but at the same time you would

14      say let's do that as sort of a little extra

15      thing.  Maybe for example if you asked her to

16      stay late to do it or something then you'd say

17      do me a favor and send this email so I think

18      that it's possible that I would have used that

19      had term in a casual sense.

20           Q       Did you and Adam ever have

21      conversations about what if the work Greg was

22      doing for Vision Consulting or the hedge fund

23      became more involved giving Greg additional

24      compensation?

25           A       I don't recall having that

```
 1                         R. COHEN
 2   conversation as such.  I don't recall
 3   specifically discussing that.
 4                MR. FISHER:  Just in response
 5           to Mr. Shea's questions you should
 6           state whether you recall or you don't
 7           recall.  Unless Mr. Shea asks you I
 8           would ask you not to speculate as to
 9           whether some event is possible or
10           plausible.  Just stick to what you
11           know.
12                THE WITNESS:  Okay.
13        Q      At any time during this time
14   period did you consider possibly compensating
15   Greg for the work he was doing for Vision
16   Consulting and for the hedge fund if the
17   amount of work grew to be more than what you
18   thought it was initially going to be?
19                MR. FISHER:  Objection.
20        A      I don't recall having any
21   thoughts or discussions of that.
22        Q      The work that Greg did for
23   Vision Consulting, did that have any value to
24   Vision Consulting at the time?
25        A      It had some value.  As I say,
```