# EXHIBIT N

 **COPY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
GREGORY MORGENWECK,

                    Plaintiff,
          -vs-
                                        No. 08
VISION CAPITAL ADVISORS, LLC, VISION     CV 2969
OPPORTUNITY CAPITAL MANAGEMENT,          (BSJ)
LLC, ADAM BENOWITZ and RANDOLPH COHEN,   (RLE)

                    Defendants.
- - - - - - - - - - - - - - - - - - - -x
VISION CAPITAL ADVISORS, LLC, and
VISION OPPORTUNITY CAPITAL
MANAGEMENT, LLC
          Counterclaim Plaintiffs,

          -vs-

GREGORY MORGENWECK
          Counterclaim Defendant.
----------------------------------------x
                    380 Madison Avenue
                    New York, New York

                    DATE:  December 16, 2008
                    TIME:  9:57 a.m.


               EXAMINATION BEFORE TRIAL of ADAM

BENOWITZ, one of the Defendants, in the

above-entitled action, taken by the Plaintiff,

pursuant to Notice, held at the above time and

place before Nancy Nasca, a Notary Public within

and for the State of New York.


          Jaguar Reporting, Inc., 44 Court Street, Brooklyn, NY

```
 1

 2   F E D E R A L   S T I P U L A T I O N S

 3

 4

 5          IT IS HEREBY STIPULATED AND AGREED

 6   by and between the counsel for the

 7   respective parties hereto, that the filing,

 8   sealing, and certification of the within

 9   deposition shall be waived.

10

11          IT IS FURTHER STIPULATED AND AGREED

12   that all objections, except as to the form

13   of the question, shall be reserved to the

14   time of the trial.

15

16          IT IS FURTHER STIPULATED AND AGREED

17   that the within deposition may be signed

18   before any Notary Public with the same force

19   and effect as if signed and sworn to before

20   the Court.

21

22

23

24

25
```

```
 1

 2   A P P E A R A N C E S:

 3

 4        LAW OFFICES OF KENT & McBRIDE, P.C.

 5              Attorneys for Plaintiff

 6              1617 JFK Boulevard, Suite 1200

 7              Philadelphia, Pennsylvania 19103

 8              BY:  JOHN P. SHEA, ESQ.

 9

10

11

12     .  BUTZEL LONG, ESQS.

13              Attorneys for Defendants

14              380 Madison Avenue, 22nd floor

15              New York, New York 10017

16              BY:  ERIC B. FISHER, ESQ.

17

18

19

20

21

22

23

24

25
```

```
 1                          BENOWITZ

 2     A D A M     B E N O W I T Z, called as a witness,

 3              having been first duly sworn by a Notary

 4              Public in and of the State of New York, was

 5              examined and testified as follows:

 6

 7     EXAMINATION BY

 8     MR. SHEA:

 9          Q.    Good morning, Mr. Benowitz.  I

10     introduced myself earlier.  My name is John Shea.

11     I represent Gregory Morgenweck in this lawsuit

12     brought against you and Randy Cohen and a couple

13     of Vision entities.  Before we get going, have you

14     ever been deposed before?

15          A.    Yes.

16          Q.    How many times?

17          A.    I think once.

18          Q.    Were you a party to the lawsuit,

19     were you being sued, or were you sued?

20          A.    No.

21          Q.    You were a witness?

22          A.    Yes.

23          Q.    What type of case was it?

24          A.    It was a possible NASD claim against

25     a broker, they wanted my testimony.
```

| 1 | BENOWITZ |
| --- | --- |

2      Q.    How long ago was that?

3      A.    4 years ago I think.

4      Q.    Do you know the name of the matter

5  or procedure?

6      A.    I don't know if they ever brought --

7  I don't know whether it settled or what they did.

8  It did not involve me so I didn't care.

9      Q.    I want to go over some previous

10  instructions.  As you can see there is a court

11  reporter taking down everything that you and I

12  say.  It is important that you keep all your

13  answers verbal.  Nods and hand gestures the court

14  reporter cannot take down.  Keep your responses

15  verbal.  Also, for ease of the court reporter I

16  would just ask you to let me finish my question

17  before you answer, and I will give you the same

18  courtesy.  If at any time I start asking a

19  question before you finish, please let me know and

20  I will let you finish.  It makes it even more

21  difficult on the court reporter when two people

22  are talking at the same time.

23            The court reporter just swore you

24  in.  Your testimony here today has the same effect

25  if you are in a court of law.  Therefore, it is

1                          BENOWITZ

2      very important that you understand the question I

3      am asking you.  If you do not understand, let me

4      know and I will clarify the question.  That's

5      important because once you answer the question

6      it's going to be presumed that you understood the

7      question and answered the question to the best of

8      your ability.

9                          Did you understand these

10     instructions?

11          A.     Yes.

12          Q.     I don't know how long I am going to

13     be.  I am going to try and move this along and try

14     and be as efficient as possible to keep this

15     deposition moving along.  I do anticipate this

16     will be at last a couple of hours.  We will take

17     breaks obviously, but between those breaks if you

18     need to take a break, let counsel know or let me

19     know.  As long as it is not during a pending

20     question I will be happy to accommodate your

21     request.

22                          Are you currently taking any

23     medication which will affect your ability to

24     understand questions?

25          A.     No.

```
 1                              BENOWITZ

 2          Q.    Are you taking any medication which

 3    affect your memory?

 4          A.    No.

 5          Q.    Are you taking any medications?

 6          A.    Sometimes I take asthma pills.

 7          Q.    For the record, what is your full

 8    name?

 9          A.    Adam David Benowitz.

10          Q.    Where do you currently reside?

11          A.    310 East 53rd Street New York 10022.

12          Q.    How long have you resided there?

13          A.    A year.

14          Q.    Who do you live with?

15          A.    Me.

16          Q.    Are you married?

17          A.    I am sort of pending a divorce, but

18    I have been separated for 6 years.

19          Q.    Do you have any other residences?

20          A.    No, my ex-wife lives in the old

21    house in Pennsylvania.

22          Q.    What is your educational background?

23          A.    University of California, Berkley, a

24    masters, and I took MBA classes in Philadelphia,

25    but never got a degree.
```

```
 1                          BENOWITZ

 2        Q.    What degree do you have from

 3    Berkley?

 4        A.    Psychology.

 5        Q.    What type of MBA classes did you

 6    take?

 7        A.    The MBA classes was a long time ago.

 8        Q.    You never completed that?

 9        A.    No.

10        Q.    Where did you go to High School?

11        A.    Plymouth White Marsh High School.

12        Q.    What was your first job coming out

13    of college?  I am not going to go through every

14    job.

15        A.    My first job I think I worked for my

16    dad and as a stockbroker around '88 when I

17    graduated.  Both I worked for my father and I was

18    a stockbroker for very brief period of time.

19        Q.    What was your first job in the

20    financial sector?

21        A.    As a stockbroker but when I was 25 I

22    got a job with Susquehanna Investments.

23        Q.    What year was that?

24        A.    1990, it could have been '91, but I

25    think it was '90.
```

1                    BENOWITZ

2          Q.    What type of job did you have with

3    Susquehanna?

4          A.    I was a clerk on the floor of the

5    Philadelphia Exchange.

6          Q.    Your duties as a clerk, what did

7    that entail, back orders?

8          A.    Yes, input back orders for traders.

9    I later became a trader for them.

10         Q.    What year did you become a trader

11   for them?

12         A.    After about a year of being a clerk.

13               MR. FISHER:  As best you can

14         remember.

15         Q.    Other than your masters that you

16   mentioned, did you take any other classes or

17   become certified in anything else?

18         A.    No.

19         Q.    Did you take any of your series?

20         A.    I have had a Series 7 at different

21   points.  I don't have one.

22         Q.    Do you remember when you had a

23   Series 7?

24         A.    I am tying to think the last time I

25   had a Series 7, it's been a while.

1                          BENOWITZ

2          Q.    Was it in this decade?

3          A.    Maybe briefly, I had one.  I have

4    not really used my Series 7 since I was a MUNY

5    trader in the '90's.

6          Q.    How long were you a trader with

7    Susquehanna?

8          A.    I believe '93 when I left and went

9    on my own.

10         Q.    In '93 where did you go?

11         A.    I was an independent floor trader

12   for several years.

13         Q.    Did you trade your own company?

14         A.    Yes.

15         Q.    Did you have a name for that

16   company?

17         A.    It was I think Adam Benowitz.

18         Q.    What floor?

19         A.    Municipal floor.

20         Q.    Who?

21         A.    At Yatde Asquit (phonetic).

22         Q.    Where is that?

23         A.    Jenkintown, Pennsylvania.

24         Q.    How long were you there for?

25         A.    I was there until '98.

1                          BENOWITZ

2          Q.     Do you know when you started?

3          A.     '96, 2 and a half years.

4          Q.     What was your next job?

5          A.     I then owned by own sort of a hedge

6    fund called Apex Capital for about until 1999.

7    Then I went to work for Rose Glen Capital.

8          Q.     Apex Capital, who else worked for

9    Apex?

10         A.     Just one person, Chris Lindy.

11         Q.     Chris Lindy?

12         A.     Chris is a girl.

13         Q.     You began in '99 at Rose Glen?

14         A.     I believe the first day of January

15   2000.

16         Q.     2000?

17         A.     I started January, the first day of

18   January 2000, or something like that.

19         Q.     What were you hired to do for Rose

20   Glen?

21         A.     Head trader.

22         Q.     What area, what securities?

23         A.     Just whatever they traded.

24         Q.     Were you getting a salary at Rose

25   Glen?

```
 1                          BENOWITZ

 2          A.      Salary and bonus.

 3          Q.      What was the salary based on?

 4          A.      Suggestive to the partners.

 5          Q.      Did you have any type of written

 6     contract with Rose Glen?

 7          A.      I am sure I did.

 8          Q.      As you sit here today do you

 9     remember if you did or not?

10          A.      I think I did.

11          Q.      How long were you at Rose Glen for?

12          A.      Until, mid '02, when the firm sort

13     of split off.  Then I started with Randy, there

14     was no Vision at the time.

15          Q.      We will get into that in a little

16     bit.  Prior to '02, other than Apex Capital, did

17     you have involvement with hedge funds, working

18     with hedge funds I should say?

19          A.      No.

20          Q.      In '02 after Rose Glen you and Randy

21     got together you said?

22          A.      Yes.

23          Q.      Tell me the circumstances of what

24     your plans were?

25          A.      Our plan was to try to obtain
```

```
 1                         BENOWITZ

 2    backing for a quantitative hedge fund based on

 3    Randy's sort of theory, black box theory and

 4    Tuomo.

 5                    MR. FISHER:  Can you spell that?

 6                    THE WITNESS:  T- u- o- m- o, I

 7         believe.

 8         Q.    Besides you and Randy, did you talk

 9    to anyone about this idea?

10         A.    Sure, I am sure I talked to a lot of

11    people about it.

12         Q.    Did you talk to anyone about being

13    involved with it, with you and Randy?

14         A.    Tuomo because he was involved with

15    us.

16         Q.    Who else, anyone else?

17         A.    Maybe I talked about getting Greg

18    involved.

19         Q.    Did you guys have a name associated

20    with this quantitative hedge fund?

21         A.    In '02 I don't recall, but I don't

22    believe we did.

23         Q.    In '02 what was the concept?

24         A.    It was the concept, trying to sell.

25         Q.    Who were you trying to sell it to?
```

```
 1                          BENOWITZ

 2          A.      Anyone we could.

 3          Q.      Were you able to sell it?

 4          A.      I believe Vega Associates Management

 5    gave us money to try out this idea.

 6          Q.      When did Vega Associates Management

 7    get involved?

 8          A.      It was in late '02 that we started.

 9          Q.      Did this quantitative hedge fund

10    have a name.

11          A.      Running it sort of inside of Vega.

12    I don't know if it had its own name.  They had a

13    lot of, what we are running controlitive to a

14    small pocket of it.

15          Q.      Were you getting compensated as part

16    of this quantitative hedge fund?

17          A.      Yes.

18          Q.      How were you getting compensated?

19          A.      I got a cut of profit which

20    unfortunately there were not any, and a salary I

21    am not sure, I think $40,000.00.

22          Q.      Annually?

23          A.      Yes.

24                  MR. FISHER:  You are asking about

25          the period of time when that quantitative
```

1                         BENOWITZ

2           hedge fund was at Vega?

3                   MR. SHEA:  Yes, all the quantitative

4           hedge funds with Vega.

5           Q.   Do you remember what percentage of

6    profit?

7           A.   No.

8           Q.   You, Randy and Tuomo, were you

9    partners?

10          A.   Yes.

11          Q.   What was the split of ownership?

12          A.   I believe at the time it was a

13   third, a third and a third.

14          Q.   Do you know if there was any type of

15   written agreement between you, Randy and Tuomo?

16          A.   I don't remember.

17          Q.   You don't know if it was any type of

18   business entity, an LP or PLLC?

19          A.   No, I don't.

20          Q.   How long did this quantitative hedge

21   fund continue?

22          A.   Until early '03.  It was a very

23   difficult time, quants in general.  When we did

24   not make money Vega decided not to continue that

25   with us.

```
 1                         BENOWITZ

 2        Q.    What did you do next?

 3        A.    We looked at sort of to try to do

 4   quantitative, sell the idea to someone else.

 5        Q.    When you say, we, you and Randy?

 6        A.    Me and Randy, Tuomo got a job at

 7   Arrow Street.

 8        Q.    Were you and Randy successful in

 9   selling this quantitative strategy, after Vega?

10        A.    Eventually, yes.

11        Q.    To whom?

12        A.    Steve Bloom at Sagamore Hill.

13        Q.    When was that?

14        A.    I don't remember exactly.  I say mid

15   '04, sometime in early '04.

16        Q.    In-between early '03 when Vega

17   pulled out, and the middle of '04 Sagamore Hill

18   got involved, you were involved with another

19   company called Vision Capital Advisors, correct?

20              MR. FISHER:  Objection to form.

21        Q.    Do you know of a company called

22   Vision Capital Advisors?

23        A.    Of course.

24        Q.    When did that come into being?

25        A.    I think that was early '04.
```

```
 1                        BENOWITZ

 2          Q.    Was Vision Capital Advisors before

 3    Steve Bloom and Sagamore Hill?

 4                MR. FISHER:  Objection to form.  If

 5          you know.

 6                THE WITNESS:  I don't know what that

 7          means.

 8                MR. FISHER:  From time to time I am

 9          going to object.  The purpose for the

10          objection is to preserve my objection for

11          trial.  Unless I instruct you not to answer

12          you still are going to have to answer the

13          question.

14                MR. SHEA:  I will clarify the

15          question.

16          Q.    Do you know what type of company

17    Vision Capital Advisors was, when I say that, was

18    it an LLC an LLP?

19          A.    I am not really sure.  Randy is

20    usually the person to talk to about that.

21          Q.    Whatever type of company it was, do

22    you know when it was formed?

23          A.    Early '04 I think.

24          Q.    It was called VCA prior to Sagamore

25    Hill becoming involved with the hedge fund?
```

```
 1                          BENOWITZ

 2          A.     We were.

 3                 MR. FISHER:  Objection to form.  So

 4          we know, which hedge fund are you referring

 5          to, Gargoyle?

 6                 MR. SHEA:  Yes.  Let me go back so

 7          it's not confused.

 8          Q.     Did you have a name when Sagamore

 9    Hill got involved with this quantitative hedge

10    fund?

11          A.     Let me clarify, when Steve Bloom was

12    around it was still a quantitative hedge fund.

13    Quantitative the way it runs, whether it's a hedge

14    fund I don't know.  It was a thing we were running

15    under Steve Bloom, with Steve Bloom.

16          Q.     It's called a quant arb?

17          A.     Yes.

18          Q.     Did the quant arb have a name?

19          A.     My guess is Gargoyle.

20          Q.     Was VCA formed prior to Gargoyle?

21          A.     The formation, I'm not sure.  We

22    were discussing quantitative arb and products far

23    before VCA's formation.  I'm not sure if one was

24    formed or the other was formed.

25          Q.     When did you and Randy discuss VCA?
```

1          BENOWITZ

2          A.      I guess in late '03.

3          Q.      Was anyone else involved with these

4    discussions regarding VCA?

5          A.      Was anyone else involved with

6    discussing of VCA, or doing what?

7          Q.      I strike that.  How did VCA come

8    about?

9          A.      The main thing that we are

10   interested in was a quantitative arbatrosh, we

11   thought that is where the future was for us.  We

12   needed something to pay the bills so we decided to

13   do the manage accounts in regular D or pipe,

14   whatever you want to call it.  It was kind of to

15   pay the bills while we got the quantitative

16   arbatrosh off the ground whatever, as VCA.

17         Q.      What was going to be the role of VCA

18   in terms of the managing account, what would VCA

19   do?

20         A.      What the legal in-between would do,

21   I would have to leave it to Randy, he handles that

22   stuff.

23         Q.      What do you mean by that?

24         A.      VCA was an advise manage account, if

25   they made money it would give us some of the

1                          BENOWITZ

2    money.

3          Q.    Other than you and Randy, was anyone

4    else involved in the formation of VCA?

5          A.    Lawyers.

6          Q.    You and Randy were partners?

7          A.    Yes, we were partners in VCA.

8          Q.    In terms of the working concept of

9    VCA, was anyone involved in the concept of VCA,

10   other than you and Randy?

11               MR. FISHER:    The concept of

12         managing, advising the account?

13               MR. SHEA:    Yes.

14         A.    We talked about things with a lot of

15   people.  I am not sure what you mean.

16         Q.    Other than you and Randy, was anyone

17   else working for VCA, when it started?

18         A.    There were like guys who sourced

19   deals for us, Jim Crombie and Joe Gill.

20         Q.    Anyone else?

21         A.    I don't believe so. They were not

22   part of VCA.

23         Q.    Were they consultants?

24         A.    I don't know what you call them,

25   they are deal sources.

1                          BENOWITZ

2        Q.    What did they see to?

3        A.    Source deals.

4        Q.    How would VCA make money?

5        A.    If the people we have manage

6    accounts with made money on the deals they had we

7    were supposed to receive a cut of that money, and

8    that was that, we make money.

9        Q.    Did you get any other type of fees?

10       A.    No, I don't think so.

11       Q.    Do you know what percentage of their

12   profit you would get?

13       A.    It varies by account, trying to make

14   a living however we could.

15       Q.    Do you have a range of percentage?

16       A.    I believe 25 to 50.

17       Q.    25 or 50?

18       A.    50.  We were not always paid.

19       Q.    Was a percentage based on realized

20   or unrealized?

21       A.    It was realized.

22       Q.    You and Randy were 50/50 owners,

23   partners I should say?

24       A.    Yes.

25       Q.    You split the net profit of VCA?

```
 1                          BENOWITZ

 2          A.    Yes.

 3          Q.    Did you receive any other type of

 4    compensation from VCA?

 5          A.    I don't think so.

 6          Q.    In other words, did you get a

 7    salary?

 8          A.    I think we had enough money to pay a

 9    salary.

10          Q.    Was anyone else involved in VCA,

11    working for VCA, assisting VCA?

12          A.    Eventually we had employees.

13          Q.    When VCA first started, other than

14    you and Randy and then Crombie and Gill, was

15    Crombie and Gill with VCA from its inception?

16                MR. FISHER:  Objection to form.

17          A.    No, they sourced deals for us.

18          Q.    Did you source deals from the

19    inception of VCA?

20          A.    I think so.

21          Q.    Who took care of finances for VCA,

22    at its inception?

23          A.    At inception I guess Randy.  I don't

24    remember but I think Randy.

25          Q.    Throughout the inception of VCA you
```

```
 1                              BENOWITZ

 2      and Randy were the only employees that worked for

 3      VCA?

 4                    MR. FISHER:   Objection to form.

 5           A.    At some point we had an assistant

 6.     named Jordan.

 7           Q.    Jordan Fraser?

 8           A.    Yes.

 9           Q.    Do you know when Jordan Fraser

10      started with VCA?

11           A.    I don't know.

12           Q.    Whose idea was Vision Capital

13      Advisors?

14           A.    I don't remember.

15           Q.    Maybe I jumped ahead.  Was that the

16      name given to this company of managed account,

17      Vision Capital Advisors?

18                    MR. FISHER:   Objection to form.

19           A.    I think so.

20           Q.    What was your role going to be with

21      Vision Capital Advisors, or whoever this company

22      name was?

23           A.    We all just kind of did whatever we

24      needed to do.

25           Q.    What did you do?
```

| | | |
|---|---|---|
| 1 | | BENOWITZ |
| 2 | A. | I guess a great extent coordinate |
| 3 | | the operational things. I guess I would try to |
| 4 | | get in managed accounts. We didn't have the money |
| 5 | | on hand and we would see a deal then would have to |
| 6 | | go and convince the various managed accounts to |
| 7 | | try to fund it. I guess my main function was |
| 8 | | trying to sell the deals to our managed accounts, |
| 9 | | I did, that is what my main function was. |
| 10 | Q. | Were Gill and Crombie compensated |
| 11 | | for the work they did for VCA? |
| 12 | A. | Yes. |
| 13 | Q. | How were they compensated? |
| 14 | | MR. FISHER: Objection. |
| 15 | A. | They got a cut of whatever we got. |
| 16 | Q. | Do you know what that cut was? |
| 17 | A. | I don't recall. |
| 18 | Q. | Do you know if it was a percentage |
| 19 | | of profit? |
| 20 | A. | Yes, I believe so. |
| 21 | Q. | Was this compensation agreement in |
| 22 | | writing? |
| 23 | A. | I don't think so. |
| 24 | Q. | It was oral? |
| 25 | A. | I believe so. Again, I would see |

```
1                        BENOWITZ

2    Randy at those points.

3         Q.   What was Randy's role in Vision

4    Capital Advisors?

5         A.   He would do some selling but he ran

6    all operations in accounting and all that stuff.

7         Q.   Did you have a role with Gargoyle?

8         A.   Randy and I were partners in a lot

9    of things. I helped sell it but I really didn't

10   have a role. I helped if they needed to make a

11   deal here and there, helped sell a deal with Steve

12   Bloom, but not an ongoing role.

13        Q.   Did you get any type of compensation

14   from Gargoyle?

15        A.   I don't think so. I don't remember

16   a hundred percent, but I don't think I did.

17        Q.   Other than Randy, who else was

18   involved with Gargoyle?

19        A.   Steve Bloom, Pokie I think

20   Christopher Polk.

21        Q.   Gregory Morgenweck?

22        A.   Yes.

23        Q.   Anyone else?

24        A.   Maybe some of the people at that

25   point worked for Vision did some work for it.  But
```

1                    BENOWITZ

2    they didn't have any sort of role other than sort

3    of pitching in this help, at that point it was

4    kind of move my furniture, whatever they had to

5    do.

6          Q.    What is the physical location of

7    Gargoyle?

8          A.    I don't know where they put the

9    physical location, it was Steve Bloom.  Randy

10   lived in Boston and Greg in Philadelphia.  Steve

11   Bloom worked out of Connecticut, and I think

12   Christopher Polk worked out of Chicago, I think

13   Virtual entity.

14         Q.    At some point in time did Steve

15   Bloom and Sagamore Hill pull out of Gargoyle?

16         A.    Yes.

17         Q.    Do you know when that was?

18         A.    I don't recall, but I remember he

19   ran into problems with his own investor base.

20         Q.    Do you have a general time frame in

21   terms of what time of the year?

22         A.    I am going to guess late '05, '06.

23   I had very little involvement so it was not that

24   high on my radar.

25         Q.    It's a guess on your part?

1                           BENOWITZ

2          A.     It's a guess.

3          Q.     Vision Capital Advisors has been

4    described as somewhat of a consulting business?

5          A.     I guess in the beginning that's what

6    it was.

7          Q.     In the beginning, at some point it

8    became something different?

9          A.     Well, I think it had to become some

10   type of incident when we had a hedge fund, again

11   legalities is not my strong point.

12         Q.     Did it eventually become something

13   else, Vision Capital Advisors?

14                MR. FISHER:  Objection to form.

15         A.     What do you mean, something else?

16         Q.     After Vision Capital Advisors were

17   you and Randy involved with another type of

18   entity?

19         A.     There were several entities that

20   were around that Randy and I own.  Whatever it

21   needed to be, whatever lawyers told us to do is

22   what we did.

23         Q.     At some point in time did you and

24   Randy discuss the idea of forming a hedge fund?

25         A.     Yes.

| 1 | BENOWITZ |

2  Q.    When was that discussed?

3  A.    I mean we discussed it constantly

4  since 2001 in various forms.  I don't recall when

5  we started discussing it or specific discussions.

6  But the whole enterprise that began in 2002, we

7  started talking about it in 2001.  In fact we

8  talked about it in 1998, constant discussions of

9  it.

10           MR. FISHER:  You are talking about

11      the hedge fund rather than the quant arb?

12           MR. SHEA:  Yes.

13           THE WITNESS:  I guess the manage

14      account I thought much more, the hedge fund,

15      we didn't start the fund until 2005.

16  Q.    I am trying to shortcut.  If I am

17  incorrect in what I say, let me know.

18           My understanding, Vision Opportunity

19  Capital Management is the company which oversees

20  the hedge funds which is collective to overseeing

21  Vision Opportunity Master Fund.  That Vision

22  Opportunity Master Fund is comprised of vider

23  fund, I believe Vision Opportunity Partner and

24  Vision Partners Limited, is that correct?

25  A.    I do not know what all the legal

1                           BENOWITZ

2      structures are, ask Randy, he knows what they are,

3      I don't know.  We use very known hedge fund

4      lawyers and sort of do what they tell you to do,

5      whatever the right things is.

6           Q.     But at some point in time in 2005 I

7      think June 2005 a hedge fund was legally formed,

8      correct?

9           A.     It was May.

10          Q.     May of 2005?

11          A.     May or June.

12                 MR. FISHER:  As best you can

13           remember the date, May or June is your best

14           estimate?

15                 THE WITNESS: Yes.

16          Q.     One instruction I gave you, if you

17     have a reasonable approximation and estimation

18     just like you did, that is fine.  What your

19     attorney and I don't want you to do is pull

20     something out of the air.

21          A.     No, I won't.

22          Q.     Don't guess.  If you have a

23     reasonable approximation let us know it's that.

24                 This hedge fund that was started in

25     May or June of 2005, do you know when you and

1                        BENOWITZ

2     Randy started talking about forming this hedge

3     fund?

4          A.     I don't remember exactly.

5          Q.     Obviously you had to talk about it

6     prior to becoming legally formed?

7          A.     Yes.

8          Q.     It's not something you did

9     overnight?

10         A.     No.

11         Q.     Was VCA something that led up to the

12    formation of the hedge fund, or concept of forming

13    the hedge fund?

14                MR. FISHER:  Objection to form.

15         Q.     I believe you told me while you are

16    running a managed account you and Randy started

17    talking about running or forming a hedge fund?

18         A.     Well, we talked about forming a

19    hedge fund for far longer than that.  Even when I

20    sort of first established, started Apex Capital in

21    '98, I didn't know what I was doing but that was

22    my first stab at it.

23         Q.     Do you know what the net profits for

24    VCA was in 2004?

25         A.     No.

1                        BENOWITZ

2          Q.     Do you know what you received, if

3    anything, from VCA, in 2004?

4          A.     I do not.  I know I was broke.

5          Q.     Were you receiving a salary from

6    VCA?

7          A.     I don't think so.

8          Q.     You and Randy, how would you be

9    compensated by VCA, not how VCA made money, but

10   how were you and Randy going to be compensated?

11         A.     I don't remember really specifics

12   operationally.  It was we would get in money and

13   we would try to cover our bills with it, and

14   whatever he owed to the team, it was not regular.

15         Q.     We talked about Jim and Joe being

16   involved in VCA getting a percentage of profit of

17   the deals that they source, maybe you and Randy

18   also received a percentage.  Was there anyone else

19   that received compensation in any form, from VCA?

20         A.     Later we had employees who we had to

21   pay.

22         Q.     I am talking about initially when

23   VCA was formed.

24         A.     I don't know when Jordan came to

25   work for us, Randy may know better.  We pay the

```
 1                              BENOWITZ
 2       lower level guys you know, like salaries I think.
 3            Q.    Do you know what the net revenue was
 4       in 2005?
 5            A.    No.
 6            Q.    Do you know what you received in
 7       compensation in 2005?
 8            A.    No, I don't remember.
 9            Q.    That would be on your tax returns?
10            A.    I assume so.
11            Q.    Who does your tax returns?
12            A.    An accountant, Richard Eisenberg.
13            Q.    Did Richard also do the taxes for
14       VCA?
15            A.    I don't know, I think somebody else
16       does them.
17            Q.    Is Jordan Fraser the first employee
18       you remember hiring for VCA?
19            A.    Yes.
20            Q.    Do you know how Jordan Fraser was
21       compensated?
22            A.    I don't remember but we paid him a
23       salary I think.
24            Q.    Did he have any other forms of
25       compensation?
```

```
 1                        BENOWITZ

 2        A.    I think we paid him a bonus.

 3        Q.    Do you know what that bonus was

 4    based on?

 5        A.    I don't remember.

 6        Q.    Do you know if it was based on net

 7    profits?

 8        A.    I don't think so.

 9        Q.    Have you had any type of teaching

10    appointments?

11        A.    I guest taught.  Teaching

12    appointment?

13        Q.    Yes.

14        A.    Professorship or that stuff?

15        Q.    You are not a professor, correct?

16        A.    No.

17        Q.    Have you had any type of teaching

18    assignment or have you talked at such opportunity?

19        A.    I guess I lectured one or two

20    classes.

21        Q.    Where?

22        A.    Harvard and Yale.

23        Q.    What did you guest lecture on?

24        A.    One time short selling, one time

25    Micro.
```

```
1                              BENOWITZ
2              Q.    The one you guest thought at
3       Harvard, who did you do that with?
4              A.    Tuono.
5              Q.    I know you and Randy are childhood
6       friends, correct?
7              A.    Yes.
8              Q.    Other than jobs you may have had as
9       teenagers together, was the first job you had with
10      Randy the quantitative hedge fund or arb with
11      Vega?
12             A.    Yes, I think so.
13             Q.    Do you know when you first started
14      discussing forming Vision Capital Advisors?
15             A.    I don't remember.
16             Q.    Do you know if you started talking
17      about that while being involved with Vega?
18             A.    I don't remember.
19             Q.    When did you first meet Greg
20      Morgenweck?
21             A.    I may have met him when I worked for
22      Susquehanna, I believe I did.  First getting to
23      know him really was at Rose Glen.
24             Q.    What was he doing at Rose Glen?
25             A.    Computer stuff.
```

```
 1                          BENOWITZ
 2          Q.     What type of computer stuff?
 3          A.     I am not sure what you mean.  I am
 4    not a computer person, system, that's an under
 5    statement.
 6          Q.     At Rose Glen did you interact work
 7    wise with Greg?
 8          A.     I would interact more socially with
 9    Greg.  I mean, we were sort of on separate sides.
10    I was in trading and what Greg did I never quite
11    understood.
12          Q.     Did he ever do anything for you at
13    Rose Glen?
14          A.     In trading he didn't do things for
15    me in any function.
16          Q.     Did he do anything at Rose Glen to
17    benefit you in anyway?
18          A.     I am sure.
19          Q.     Do you know as you sit here, is
20    there anything he did that maybe benefited in or
21    assisted you in doing your job at Rose Glen?
22          A.     I can't remember, but I don't think
23    so.  I mean, he worked on the systems.  Portfolios
24    and systems are different sides of the world.
25          Q.     Did he prepare reports for you at
```

1                          BENOWITZ

2    Rose Glen?

3         A.    I don't know.  I mean there were

4    trading reports.  I am not sure who in the

5    operations side was the person who we got it from.

6         Q.    Fair enough.  Do you know what his

7    title was at Rose Glen?

8         A.    I do not.

9         Q.    How much interaction would you have

10   with Greg, at Rose Glen?

11        A.    I hung around with him a lot.

12        Q.    How much?

13        A.    I don't remember.

14        Q.    Was he at Rose Glen before you?

15        A.    I was at Rose Glen first I think.

16        Q.    Rose Glen kind of broke up you said?

17        A.    In mid '02 Rose Glen broke up.  The

18   partners split and formed two different companies.

19        Q.    What were the two different

20   companies?

21        A.    Rose Glen became Radcliff which was

22   one, and one was Rock Hill.

23        Q.    Did Greg do work for Rock Hill?

24        A.    I think he did.

25        Q.    What kind of things did you do

Jaguar Reporting, Inc.  44 Court Street, Brooklyn, NY

```
 1                        BENOWITZ

 2    socially with Greg?

 3                    MR. FISHER:  Objection.  At

 4          Susquehanna?

 5                    MR. SHEA:  Rose Glen.

 6          A.    Walk around, hangout.

 7          Q.    I know as you sit here today you

 8    can't recall if you had any interaction with Greg

 9    at Rose Glen.  Are you able to tell me anything

10    about his work product, while he was working at

11    Rose Glen?

12          A.    No.

13          Q.    Did you work with Greg again?

14          A.    We worked on the quant.

15          Q.    That's Gargoyle?

16          A.    Yes.

17                    MR. FISHER:  Objection to the form

18          of the last question.

19          Q.    Was Greg involved with the

20    quantitative hedge fund involving Vega?

21          A.    No, I don't believe so.

22          Q.    How did Greg get involved with

23    Gargoyle?

24          A.    I think, I just want to clarify.

25    This is more of sort of how I sort of remember a
```

1              BENOWITZ

2     bunch of things, the gist of conversations.

3          Q.    Sure.

4          A.    I think we felt that we needed

5     somewhat more you know, a systems person, and I

6     knew Greg.  After Vega we had discussions of what

7     are we going to do.  There were lot's of things we

8     thought about doing.

9          Q.    When you said, we, are you talking

10    about you and Randy?

11         A.    Yes.

12         Q.    You and Randy had discussions about

13    getting Greg involved, or asking Greg to become

14    involved?

15         A.    Yes, I am sure.  I don't remember

16    specifically but I am sure we did.

17         Q.    Do you know if these discussions

18    were after Vega pulled out?

19         A.    I don't remember, but I would think

20    so.

21         Q.    Do you remember if you had

22    discussions about getting Greg involved, before

23    Vega?

24         A.    I would say that we, with Randy and

25    I we discuss a lot of things.  You know, we kick

1                    BENOWITZ

2    ideas around. I don't know if we had any serious

3    ones, but I don't remember very well.

4         Q.    Did you or Randy approach Greg about

5    becoming involved with Gargoyle?

6         A.    I am sure we did, he became

7    involved.

8         Q.    Was that you or Randy?

9         A.    I don't remember, but it was

10   probably me. It was kind of our roles, I would

11   make a deal and sort of hand it off to Randy.

12        Q.    Do you know how you communicated

13   with Greg, did you call him or e-mail him, about

14   becoming involved with Gargoyle?

15              MR. FISHER: Objection to form.

16        A.    I don't remember.

17              MR. FISHER: About becoming involved

18        with Gargoyle but the particular point being

19        involved with what eventually occurred?

20              MR. SHEA: I apologize.

21        Q.    At some point in time the quant arb

22   theory became Gargoyle?

23        A.    Yes, but clearly talking about it

24   far before it had gone to Vega. With the Vega

25   thing we had a lot of discussions what to do, this

1              BENOWITZ

2    kind of thing.

3        Q.    When you had discussions with Greg

4    did you have the name Gargoyle at the time?

5        A.    I don't know.

6        Q.    You said, I forgot your answer. Did

7    you have conversations with Greg over the

8    telephone or in person?

9        A.    I don't remember. I know I had in

10   person conversations with him.

11       Q.    Do you know where they were at?

12       A.    Many times, if not many, several

13   times I met Greg at TGIF Fridays or go to Plymouth

14   Mall and discuss things in general.

15       Q.    Did you ever meet him on City Line

16   Avenue in Valley Kingswood?

17       A.    I don't remember, but probably.

18       Q.    What was your discussion with Greg,

19   prior to getting involved in the quantitative arb?

20       A.    I don't understand.

21       Q.    Did you talk to Greg about what his

22   role would be?

23       A.    I don't remember.

24       Q.    Did you talk to him about

25   compensation?

1                    BENOWITZ

2              MR. FISHER:  What period of time?

3              MR. SHEA:  This is before he

4         actually became involved with the

5         quantitative arb.

6         Q.    In other words, you had a discussion

7    with Greg?

8         A.    Would we have cut a deal with him, I

9    don't remember, but obviously we had.

10        Q.    You obviously had discussions with

11   him.  I am asking, before he actually formally

12   became involved with the quantitative arb strategy

13   that eventually became Gargoyle, did you have

14   conversations about compensation?

15        A.    I really don't remember specifics

16   ones.  Since he came to the structure I obviously

17   did.

18        Q.    Generally speaking, do you recall if

19   the conversations were about compensation?

20        A.    Generally speaking, yes.

21        Q.    What was your recollection?

22        A.    That at that point really a thought,

23   my recollection was that when he got things going

24   he would I guess, if you will, in general work on

25   the system and get 10 percent of what we made from

1                    BENOWITZ

2    the quantitative arb.

3              Also I remember later when small

4    caps regular D, whatever you want to call, the

5    piping comes in.  I had specific discussions, you

6    will not get, these are separate things.  This

7    conversation I had many times because I remember

8    when sort of quantitative things which by the way

9    at the time was the thing, the small companies

10   were separate.  I clearly remember that Greg's

11   compensation came from 10 percent of the

12   quantitative arb and nothing from that other

13   business.  I many times reiterated that to make it

14   completely clear that's the way it was in IT

15   systems.

16        Q.    In the conversations you made it

17   completely clear, that is after he was already

18   working for Gargoyle?

19        A.    From the very first time when we

20   contemplated doing any type of small cap business

21   I made that very clear.

22        Q.    Since you made that very clear, my

23   question is, he would have been working for

24   Gargoyle at that point in time?

25        A.    I'm pretty sure Gargoyle.

1               BENOWITZ

2          Q.    The quant arb, he already assisted

3     in the quant arb?

4          A.    Any if all collective, if he did

5     anything found one, give us the deal or quant arb.

6          Q.    Why did you make that perfectly

7     clear to him?

8          A.    I made it perfectly clear because

9     when there are different enterprises you want to

10    make things clear.

11         Q.    Was he doing work on this other

12    enterprise?

13         A.    I don't remember. But I remember,

14    what I do remember very clearly because I didn't

15    want things to be confused, I reiterated this. At

16    the time of course the quantitative arb looked

17    very very much, that project looked like it could

18    be really big.

19         Q.    You just seem very adamant you were

20    very clear in the numerous conversations about

21    making it completely clear to Greg that he was not

22    going to get anything from the other venture.  Is

23    there some reason you wanted to make it very clear

24    to him?

25              MR. FISHER:  Objection to form.

1                        BENOWITZ

2        A.     Because if you have two products

3    that you are pursuing it is possible to make clear

4    to everyone what the deal is from.

5        Q.     Did you think that Greg could have

6    been confused about what he was going to get?

7        A.     No, but I think Greg was desperate

8    for money.

9        Q.     Why was that?

10       A.     Because he would tell me he was.

11       Q.     When did he tell you that?

12       A.     I don't remember exactly when, but

13   numerous times.

14       Q.     Was this while he was working for

15   you?

16              MR. FISHER:   Objection to form.

17       A.     Greg was desperate for money from

18   Rose Glen, and he had the job with Rock Hill for a

19   while.  But he was always complaining about money.

20       Q.     Was he going to do work for the

21   other enterprise, VCA?

22              MR. FISHER:   Objection to form.  Did

23          he do work?

24              MR. SHEA:   No, was he going to do

25          work.

Page 45

| 1 | BENOWITZ |
| --- | --- |

2        MR. FISHER:  During what period?

3        Q.    While you and Randy were discussing

4   the idea of VCA Manage Account did you and Randy

5   also discuss about getting Greg involved with VCA?

6        A.    I don't think we did originally.

7        Q.    At some point in time did you?

8        A.    Eventually he did some stuff.  But

9   our deal was very clear with him which is, your

10  compensation you are going to get paid out of the

11  Gargoyle quant arb, can you help us out with some

12  of this stuff.

13       Q.    So I am clear, when you were talking

14  about his compensation, this quant arb, do you

15  remember how he was going to be compensated?  I

16  believe you said he was going to get 10 percent

17  from the profits from the quant arb?

18       A.    We didn't profit from the quant arb.

19       Q.    When you had discussions with Greg

20  about how he was going to be compensated for

21  Gargoyle, do you know if you also had discussions

22  with him that he would not be getting anything

23  from this other enterprise?

24       MR. FISHER:  Objection to form.

25       A.    I don't know that time line.

```
 1                        BENOWITZ

 2          Q.    So I am clear, the 10 percent he was

 3     getting of net profits was from the work that he

 4     was doing for Gargoyle?

 5                 MR. FISHER:   Objection.

 6          A.    It was for everything.

 7          Q.    For everything?

 8          A.    For everything.

 9          Q.    What do you mean, everything?

10          A.    Everything.

11          Q.    Was that explained to him when you

12     had this first conversation with him?

13          A.    I don't remember when we first had

14     the discussions in a specific way, but it was

15     reiterated many times.

16          Q.    Why was it reiterated many times?

17                 MR. FISHER:   Objection, asked and

18          answered.

19          Q.    Why did you feel the need to

20     reiterate it numerous times?

21                 MR. FISHER:   Same objection.

22          A.    Because as time went on I wanted to

23     make sure that Greg understood exactly what the

24     deal was.

25          Q.    Did you ever put this down in
```

1                          BENOWITZ

2      writing?

3           A.    I don't think so.

4           Q.    Did you ever put down his

5      compensation plan for Gargoyle in writing?

6           A.    I don't think so, but I don't know.

7           Q.    What was Greg's responsibility going

8      to be with Gargoyle?

9           A.    Exactly you have to check with

10     Randy.  I am sure with regard to Gargoyle it was I

11     more like sort of made a deal with Greg and handed

12     it off to Randy.

13          Q.    Do you know what Greg did for

14     Gargoyle?

15          A.    Not exactly, computer stuff.

16          Q.    Did you talk with anyone else other

17     than Greg, about becoming involved with this quant

18     arb?

19          A.    I believe Christopher Polk.

20          Q.    Was there anyone else that did the

21     same thing that Greg did?

22          A.    I don't know.

23          Q.    Do you know if Greg was the only one

24     that did this field or area that you were involved

25     in, until the quant arb?

1                              BENOWITZ

2        A.      I don't remember.  I don't remember.

3        Q.      Why did you choose Greg?

4        A.      I knew him.  I believe at the time

5    he needed a gig.  It was almost doing him a favor.

6    I guess mainly I knew him.

7        Q.      Did you know anything about his work

8    product?

9        A.      I don't know anything about

10   computers.  I am not qualified to know what is God

11   and what is not.

12               MR. FISHER:  Let's take a short

13        break.

14               MR. SHEA:  Sure.

15               (Whereupon a brief recess was

16        taken.)

17       Q.      Was Greg working when you approached

18   him about working for the quant arb?

19       A.      I don't remember.

20       Q.      Did Greg ever tell you how much he

21   made at Rose Glen?

22       A.      I don't remember.

23       Q.      When you talked to Greg about the

24   quant arb did he ever tell you that he needed to

25   make a certain amount of money?

```
 1                          BENOWITZ

 2           A.      I don't remember, sorry.

 3           Q.      Was Randy ever present at any of the

 4    meetings that you had with Greg, when discussing

 5    Greg working for the quant arb?

 6           A.      I don't remember specifically a

 7    meeting, I assume.  I actually don't want to

 8    assume.  I don't remember but it would make sense

 9    he had to the meet Greg at some point.

10           Q.      Do you know a Maureen or Mo Kelly?

11           A.      Yes, she was an operations person at

12    Rose Glen.

13           Q.      Did you ever talk to Maureen Kelly

14    about being involved with the quant arb?

15           A.      We discussed it.  I remember that we

16    discussed it at some point, but nothing came of

17    it.

18           Q.      Who is we, you said, we discussed

19    it?

20           A.      Me and her.

21           Q.      How come nothing ever came of it?

22           A.      I think she owned a sneaker store

23    and she didn't want to do it.

24           Q.      Do you know her as Maureen or Mo?

25           A.      Either one.
```

1                    BENOWITZ

2        Q.    Do you know if Maureen Kelly was

3    ever present at any of the meetings you had with

4    Greg, where there were discussions about Greg

5    becoming involved with the quant arb?

6        A.    I don't remember.

7        Q.    Did you ever have discussions with

8    Maureen Kelly about becoming involved with VCA?

9        A.    I don't remember.  I know we had

10   general discussions of her becoming involved with

11   us.

12       Q.    What role would have been her role?

13       A.    I guess operation stuff.  As I say,

14   nothing came of it.

15       Q.    Did you have face-to-face meetings

16   with Maureen Kelly about becoming involved with

17   the quant arb?

18       A.    I am trying to remember, it's

19   possible I met with her once.  I can't remember

20   very well.  I seem to recall talking to her once

21   in person.  I also remember nothing ever went

22   anywhere.

23       Q.    Was Randy ever present at any

24   meetings you may have had with Maureen Kelly?

25       A.    I don't remember.

```
 1                          BENOWITZ

 2                MR. FISHER:   Rather then an

 3           inaccurate answer, then that's the right

 4           answer.

 5           Q.    Subsequent to VCA you and Randy

 6      started up a hedge fund in May of 2005, correct?

 7           A.    Yes.

 8           Q.    I don't want to get into the

 9      legality.  You told us you were not familiar with

10      the legal setup of it.

11                Was anyone else involved with the

12      formation of the hedge fund?  So the record is

13      clear, the hedge fund I am talking about I am

14      referring to the Vision hedge fund, just for the

15      purpose of this deposition.

16                MR. FISHER:   Sure, talking about the

17           Vision Opportunities Fund, Vision entity

18           that was formed in May or June of 2005?

19                MR. SHEA:   When I talk Vision, that

20           is the one that I am talking about.

21           A.    Randy and I only.

22           Q.    Did you have discussions with anyone

23      else about becoming involved with the Vision hedge

24      fund?

25           A.    We had hired employees.
```

1                          BENOWITZ

2          Q.     Prior to May of 2005?

3          A.     What do you mean, being involved?

4    We had people working for us, they are involved.

5          Q.     They worked for you, meaning VCA?

6                 MR. FISHER:  The question is, before

7          Vision did this witness have any discussions

8          with their providing services to the fund?

9                 MR. SHEA:  Yes.

10         A.     I imagine we did.  I don't recall

11   specific conversations, but if people provided

12   services we had discussions with them.

13         Q.     When Vision had the fund formed in

14   May of 2005 did you have employees of the hedge

15   fund, when it was formed?

16         A.     I think so.

17         Q.     Do you remember who they would have

18   been?

19         A.     I think Jordan was working for us.

20   I don't know if they worked for the hedge fund,

21   they worked for us.

22         Q.     Were there people that worked for

23   VCA who also did work for the Vision hedge fund?

24         A.     Yes, I guess.

25         Q.     Do you know who they were considered

1                           BENOWITZ

2       employees of?

3              A.      No, but I think Jordan worked for

4       us, David Berger worked for us, I don't know if

5       others did.

6              Q.      Did David Berger do work for the

7       hedge fund as well?

8              A.      Yes.

9              Q.      He did work for VCA?

10             A.      Yes.

11                     MR. FISHER:  So the record is clear,

12             when you refer to VCA for the purpose of

13             this deposition you are referring to the

14             entity that provided consulting services to

15             the management account, before it was the

16             hedge fund?

17                     MR. SHEA:  Yes.

18                     MR. FISHER:  Because there are

19             different VCA's referred to with regard to

20             the managed account.

21                     MR. SHEA:  Correct.

22             Q.      How were you to get compensated from

23       the hedge fund?

24             A.      How was I?

25             Q.      Yes.

1                              BENOWITZ

2          A.    I don't remember at the time.  I

3     suppose if we made money I would get whatever.  I

4     don't know if I had a salary at that time.

5          Q.    At some point did you get a salary?

6          A.    I have a salary now.

7          Q.    What is your salary?

8          A.    I believe 300, I don't know exactly.

9          Q.    Do you know when you started to

10    receive a salary?

11         A.    No.

12         Q.    Do you know if you received a salary

13    in 2005?

14         A.    I don't remember.

15         Q.    Would you and Randy also split the

16    net profits from the hedge fund?

17         A.    I suppose.

18         Q.    Do you know, if the hedge fund was

19    going to make its profit?

20         A.    Theoretically 2 percent, 2 and 20.

21         Q.    That's 20 percent of profits?

22         A.    Yes.

23         Q.    Of gains?

24         A.    Correct.

25         Q.    2 percent maintenance fees?

| | |
|---|---|
| 1 | BENOWITZ |
| 2 | A.    Correct. |

1               BENOWITZ

2          A.    Correct.

3          Q.    Were you and Randy going to split

4     any net profit in the hedge funds 50/50?

5          A.    Yeah.

6          Q.    Did you have anyone who did work for

7     the Vision hedge fund who was not an employee of

8     the hedge fund?

9          A.    I am sure we had consultants at

10    different times.  We had a consultant in various

11    forms.

12         Q.    Do you know how the consultants were

13    compensated?

14         A.    I don't remember how each one was

15    compensated.

16         Q.    With the Vision hedge fund you and

17    Randy agreed that if available you would take a

18    draw as salary?

19               MR. FISHER:  Objection to form.

20         A.    I don't remember what we decided.

21         Q.    Prior to May of 2005, prior to the

22    formation of the Vision hedge fund, where would

23    you have received, from what source would you have

24    received compensation from, in 2005?

25         A.    Managed accounts I think probably is

1                              BENOWITZ

2     the only place.

3          Q.     Did Greg ever work for VCA?

4          A.     I think he did some work for us,

5     yes.

6          Q.     What do you recall him doing for

7     VCA?

8          A.     Some computer stuff.

9          Q.     Do you know what type of computer

10    stuff?

11         A.     I would refer you to Randy for that.

12         Q.     Do you know if he generated a report

13    for VCA?

14         A.     I am sure he generated some type of

15    reports.

16         Q.     Do you recall receiving any of those

17    reports?

18         A.     I don't remember it.

19                MR. FISHER:  Did you finish your

20         answer.

21                THE WITNESS:  Sorry.  I don't

22         remember but it's conceivable, I got some

23         reports of some kind, mostly operational

24         things.  He would be working with Randy.

25         Q.     Did he also work with David Berger a

```
 1                      BENOWITZ

 2    lot?

 3         A.    Yes, certainly more than me.

 4         Q.    Did Greg first start working for the

 5    quant arb before Steve Bloom got involved?

 6         A.    I don't remember the time line of

 7    things.

 8         Q.    When Greg started working for the

 9    quant arb do you know if the quant arb at that

10    time was making any money?

11         A.    When he started working for the

12    quant arb, I don't remember.

13         Q.    Did you ever have any discussions or

14    communication with Greg about if he would be

15    compensated at all if the quant arb never showed a

16    net profit?                              '.

17              MR. FISHER:  Objection to form.

18         A.    I don't remember.

19         Q.    Did you and Randy ever have

20    conversations about whether or not you would

21    compensate Greg for any of his work on the quant

22    arb, if the quant arb never had a net profit?

23         A.    I don't remember specifically

24    discussing it.

25         Q.    Do you remember general discussions?
```

1                      BENOWITZ

2          A.      I mean, if we didn't make any money

3      on the quant arb we didn't have any money.  So no,

4      I don't remember.  But the gist of things if you

5      were working on profit you can only make money on

6      profits.

7          Q.      Did Greg ever prior to his work for

8      the quant arb ask that he be paid a salary instead

9      of a percentage of the net profits?

10         A.      I don't think so but I don't

11     remember.  I don't remember him asking for a

12     salary.

13         Q.      Did you ever give Greg any

14     inclination of what he could make working for the

15     quant arb?

16                 MR. FISHER:  Objection to form.

17                 MR. SHEA:  Prior to him working for

18             the quant arb.

19         A.      What do you mean?

20         Q.      Did you ever give him an estimate

21     what he could make if he worked for the quant arb?

22         A.      I don't remember.  He is a big boy,

23     he knows what 10 percent of profits means.

24         Q.      Did you ever give him an idea what

25     the net profit could be on the quant arb?

1                          BENOWITZ

2                MR. FISHER:  A projection?

3                MR. SHEA:  Yes.

4          A.    No, we had no idea what was going to

5     happen.

6          Q.    Did it look promising to you at the

7     time you were talking to Greg?

8          A.    We were fearful but very optimistic.

9     We were excited about the quant arb.  Even though

10    it was the first bite at the apple we were excited

11    about the possibility.

12         Q.    You said, we were excited, you and

13    Randy were excited?

14         A.    Yes, in general had sold it you

15    know, we were optimistic that we could make money

16    doing this.

17         Q.    Why were you optimistic it could

18    make money?

19         A.    We sold once and I think I sold.  It

20    is skill and luck, so I got lucky.

21         Q.    Did Greg ever get involved in

22    selling the quant arb?

23         A.    I don't remember, but I don't think

24    so. He is not a very good salesman.

25         Q.    Why do you say that?

1                              BENOWITZ

2          A.     He does not have the personality for

3     it.

4          Q.     What type of personality does he

5     have?

6          A.     He is a little awkward, not very in

7     control.

8          Q.     What do you mean, not in control?

9          A.     What defines a good sales

10    personality, Greg is awkward.  He is you know,

11    timid in the wrong situations and over aggressive

12    in the wrong situations, that's my opinion.

13         Q.     When did you first notice these what

14    I will call traits?

15         A.     At Rose Glen.

16         Q.     Any specifics --

17         A.     I don't remember specifically.

18         Q.     Let me finish the question.  Any

19    specific situations you remember at Rose Glen?

20         A.     Not specifically, more of a general

21    feeling.

22         Q.     What was that general feeling?

23         A.     That he was timid in the wrong

24    situations and overly aggressive in the wrong

25    situations.

1                              BENOWITZ

2          Q.    At some point in time Greg did begin

3    working for VCA?

4          A.    Yes.

5          Q.    What type of work was he doing for

6    VCA?

7          A.    Computer things, operation things.

8          Q.    Was anybody else at VCA doing the

9    same type of work Greg did, at the same time?

10          A.    The same operation type of stuff?

11          Q.    Yes.

12          A.    I guess Berger.

13          Q.    David Berger?

14          A.    Yes.

15          Q.    You said you guess?

16          A.    Randy worked on operations. David

17    Berger worked in operations.  Greg to some degree

18    did some stuff.  I don't know what they did every

19    day.  Exactly what they did ask Randy, the exact

20    division of labor.

21          Q.    You said Greg did computer stuff?

22          A.    Yes.

23          Q.    Do you know if David Berger was

24    involved in computer stuff?

25          A.    Office stuff, Randy and David Berger

```
 1                        BENOWITZ

 2    and Greg worked on operations.

 3         Q.    Did Greg generate reports for VCA?

 4              MR. FISHER:  Objection.  Asked and

 5         answered.

 6         A.    Yes.

 7         Q.    Did he generate daily reports?

 8         A.    I don't know.

 9         Q.    Do you know what went into

10    preparing, generating any daily reports by Greg?

11         A.    No.

12         Q.    Did you ever talk to Greg about what

13    is involved in preparing and generating these

14    reports?

15         A.    Specifics of this I would see Randy

16    to talk about.

17         Q.    While working for the quant arb and

18    or VCA, did Greg ever communicate with you about

19    the need to make more money?

20              MR. FISHER:  Can you read back the

21         question?

22              (Whereupon the last question was

23         read back by the court reporter.)

24              MR. FISHER:  Objection to form.

25         A.    Yes.
```

```
1                          BENOWITZ

2         Q.     Do you remember when the first time

3    was?

4         A.     Greg constantly complained that he

5    needed more money.

6         Q.     I am talking about after he started

7    working for you and Randy.

8         A.     Greg constantly complained that he

9    needed more money.

10        Q.     Do you have any specific

11   recollection of how those complaints were made

12   known to you?

13        A.     Every time I communicated with him

14   he would complain about not having enough money.

15        Q.     What would he say to you?

16        A.     I don't have enough money, I need

17   more money.  I didn't have enough money either.

18        Q.     Do you know when he first started

19   making these complaints to you?

20        A.     Honestly, he complained when he

21   worked for Rose Glen.

22        Q.     When did he first complain to you,

23   after he started working for you and Randy?

24        A.     He always complained, it was a

25   consistent theme of talking to Greg.
```

Page 64

1                    BENOWITZ

2          Q.    So I am clear, are you saying from

3    the time he began working for you and Randy he was

4    complaining?

5          A.    From before that. He complained

6    about not having enough money from Rose Glen.

7                MR. FISHER: Objection to the

8          previous series of questions using the word,

9          working for Randy and Adam. I don't

10         understand what you mean by the phrase. Are

11         you speaking legally, as opposed to making a

12         legal consensus he was an employee? I don't

13         want to get away from questioning. As I say

14         legally, the phrase, work for.

15         Q.    Greg did things for VCA, correct?

16         A.    Yes.

17         Q.    Would you consider that Greg was

18   doing work for VCA?

19         A.    No.

20         Q.    Why not?

21         A.    It was clear when we made a deal

22   that the entity if you want to say that he was

23   part of was the quant arb, okay. Anything he did

24   for VCA was a favor or to help out. But it was

25   very clear that we made a deal as to where he was

1                    BENOWITZ

2    getting compensated from.

3         Q.    What would you call what he did for

4    VCA then?

5         A.    A small amount of side work that he

6    did more or less as a favor.

7         Q.    The side work that he did was a

8    favor?

9         A.    Yes.  Now in Gargoyle I believe he

10   had again, this is not my area of expertise.  He

11   definitely, I guess you would have to ask Randy,

12   but he definitely did work for Gargoyle.

13        Q.    After he started doing work for

14   Gargoyle when is your first recollection of Greg

15   complaining about needing more money?

16        A.    Greg complained about needing more

17   money is a constant recollection from the week

18   after I met him, until I never talked to him

19   again.  I can't tell you when the first time was.

20        Q.    After you started the quant arb

21   later known as Gargoyle, do you have any

22   recollection, specific or general what the nature

23   of his complaints were?  How was that phrased, did

24   he ask you for more money, after he started

25   working for the quant arb?

1          BENOWITZ

2          A.     I don't remember whether he

3    specifically asked for it. It was a general

4    complaint, but he made it clear that he would like

5    more money in some way shape or form.

6          Q.     Other than the fact that he would

7    like more money, but when Greg was saying this to

8    you, did he ever come outright and say, Adam, I

9    need to make more money?

10         A.     ·Sure. I mean, I don't recall

11   specific times, but I am sure he said that.

12         Q.     Did he ever say to you, Adam, you

13   need to pay me more money, or something like that?

14         A.     I don't remember. I recall a lot of

15   times he would generally complain and stop short

16   of you know, pushing. There was not a lot of

17   money to give him.

18         Q.     Were you making any money at the

19   time that he was complaining to you about making

20   money?

21         A.     It's possible, in '05 I am pretty

22   sure I was still in debit at that point. It's

23   possible in '05 I was not completely flat broke,

24   but I was pretty broke.

25         Q.     Had you filed for bankruptcy?

```
 1.                           BENOWITZ

 2          A.     No.

 3          Q.     Did you own a house at that time?

 4          A.     Yes.

 5          Q.     Were you mortgaging the house?

 6          A.     Yes.

 7          Q.     How many mortgages did you have on

 8    the house?

 9          A.     I think one.

10          Q.     Where is that house located?

11          A.     In Amber, Pennsylvania.

12          Q.     Did you say you were in debt or

13    broke?

14          A.     I didn't have my money, the credit

15    card debt.  I was not bankrupt but I didn't have

16    any money.

17          Q.     How did you pay the debt?

18          A.     I paid, I eeked by.

19          Q.     What did you eek by on?

20          A.     I don't remember.

21          Q.     You were married at the time?

22          A.     Yes, separated.

23          Q.     Were you paying any type of

24    maintenance or spousal maintenance?

25          A.     I just paid whatever bills there
```

1                        BENOWITZ

2    were.

3           Q.    Did you ever say anything in

4    response to Greg's complaints about needing more

5    money?

6           A.    Did I ever say anything in response?

7           Q.    Yes.

8           A.    I imagine I did.  I don't remember

9    what exactly it was.

10          Q.    Do you have any general idea what

11   you said?

12          A.    Greg as I became to understand that

13   he was more and more desperate.  I would reiterate

14   very clearly what the deal we had was.

15          Q.    Do you know why he was desperate?

16          A.    He needed money.

17          Q.    Do you know why he needed money, did

18   he ever tell you why he needed money?

19          A.    He had a family and the house, that

20   kind of thing.

21          Q.    When you first discussed with Greg

22   about him working for the quant arb, did you think

23   he was qualified to do what you were asking him to

24   do?

25          A.    To the best of my knowledge.

1                           BENOWITZ

2          Q.    How about when you asked him to do

3    this side work for VCA, did you think he was

4    qualified to do what you were asking him to do?

5          A.    To the best of my knowledge.

6          Q.    I should have asked this question

7    first.  Who approached Greg about doing the side

8    work for VCA?

9          A.    It was probably me, I don't remember

10   exactly.  I would say probably me.

11         Q.    Do you have a recollection what you

12   asked him to do for VCA?

13         A.    No, I don't remember.

14         Q.    Do you know how many hours he put in

15   working for Gargoyle?

16         A.    No.

17         Q.    I should say the quant arb.

18         A.    No.

19         Q.    And or Gargoyle?

20         A.    No.

21         Q.    Do you know how many hours he put in

22   doing the side work for VCA?

23         A.    No.

24         Q.    At any time did Greg ever express to

25   you that it's his understanding that he is going

1           BENOWITZ

2    to also receive a percentage of the net profits

3    from the Vision hedge fund?

4           A.      Repeat the question.

5           Q.      At any time did Greg communicate to

6    you that it was his understanding he was also to

7    receive a certain percentage of the net profits of

8    the Vision hedge fund?

9           A.      I don't recall him saying that, but

10   if he did I would have immediately reminded him

11   that was not our deal.

12          Q.      At any time did Greg ever express to

13   you that it was his understanding that you Randy

14   and he were partners in the Vision hedge fund?

15          A.      Again, I don't recall him doing it,

16   but if he did I would immediately say that was not

17   the case.

18          Q.      Do you recall having a conversation

19   with Greg where he expressed to you his

20   understanding he was also to receive a percentage

21   of profits from VCA?

22                  MR. FISHER:  Communications from

23          Greg to Adam, not through counsel or

24          anything like that?

25                  MR. SHEA:  No.

1                           BENOWITZ

2          Q.     Between you and Greg, communication

3     between you and Greg.

4          A.     Again, I don't recall, but if he had

5     said anything I would have immediately said that

6     is not the deal.

7                 THE WITNESS:  Can I take a break?

8                 MR. SHEA:  Sure.

9                 (Whereupon a brief recess was

10         taken.)

11         Q.     Work Greg did for VCA, did you have

12    any work complaints about it?

13         A.     There were problems in that nature.

14         Q.     When Greg started working for the

15    quant arb, prior to working for quant arb did you

16    ever tell him that he would have to quit a current

17    job in order to work for the quant arb?

18         A.     I don't remember.

19         Q.     You were talking about problems.  I

20    asked if you had any problems with Greg's work and

21    you started to tell us before we took a break.

22         A.     I remember there were problems of

23    some kind of work that he did for us at some

24    point, but I don't remember exactly what they

25    were.

1                    BENOWITZ

2        Q.    Would Randy be the individual to

3    ask?

4        A.    Yes.

5        Q.    If there was a problem with the work

6    do you know what company that was for?

7        A.    I recall that was for the hedge

8    fund, but it might have been for the other thing

9    too.

10       Q.    Did you have any issue with Greg

11   while he was working for you, for the quant arb or

12   VCA or Vision hedge fund?

13             MR. FISHER:  Objection to form.

14       Q.    Again, the side work, whatever he

15   was doing, did you have any issues?

16       A.    He had a very difficult personality.

17       Q.    Would you describe difficult?

18       A.    He was belligerent, angry, prone to

19   anger.  He didn't do a lot of things he said he

20   would do.

21       Q.    What didn't he do that he said he

22   would do?

23       A.    It's not an all inclusive list.

24   There were various times, I don't remember the

25   exact task.  He would say he would come up to New

1                    BENOWITZ

2    York to work on something and he would not come.

3    I don't remember what the exact thing he was

4    supposed to do was. But there was something he

5    was supposed to help us with or some system or

6    program he was supposed to install on our

7    computer, and he never did it.

8         Q.    Was that in January of '06, 2006?

9         A.    I don't remember.

10        Q.    Anything else that you can recall

11   siting here today that he didn't do that he said

12   he would do?

13        A.    I don't remember exactly, more of a

14   general feeling.

15        Q.    Did you ever have conversations with

16   Greg about his difficult personality?

17        A.    I am sure I did but I don't

18   remember.  I don't recall individual ones.

19        Q.    Do you recall general conversations

20   you had with Greg about his difficult personality?

21        A.    Other than to discuss it while you

22   are discussing things that he had a difficult

23   personality.

24        Q.    In other words, did you ever tell

25   him that you got to control your anger?

```
1                        BENOWITZ

2        A.     I am sure I said at times, you have

3    to chill out.

4        Q.     Are you aware of any issues that

5    Greg had with anyone that may have worked or

6    consulted with either the quant arb, Gargoyle,

7    VCA, or the Vision hedge fund?

8              MR. FISHER:  Objection to form.

9        A.     Say that again.

10       Q.     Did you know of any issues that Greg

11   had with anyone that worked at the quant arb?

12             MR. FISHER:  Objection.  Issue, do

13        you mean a disagreement?

14             MR. SHEA:  A personality issue.

15             MR. FISHER:  Personality conflict

16        with other persons working?

17             MR. SHEA:  Yes.

18       A.     I don't remember.

19       Q.     Do you know if he had any

20   personality conflict with anyone that was working

21   at VCA?

22       A.     I don't remember.  I don't recall

23   specifically, but in a general way people you

24   know, say wow, that guy is crazy, that guy is

25   angry, that guy is belligerent.  It was quite
```

1          BENOWITZ

2    clear that he was angry and belligerent.

3          Q.    Do you have any recollection who may

4    have said that, or who said that?

5          A.    I would say that I don't recall

6    anyone specifically saying it. But I do recall, I

7    recall, I sort of remember a general feeling by

8    people.                                              \

9          Q.    Do you recall anyone at the quant

10   arb or Gargoyle having issues with Greg's work

11   product?

12         A.    I was not that involved with

13   Gargoyle but no, I don't remember.

14         Q.    Other than what you already told us,

15   do you recall anybody else having issues with

16   Greg's work product that he did for VCA, or the

17   Vision hedge fund?

18         A.    I don't remember, but there are

19   various things that people were unhappy with. You

20   should ask Randy about it, he would know more

21   specifically.

22         Q.    Kish, who is Kish?

23         A.    He is an investor.

24         Q.    Kish, was that an investor in the

25   hedge fund?

```
 1                        BENOWITZ
 2          A.    No, either -- I don't know what it
 3    is.  I forgot what it is.
 4                MR. FISHER:  Is that the name of a
 5          managed account?
 6                THE WITNESS:  I don't remember.
 7          Q.    Do you know if what Greg did for VCA
 8    differed from what he did for Gargoyle, or the
 9    quant arb?
10          A.    I imagine it did.  I don't know what
11    exact things he did but I imagine they were
12    different.
13          Q.    Why would you imagine they were
14    different?
15          A.    I don't know, they are different
16    things.  There is different operational things,
17    ask Randy he would know specifically.
18          Q.    Do you know if one is more
19    complicated than the other?
20          A.    No, actually I don't know if one is
21    more complicated than the other.  My first initial
22    answer, I imagine the quant arb was more
23    complicated, but I don't know anything about
24    programming or anything like that.  I am not
25    qualified to say which one is more complicated.
```

1                          BENOWITZ

2          Q.     Greg also did things for the Vision

3     hedge fund, correct?

4          A.     I am pretty sure.

5          Q.     How would you describe what he did

6     for the hedge fund?

7          A.     I don't know exactly, but

8     operational stuff.

9          Q.     Who approached Greg about doing

10    things for the Vision hedge fund?

11         A.     I don't remember, but I would

12    imagine it was me.

13         Q.     How would you classify what he did?

14         A.     A favor, as side work is what I

15    would say.

16         Q.     Do you know if there was a.

17    difference between what Greg did for VCA and what

18    he did for the Vision hedge fund?

19         A.     I don't know.

20         Q.     Do you know if there is a difference

21    in what Greg did for Gargoyle, the quant arb and

22    what he did for the Vision hedge fund?

23         A.     I don't know, I'm not sure.  His

24    work was in operations, but Randy would be able to

25    answer that.

1                           BENOWITZ

2          Q.    Other than you, Randy, Jim Crombie,

3     and Joe Gill, was there anyone else that got a

4     percentage of net profits of VCA?

5                MR. FISHER:  Objection to form.

6                MR. SHEA:  I withdraw the question.

7          Q.    Other than you and Randy, did anyone

8     else get a percentage of net profits of VCA?

9          A.    I don't believe so.

10         Q.    You already told us that Joe Gill

11    and Jim Crombie got a percentage of net profits of

12    the deals they source?

13         A.    I believe so, that was Randy, he

14    handles all the legal operations, that is Randy's

15    primary responsibility.

16         Q.    Did I ask if you had a written

17    contract with Jim Crombie or Joe Gill?

18         A.    I don't believe so.

19         Q.    You don't believe you had a written

20    contract?

21         A.    I don't believe so.

22         Q.    Who is Jeff Lazar?

23         A.    Jeff Lazar I believe worked for us

24    as a consultant for a while.  He wasn't really an

25    employee, a consultant, but he worked in