```
 1                              BENOWITZ

 2       operations for a while.  He moved on, took another

 3       hedge fund job.

 4             Q.    He is no longer working --

 5             A.    No, he worked with David Berger.

 6             Q.    Do you know what your gross income

 7       was in 2005, on your 2005 personal tax returns?

 8             A.    No.

 9             Q.    Do you know what your gross income

10       was on your 2004 tax returns?

11             A.    No.

12             Q.    Do you know what your gross income

13       was on your 2003 tax returns?

14             A.    No.

15             Q.    At some point in time Greg's

16       relationship ended with Vision, correct?

17             A.    Correct.

18             Q.    Do you know who took over what he

19       did for the Vision hedge, fund?

20             A.    No, I am not sure exactly which

21       employee or who did it.  It could have been Randy.

22             Q.    Who was in charge of finances for

23       the Vision hedge fund, in 2005?

24             A.    Randy.

25             Q.    Was David Berger involved with that
```

```
 1                          BENOWITZ

 2     at all?

 3          A.     Yes.

 4          Q.     How about Anti?

 5          A.     I don't think he did that, but you

 6     can ask Randy.  I don't think he was involved in

 7     finances.

 8          Q.     Do you know what Anti did?

 9          A.     He did a variety of things.

10     Everybody sort of did a variety of things.  I

11     would say he was more on legal stuff than finance

12     stuff.

13          Q.     That is Anti Vuseihamala, is that

14     correct?

15          A.     Yes.

16          Q.     I think we already discussed it, but

17     were there people that actually did work for VCA

18     and Vision, other than Jordan Fraser and David

19     Berger?

20          A.     Yes.

21          Q.     There may have been others as well?

22          A.     Yes.

23          Q.     Do you know by whom they were

24     compensated, what entity, what company?

25          A.     I don't.
```

```
 1                        BENOWITZ

 2        Q.    Do you know if any of the employees

 3   of the Vision hedge fund in 2005 received a

 4   percentage of the net profits from the Vision

 5   hedge fund?

 6        A.    I don't think so.

 7        Q.    Do you know of any employees of VCA

 8   --

 9        A.    I don't think so, but I defer you to

10   Randy.

11              MR. FISHER:   Let him finish the

12        question.

13        Q.    Other than you and Randy who split

14   up the net profits of the VCA, was anyone employed

15   by VCA as part of compensation received a

16   percentage of net profits of VCA?

17        A.    I don't know but ask Randy about

18   compensation, he would have answers to all those

19   questions for sure.

20        Q.    Jordan Fraser no longer is working

21   for Vision?

22        A.    Correct.

23        Q.    When is the last time you talked to

24   Jordan?

25        A.    I talked to him over the weekend.
```

1                         BENOWITZ

2        Q.    How often do you talk to Jordan?

3        A.    Every couple of months.

4        Q.    What was your conversation about

5  this weekend?

6        A.    He wants to move back to New York.

7  His career, he has a kitchen cabinet business

8  working out of Dallas.

9        Q.    Did you call Jordan or did he call

10  you?

11        A.    He called me.

12        Q.    What did he call you for

13  specifically?

14        A.    He wanted to talk about his career,

15  mostly just to shoot the shit.

16              MR. FISHER:  Just try to answer the

17        question.

18        Q.    Did you talk to Jordan at all about

19  the deposition coming up?

20        A.    No.

21        Q.    Have you talked to Jordan at all

22  about this lawsuit?

23        A.    I don't think so, certainty not to

24  any great extent.

25        Q.    Other than your attorneys, have you

```
 1                        BENOWITZ

 2    talked to anyone about this lawsuit?

 3          A.    Yes.

 4          Q.    Who?

 5          A.    I don't know, just generally people

 6    at work.  Mostly just that it exists.  I don't

 7    talk about details of it.

 8          Q.    Do you remember the last time you

 9    talked about this lawsuit to someone, other than

10    your attorneys?

11          A.    Yes, I talked to my girlfriend last

12    night and said I had to go to a deposition today.

13          Q.    How about before that conversation

14    last night, when is the last time you talked to

15    someone about this lawsuit, other than your

16    attorneys?

17          A.    I have not discussed details, but

18    people around work know that you know, Randy had a

19    deposition and I had a deposition, that's about

20    the extent of what was talked about.

21          Q.    Did you talk to Randy at all about

22    his deposition?

23          A.    Yeah, I said, "how did it go?"

24          Q.    What did he say?

25          A.    He had the deposition you know, it
```

1                           BENOWITZ

2      was long.

3           Q.     In preparation for today's

4      deposition did you review documents?

5           A.     I looked, I don't read very well.  I

6      am not a good document reviewer.

7           Q.     Other than your attorney, did you

8      talk to anyone in preparation for today's

9      deposition?

10          A.     No.

11          Q.     I want to go back to the other

12     question.  I understand you are not a big reader.

13                 Did you review any documents in

14     preparation for today's deposition?

15          A.     I looked at one document with my

16     attorney.

17          Q.     What document was that?

18          A.     I don't know.

19                 THE WITNESS:  What document was

20          that?

21                 MR. FISHER:  I will just represent

22          for the record the document was the answer

23          and counter-claim that was filed in this

24          case.

25          Q.     When is the last time you talked to

1                          BENOWITZ

2       Greg?

3           A.      I believe it was when he stormed out

4       of our office.

5           Q.      Do you remember when that was?

6           A.      In like late '05 or early '06 or

7       something, it's the last time I recall.

8           Q.      Why don't you tell me about that

9       last time you saw him?

10          A.      He was supposed to, this is what I

11      recall.  He was supposed to in be New York for

12      something and he came up and was only there for

13      like a few minutes, or a very brief period of time

14      and he got aggravated about something and he left.

15      At least I didn't hear from him again after that.

16      I believe he traded a bunch of e-mails with Randy

17      though.

18          Q.      Do you know what he got angry at?

19          A.      I forgot.  I don't recall exactly.

20          Q.      What is your understanding what led

21      to the end of the relationship between Greg and

22      Vision?

23          A.      Sorry.  Say that again.

24          Q.      What is your understanding as to

25      what led to the end of the relationship between

1                          BENOWITZ

2       Greg and Vision?

3            A.     What led to the end of it?

4            Q.     Yes.

5            A.     Greg walking out and never talking

6       to us again.

7            Q.     Prior to him walking out, did you

8       ever have any inclination that the relationship

9       between Greg and Vision was ending?

10           A.     He became increasingly erratic and

11      hard to deal with during '05, and I believe this

12      is, I don't have this exact, this is my

13      recollection.  His work product was poor.  His

14      personality was angry and difficult and

15      impossible.  I think we collectively decided to

16      wind up that relationship.  I know Randy exchanged

17      e-mails, whatever.  We came to some closing thing,

18      closing agreement, and I think that was it.  Which

19      then Greg did not fulfill to the best of my

20      recollection.

21           Q.     You said that his work product was

22      poor, what are you basing that on?

23           A.     Like I said, I remember he got a

24      bunch of things wrong on the hedge fund, whatever.

25      Again, I am not an operational expert.  Randy

1               BENOWITZ

2     would know what was wrong. There was a problem

3     with both our reports when running an audit.

4          Q.    Would Randy have been the person

5     that would have most information on this issue?

6          A.    Yes.

7          Q.    You said you collectively decided to

8     end the relationship. Who was part of that

9     collective decision?

10         A.    Greg and Randy and I, I imagine, but

11    I don't remember specifically, that's my

12    impression.

13         Q.    Do you know when that decision was

14    made?

15         A.    I don't recall exactly.

16         Q.    Do you know if that decision was

17    made before or after the meeting in New York City

18    when you described he stormed out?

19         A.    I think that there was some kind of

20    agreement in place before that but I am not a

21    hundred percent sure. I think we came to sort of,

22    there was some sort of understanding work that was

23    supposed to be done, and he never did it. It's

24    operational, ask Randy, he would probably know

25    exactly what it was.

```
 1                        BENOWITZ

 2        Q.    At the time that the decision was

 3   made for the relationship to end between you Randy

 4   and Greg, were you getting paid a salary from the

 5   Vision hedge fund?

 6        A.    I don't remember.

 7        Q.    Do you remember Greg ever

 8   communicating with you that he was not aware that

 9   you were getting a salary from the hedge fund?

10             MR. FISHER:  Objection to form.

11        Lack of foundation.

12        A.    I don't remember.

13        Q.    Did Greg ever say to you that he

14   thought he was a partner in the Vision hedge fund

15   with you and Randy?

16        A.    I can't remember a specific.

17   instance.  If he had said that to us I would have

18   immediately said, no, that is not the case.

19        Q.    Generally, do you have a

20   recollection of it?  You don't have a specific

21   recollection.  Do you have a general recollection?

22        A.    I have a general recollection of

23   Greg screaming and yelling claiming all sorts of

24   things.  He was sort of a lone gunman kind of

25   thing.  Greg claimed lots of things that were not
```

1                          BENOWITZ

2    true during my time of knowing him.

3          Q.    What did he claim that are not true?

4          A.    I should not say I know it not to be

5    true.  Greg claimed to have built Susquehanna's

6    complete trading system.

7          Q.    What else?

8          A.    I just remember him claiming things,

9    many times that he claimed.

10         Q.    I want to know your recollection,

11   what else do you recall?

12         A.    He would claim stuff that he did at

13   Susquehanna and when I go talk to people at

14   Susquehanna they would say, that's not true.

15         Q.    Do you recall anything specific?

16         A.    No.

17         Q.    Anything other than you remember

18   Greg claiming he built the entire trading system,

19   did you talk to anyone about that?

20         A.    I talked to someone at Susquehanna

21   and they said it's a joke.

22         Q.    Who is that?

23         A.    An IT guy.

24         Q.    You don't remember that IT person?

25         A.    No.

1                    BENOWITZ

2        Q.    That's no?

3        A.    That's no.

4        Q.    Do you remember anything else that

5    Greg claimed what you consider not to be true or

6    found out later not to be true, other than what

7    you mentioned about Susquehanna?

8        A.    No, I don't remember specifics.  I

9    have that general feeling.

10       Q.    Other than these other things, do

11   you have a recollection, specific or general about

12   Greg claiming what he was promised by you in terms

13   of compensation for the work he had done at

14   Vision?

15       A.    Do I recall him claiming?

16       Q.    Yes, that you recall Greg

17   complaining that you made promises to him?

18       A.    I don't recall specifics but I do

19   remember Greg asking for stuff that was not at all

20   part of what he was supposed to get.

21       Q.    Around the time that his

22   relationship ended, do you recall Greg asking for

23   10 percent share of net profits of the Vision

24   hedge fund?

25       A.    I do not.

Jaguar Reporting, Inc. 44 Court Street, Brooklyn, NY

| | | |
|---|---|---|
| 1 | | BENOWITZ |

2    Q. Do you recall Greg asking you if you

3 were getting a salary from the Vision hedge fund?

4    A. I do not.

5    Q. Were you involved at all with

6 formulating an agreement to purchase Greg

7 Morgenweck's software, in January 2006?

8    A. Do I recall?

9    MR. FISHER: Were you involved?

10    Q. Were you involved?

11    A. I think, I don't remember a hundred

12 percent. Maybe Randy did that, but Randy may have

13 consulted with me, but I don't remember

14 specifically. We, Randy and I made a collective

15 decision with that.

16    Q. Was David Berger involved with that?

17    A. I don't think he was involved with

18 that.

19    Q. Anti?

20    A. No.

21    Q. Anti was?

22    A. No, not in negotiating.

23    Q. Do you know who had lead role in

24 negotiations?

25    A. Either Randy or I.

```
 1                        BENOWITZ

 2          Q.    Between you and Randy do you know

 3   who would have?

 4          A.    Normally it would be me, but I think

 5   in this case it may have been Randy, but I don't

 6   recall.

 7          Q.    You don't have a specific

 8   recollection today about whether negotiations were

 9   between you and Greg or Randy and Greg, about this

10   agreement?

11          A.    No, only a general recollection that

12   there was one.

13          Q.    Do you recall as to why you wanted

14   to enter into that agreement?

15          A.    I don't remember exactly why.

16          Q.    Do you know whose idea it was to

17   enter into an agreement?

18          A.    No, I don't remember.

19          Q.    Do you know if it was Vision's idea

20   or if it was Greg's idea?

21          A.    I do not remember.

22          Q.    Do you recall any negotiations about

23   the amount dollar amount of the purchase

24   agreement?

25          A.    I do not remember any specifics.
```

1                    BENOWITZ

2          Q.    Was Greg generating and developing

3    reports for the Vision hedge fund?

4          A.    I think so. You can ask Randy, but I

5    think he was.

6          Q.    Do you recall looking at these

7    reports?

8          A.    I do not.

9          Q.    Do you recall receiving these

10   reports on a daily basis?

11         A.    I do not recall it, but it's

12   possible.  They were operational reports that I

13   did not receive, or it's possible I just don't

14   remember getting them, or it's possible that they

15   were not important, but I don't remember them.

16         Q.    Is David Berger still employed by

17   Vision?

18         A.    Yes.

19         Q.    Does David Berger have a written

20   employment contract?

21         A.    Yes.

22         Q.    Does David Berger receive a certain

23   percentage of net profits, or does he just receive

24   a salary, or both?

25         A.    Not a specific percentage, he is

```
 1                              BENOWITZ

 2   salary plus bonus.

 3        Q.     What is the bonus based on?

 4        A.     I have to check.

 5        Q.     How about Anti, does Anti have a

 6   written contract with Vision?

 7        A.     Yes.

 8        Q.     With Vision?

 9        A.     Yes.

10        Q.     What is the basis of his

11   compensation?

12        A.     Salary plus bonus, his bonus as a

13   formula I don't remember what.

14        Q.     Who is Jonathan Shane?

15        A.     He works for us.

16        Q.     What does he do?

17        A.     He is sort of what I would say, he

18   helps with lots of things.  He helps Randy.  You

19   are getting over in operations, I don't know what

20   exactly he does.

21        Q.     Is he still employed?

22        A.     Yes.

23        Q.     Do you know when he first started

24   working for Vision, the hedge fund?

25        A.     Very early '05 or early '06 I think.
```

1                          BENOWITZ

2          Q.    Do you know if he had any

3      interaction with Greg Morgenweck?

4          A.    I don't remember.

5          Q.    Do you know if he had any

6      personality issues with Greg?

7          A.    I don't remember.

8          Q.    Do you know if he had any work

9      related difficulties with Greg?

10         A.    I don't remember.

11               MR. SHEA:    I have about another

12         hour.  Do you want to take a break?

13               MR. FISHER:    Sure.

14               (Whereupon a brief recess was

15         taken.)

16         Q.    Mr. Benowitz, did Greg ever

17     communicate to you that while working for Gargoyle

18     or doing side work for any of the Vision entities

19     he passed up other opportunities with other

20     companies because of his work with Gargoyle, and

21     Vision entities?

22         A.    I don't remember.

23         Q.    Did you ever discuss with Randy

24     Greg's request for more money?

25         A.    I am sure.

1                        BENOWITZ

2          Q.     Do you have any recollection about a

3     conversation you had with Randy?

4          A.     No, but I am sure I talked about it

5     with him.

6          Q.     Is that a presumption that you would

7     have talked to Randy?

8          A.     I mean Greg talked all the time.  I

9     don't recall a specific conversation.  I am sure I

10    talked to him about it.

11         Q.     Did you and Randy have any

12    communications where you discussed the possibility

13    of paying Greg more money, in addition to the 10

14    percent?

15         A.     I don't have a specific

16    recollection.

17         Q.     Do you have any recollection?

18         A.     Not really to tell you the truth.

19    Again, it seems like the type of thing, it came

20    up, we talk about everything that comes up.

21         Q.     Sitting here today, do you have a

22    specific or general recollection about having a

23    conversation with Randy about paying Greg more

24    money, in addition to 10 percent of Gargoyle's net

25    profit?

1              BENOWITZ

2         A.    I don't remember specifics.

3         Q.    Do you have a general recollection?

4         A.    I don't even have a general

5    recollection.  If it came up we would talk about

6    it.

7         Q.    I could probably guess the answer.

8    Do you recall having any communications with Greg

9    about the time of his blowup, about him asking for

10   more money?

11              MR. FISHER:  Blowup?

12              MR. SHEA:  When he stormed out.

13        A.    Other than Greg asking for more

14   money all the time, I have a general recollection

15   of Greg asking for more money all the time, before

16   the blowup, during the blowup.

17        Q.    The type of work that Greg did for

18   VCA, I think you described it as computer work?

19        A.    Operations.

20        Q.    Did you have any outside contractor

21   that assisted with operation type work, for VCA?

22        A.    I can't remember, Randy would know.

23        Q.    Did you have an outside contractor

24   or consultant that assisted in operation work for

25   the Vision hedge fund, while Greg Morgenweck was

```
 1                          BENOWITZ

 2    there?

 3         A.     I don't remember.

 4         Q.     After Greg left, at some point in

 5    time did you learn that Greg was seeking to be

 6    paid additional monies, in addition to what he

 7    already received?

 8              MR. FISHER:  Aside from this

 9         lawsuit?

10              MR. SHEA:  Yes, prior to.

11         A.     I didn't talk to him after that.

12         Q.     At some point in time did you learn

13    Greg Morgenweck was paid additional monies, over

14    and above what he already received?

15         A.     Other than what?

16         Q.     At some point in time did you learn,

17    including this lawsuit?

18         A.     Including it?

19         Q.     Yes.

20         A.     When he came and filed this lawsuit

21    against us, that's clear.  I really didn't have

22    communication with him.  Any communication was

23    with Randy.  I was disgusted.  I don't recall any

24    communication with him by me after that,

25    including, even during that.
```

1                           BENOWITZ

2          Q.     What were you disgusted about?

3          A.     Just basically I was angry with him

4     because he didn't do the things he said he would

5     do.  He was unfair, greedy, he blamed other people

6     for things that were his fault.  I was just

7     generally disgusted with the whole thing.

8     Honestly, we tried to you know, do him a favor so

9     he repaid us by basically being a complete A hole.

10    That is my opinion.

11         Q.     Why do you say he was greedy?

12         A.     He just wanted money without any

13    regard to the deal we had made or anything.  He

14    just felt like you know, he could do nothing and

15    what little he did, in my understanding he did not

16    do well.  Then just you know, demand money because

17    you know, he felt like it, that's me

18    editorializing a little bit.

19         Q.     You said you were angry with him

20    because he said he was going to do things that he

21    did not do, is that what you already told us

22    about?

23         A.     Yes.

24         Q.     Anything else specific?

25         A.     If I recall anything specific I will

1                         BENOWITZ

2 .  bring it up.

3          Q.    You also said that it's your

4    understanding he didn't do it well?

5          A.    Like I said for the specific stuff

6    where he made mistakes that caused us reporting

7    audit.

8          Q.    Is that what you already told us

9    about?

10         A.    Yes.

11         Q.    I don't mean to cut you off.  I

12   don't want a rehash or reiterate things.

13               At any point in time did you know

14   how long it took Greg to do his job, on a daily

15   basis?

16         A.    I do not.

17         Q.    That is even afterwards, after he

18   left?

19         A.    I don't know.

20         Q.    You said that you were angry and

21   disgusted with Greg because he was unfair.  What

22   did you mean he was unfair?

23         A.    Just yelling, screaming,

24   complaining, demanding, when in my opinion he did

25   basically, virtually nothing, and many of the key

1                         BENOWITZ

2      things he did was wrong. I guess I felt that he

3      was completely out of line.

4           Q.    What was he yelling and screaming

5      about?

6           A.    He had pressure on him I suppose and

7      he would say that he needed money, then he was

8      probably demanding money for. I remember

9      generally being totally disgusted with him.

10          Q.    You said, he virtually did nothing,

11     what do you base that on?

12          A.    I guess I should say I don't really

13     know. I guess it didn't seem like he did a lot,

14     but I am not in operations. I guess that is more

15     an impression on my part then a fact.

16          Q.    Were you ever told that what he did

17     was necessary for the operation of VCA?

18          A.    Was I told?

19          Q.    Yes, did you ever come to learn,

20     were you told?

21          A.    I don't think so. I don't recall

22     anyone telling me that.

23          Q.    Were you ever told that what he did

24     for VCA was not necessary?

25          A.    I don't recall that.

1           BENOWITZ

2           Q.     Did you ever come to learn that what

3    he did for Vision Holdings was necessary?

4           A.     Vision?

5                  MR. SHEA:   Holdings.

6           Q.     Sorry, Vision hedge fund?

7           A.     I don't recall having any

8    conversation about an absolute necessity what he

9    did.

10          Q.     What about unnecessary, that it was

11   not necessary, in other words --

12          A.     I don't remember specifics, this is

13   a question about operations.  I don't recall a

14   lot.  I want to say Randy took care of the

15   operations.

16          Q.     How about after Greg left, did you

17   have any conversations about necessity of the work

18   that was done by Greg, for Vision Holdings?

19          A.     I can recall general, a general sort

20   of feeling or general gist of conversation that

21   things went a lot more smoothly and operations

22   went better with him gone.

23          Q.     Do you know why they went smoothly?

24          A.     I don't know, you have to ask Randy

25   or David.

1                           BENOWITZ

2           Q.    You said he blamed others for things

3    that were his fault.  What did he blame people for

4    that was his mistake?

5           A.    I can't think of specifics to be

6    fair.

7           Q.    What favor did you do for him, you

8    said you did him a favor and he paid you back by

9    this lawsuit?

10          A.    By getting him involved, my

11   impression was that he had -- this was my

12   impression, I don't know if it's true.  He had

13   this thing with Rock Hill, they didn't like him

14·  and they let him go and he had no other

15   employment.  This is my impression, whether it's

16   true I don't know.  This is my general impression,

17   and we tried to get him some work because I knew

18   him.

19          Q.    Where did you get that impression

20   from?

21          A.    I would think from him.

22          Q.    Do you have a specific or general

23   recollection of him telling you that?

24          A.    I have a general recollection of

25   thinking that, I don't remember where I got that

1                          BENOWITZ

2        feeling.

3            Q.    How did you first learn of this

4        lawsuit?

5            A.    I can't remember, somebody

6        contacted, they didn't contact me specifically.  I

7        think they contacted Lisa.

8            Q.    That's Lisa Snow?

9                  MR. FISHER:  Don't answer questions

10            if the question calls for you to disclose

11            information that you learned from Lisa Snow.

12            You should exclude that from your answer

13            because that is privileged.

14            A.    The answer, I don't know exactly how

15        I learned of it first.

16                  MR. SHEA:  I do intend to get those

17            conversations.  I reserve the right for all

18            conversations with Mr. Benowitz.

19                  MR. FISHER:  It is our position she

20            is an in-house attorney to the lawsuit.

21            Obtaining legal or getting legal advice is

22            privileged.

23            Q.    I don't want to know right now, did

24        you have a conversation with Lisa Snow about Greg

25        Morgenweck, prior to receiving this lawsuit?

1               BENOWITZ

2        A.    I don't think so, not that I can
3    remember.

4        Q.    Other than your attorneys, who have
5    you discussed this lawsuit with?

6        A.    I mean various people around.  I
7    don't discuss the details of the lawsuit, but its
8    existence, a bunch of people.

9        Q.    Have you exchanged e-mails other
10   than with your attorney, regarding this lawsuit?

11       A.    I doubt it, I don't really send
12   e-mails.  I am not big on e-mail.

13       Q.    I had sent a request for production
14   of records as part of this lawsuit.  In response
15   your attorney forwarded documents to my attention.
16   Were you involved at all with the search for
17   records in response my request?

18       A.    Me?

19       Q.    Yes.  You personally?

20       A.    I don't think so, how would I search
21   for records?

22       Q.    Where would you receive e-mails, in
23   2003?

24       A.    In 2003?

25             MR. FISHER:  What e-mail address?

```
 1                         BENOWITZ

 2                 THE WITNESS:  I don't remember.  I

 3          don't know.  I don't think I had the one I

 4          have now.  I really am not an e-mailer.  I

 5          don't read very well because I only have one

 6          eye and I don't spell very well so I don't

 7          send mails, hardly ever.

 8     Q.    Do you have a work e-mail address?

 9     A.    Yes.

10     Q.    Right now?

11     A.    Yes.

12     Q.    What is that?

13     A.    Adam@visicap.com.

14     Q.    How long have you had that address?

15     A.    A couple of years, as soon as Visi

16   Cap started.

17     Q.    What is Visi Cap?

18     A.    Vision Cap.

19     Q.    Is that the hedge fund?

20     A.    Whatever the organization, that's

21   the e-mail address.

22     Q.    Did you get that in May of 2005?

23     A.    I don't remember when we got it.

24     Q.    Do you know what type of search was

25   done as far as e-mails, as far as my request for
```

```
 1                            BENOWITZ

 2      documents?

 3           A.    I do not know.

 4           Q.    Do you have a home computer that you

 5      have at home that you use for work?

 6           A.    No, I play video games on it.

 7           Q.    Do you have a lap top?

 8           A.    I do but I don't know where it was

 9      and have not used it in a long time.

10           Q.    Do you use a computer at all for

11      your work?

12           A.    Yes I, look at Bloomberg all day.

13           Q.    How do you find out what is going on

14      in the hedge fund, in terms of how it is doing, on

15      a daily basis?

16           A.    I look at things like Bloomberg on

17      custom screens.

18           Q.    Do you look at that every day?

19           A.    Yes.

20           Q.    Do you ever look at that while you

21      are at home?

22           A.    I am not going to say never, but

23      almost never.

24           Q.    Are you in the office every day?

25           A.    More or less, yes.
```

```
 1                       BENOWITZ

 2         Q.    When you are not in the office do

 3    you look at it at home?

 4         A.    Almost never, I don't have Bloomberg

 5    on my home computer.

 6         Q.    Did you ever send e-mails from your

 7    home computer, regarding work?

 8         A.    I could not recall ever having sent

 9    one.  It's possible I have.  I actually don't have

10    any -mail on my home computer.

11         Q.    Did you have an e-mail address

12    outside of your work?

13         A.    No.

14         Q.    Have you ever had an e-mail address

15    outside of your work?

16         A.    Yes, a long time ago.

17         Q.    Did you have an e-mail address

18    before you got the Visi Cap e-mail?

19         A.    I don't know.  In general I am the

20    person if I have an e-mail I would use one.  It's

21    conceivable that I had more than one, but not

22    multiple.

23         Q.    Did you check your e-mail at home

24    for any of those documents?

25         A.    I did not.
```

1                         BENOWITZ

2        Q.    Did anyone?

3        A.    I don't think so.

4        Q.    Did anyone ask you to look at your

5   home computer for something regarding this

6   lawsuit?

7        A.    No.

8        Q.    Who would have copies of your tax

9   returns for the years 2003, 2004 and 2005?

10       A.    Richie Eisenberg probably, maybe

11   David Berger.

12       Q.    Did Vision VCA file a tax return for

13   2003?

14       A.    I don't know.

15       Q.    How about 2004?

16       A.    I think so.                '.

17       Q.    Who would have a copy of that?

18       A.    David Berger.

19       Q.    How about 2005, did VCA file a tax

20   return for 2005, I should say whether the company,

21   Vision Capital Associates or Advisors, is that

22   correct?

23       A.    Yes.

24       Q.    It's different from Vision Capital

25   Advisors that was in 2003 or 2004, is that

1                              BENOWITZ

2       correct?

3               A.      I think so.  Randy can answer all

4       the questions.

5               Q.      Who would have a copy of the tax

6       returns filed by the first Vision Capital

7       Advisors, in 2005?

8               A.      I think David Berger or probably

9       Randy.

10              Q.      Is a tax return filed for the hedge

11      fund and its entities?

12              A.      I would guess.

13              Q.      Who would I have to ask, David

14      Berger?

15              A.      And Randy.

16              Q.      Do you know who was involved in

17      getting copies of those tax returns for VCA and

18      Vision?

19              A.      I have no idea.

20              Q.      Did you ever maintain any type of

21      personal notes from conversations that you had

22      with Greg Morgenweck, during his employment or

23      during his work with you?

24              A.      No.

25              Q.      What is Cryptic Press?

1                          BENOWITZ

2          A.     Cryptic Press?

3          Q.     Do you know?

4          A.     It could be when I was like, I think

5     like in my 20's my father had a friend that was a

6     dentist who self published a mistery novel.  That

7     might have been itself the mistery name.

8          Q.     Do you know what Plymouth

9     Corporation is?

10         A.     No.

11         Q.     What about Manage Risk Trading?

12         A.     There are certain entity names I had

13    when I was a trader.

14         Q.     G and D?

15         A.     G and D, George and Dave, I worked

16    with them on the floor for a little bit:.  I don't

17    know what they are called now.  That was probably

18    in 1995.

19         Q.     Do you know if you were taking any

20    type of draw as salary from a Vision hedge fund in

21    2005?

22         A.     I don't remember.

23         Q.     Do you know if you were paid in 2006

24    from Vision Capital, VCA, in 2006?

25         A.     I don't know.

1                           BENOWITZ

2          Q.     Do you know how much Greg Morgenweck

3   received from Gargoyle, in 2005?

4          A.     I have no idea.

5          Q.     This was previously marked as P5.  I

6   am not going to mark it again but I will attach it

7   to this deposition.

8                  MR. FISHER:  Tell me if you need any

9          help reading this.

10         A.     Okay.

11         Q.     Let me know when you are ready.

12         A.     Do you want me to read the whole

13  thing?

14         Q.     Just the top part that begins with

15  partners.

16         A.     (Witness complies).

17                 MR. FISHER:  Off the record.

18                 (Whereupon a discussion was held off

19         the record.)

20         Q.     This e-mail is dated Tuesday

21  September 20th 2005.  Do you have a recollection

22  of receiving this e-mail?

23         A.     No.

24         Q.     I understand that you don't recall.

25  Do you have any recollection of receiving it?

1                          BENOWITZ

2           A.    I have a general recollection, this

3      was Greg's tone.  The specifics I don't remember

4      but in general it sounds a lot like Greg.

5           Q.    Do you know what he means when he

6      says, I been saying "no" to opportunities for the

7      past year and a half?

8           A.    I don't know what he is talking

9      about.  I would like to say in general, this

10     general recollection besides when I would talk to

11     Greg we would reiterate again because he was kind

12     of like a lone gunman.  We reiterate specifically,

13     Randy and I, we both would have said, go do what

14     you need to do.  We were partners with Tuomo and

15     we were not making any money.  We would have said,

16     go ahead.                              .

17          Q.    You referred to Greg as, a lone

18     gunman.  What did you mean by that, describe him?

19          A.    Sorry, I don't want to characterize

20     it.

21          Q.    What did you mean by that?

22          A.    The lone gunman that goes in the

23     tower and shoots men below.

24          Q.    Yes?

25          A.    That's what I mean by that.  Sorry,

1                                    BENOWITZ

2       in general, crazy.

3               Q.      You think Greg is crazy?

4               A.      Yes.

5               Q.      How long did you think Greg was

6       crazy, from the first time you met?

7               A.      I thought he was excited and I

8       thought he got more and more crazy.

9               Q.      Did you ever have fear of Greg that

10      he would go into the tower?

11              A.      No, I didn't think Greg would come

12      get me.

13              Q.      Do you know what Greg meant when he

14      said, starts off the mail with "partners"?

15              A.      No.

16              Q.      As you sit here today you don't know

17      what he meant by the term, partners?

18              A.      No.

19              Q.      I am going to show you what was

20      previously marked as Plaintiff's Exhibit 1.  Can

21      you take a look at that document?

22              A.      Okay.

23              Q.      I am only going to refer you to the

24      paragraph which begins $680,000.00 of business

25      expenses.  For the record this is an e-mail from

1                          BENOWITZ

2    Randy Cohen to an individual by the name of Richie

3    who I believe Mr. Cohen indicated to me is Richie

4    Eisengerg, is that correct.

5          A.    I think so.

6          Q.    He is an account, is that correct?

7          A.    Yes.

8          Q.    This document is dated Saturday

9    April 15th 2006.  The paragraph, $680,000.00 of

10   business expenses which about $50,000.00 is for

11   restaurant expenses and about 55 for club

12   membership.  It indicates he has in fact paid

13   handsomely for the business.  It continues on, 260

14   to Adam and the rest to me.

15                MR. FISHER:  Objection.

16         Q.    Do you know whether this 260 was

17   paid to you?

18         A.    I recall that 260 was paid to me.

19         Q.    Do you know if this is for salary?

20         A.    I don't know, Randy would know all

21   that.

22                MR. SHEA:  Can I have this marked?

23                (Whereupon, a four page document,

24         was marked as Plaintiff's Exhibit 8 for

25         identification, as of this date.)

1                    BENOWITZ

2         Q.    P8 is an e-mail from Greg Morgenweck

3    dated Monday August 22, 2005 at 11:04 p.m. sent to

4    you, Jordan Fraser and Anti and cc'd to David

5    Berger.  Subject, Vision Opportunity Fund, today's

6    P&L report, 8/22/05, attach P&L by security with

7    detail, snap shot document.

8              Do you recall receiving, not this

9    document, but this type of document on a daily

10   basis, from Greg Morgenweck?

11        A.    I remember receiving it.  I don't

12   know on what basis.  Now that I see it I remember

13   getting stuff like this.  I don't know if I ever

14   got this (indicating).

15             MR. FISHER:  By this the witness is

16        referring to the second page, a portion.

17        The witness did get the second, third and

18        forth page of the exhibit.

19             THE WITNESS:  If I had received the

20        second, third and forth page I can't read

21        well enough.  I do remember now getting

22        things like this (indicating).

23             MR. FISHER:  Like the first page?

24             THE WITNESS:  Yes.

25        Q.    In this e-mail with attachment you

```
 1                        BENOWITZ
 2     are looking at a hard copy of the e-mail with
 3     attachment.  If it was on a computer would you
 4     have looked at it?
 5          A.     Doubtful, but I would look at
 6     something like that (indicating).
 7               MR. FISHER:  The witness is
 8          indicating the chart that appears on the
 9          first page of the exhibit.
10               THE WITNESS:  Like twelve sells on
11          the spread sheet or ten sells.
12          Q.    Do you know what is involved in
13     creating this database?
14          A.     I do not.
15          Q.    Sitting here today do you have any
16     understanding or knowledge as to what it took for
17     Greg Morgenweck to create these reports?
18          A.     No.
19               MR. SHEA:  Can I have this marked?
20               (Whereupon, a three page document
21          was marked as Plaintiff's Exhibit 9 for
22          identification, as of this date.)
23          Q.    This is an e-mail from Greg dated
24     Monday August 22, 2005, time 11:15 to Adam
25     Benowitz and Jordan Fraser and Anti, and cc'd to
```

1                         BENOWITZ

2    David Berger, subject, Vision Opportunity Fund

3    today's real and unreal P&L report, attach,

4    realized and unrealized P&L by security and

5    account, a hundred percent time value, snap shot

6    document.

7                 Again, do you recall receiving, I am

8    not asking specifically the document in front of

9    you.  Do you recall receiving this type of

10   document from Greg Morgenweck for the Vision hedge

11   fund.

12        A.    Not particularly.

13        Q.    The subject is Vision today's

14   realized and unrealized P&L report one hundred

15   percent time value.  Is that information in which

16   you would need?

17        A.    Something more Randy would look at

18   every day.

19        Q.    Did you look at this information at

20   all?

21        A.    I may have looked at it, it was not

22   a regular tool that I used.

23        Q.    What did you do for the Vision hedge

24   fund?

25        A.    For the Vision hedge fund?

1                                    BENOWITZ

2        Q.    Yes.

3        A.    I made the final decision what to

4    buy and what to sell.

5        Q.    How did you go about making that

6    decision?

7        A.    How did I go about making the

8    decision?

9        Q.    Yes.

10       A.    It's very complicated.

11       Q.    You don't have to go through

12   everything. Generally, what did you do?

13       A.    I try to buy stock that I think will

14   go up.

15       Q.    Did you do research into the

16   companies?

17       A.    I am not a researcher, I have a

18   staff that does that. That's the same thing, I

19   did not.

20       Q.    Going back to 2005, who did research

21   for you?

22       A.    I guess Anti and Jordan.

23       Q.    Do you know what they researched?

24       A.    Talking to the guys that ran the

25   companies. Our research was not that rigorous

1                    BENOWITZ

2    back then.  We didn't have the money and

3    intellectual that we do today which is more in

4    depth.

5         Q.    Did you do an analysis of their

6    numbers?

7         A.    We would look at everything a little

8    bit.

9         Q.    Was Greg Morgenweck involved at all

10   in doing those analysis?

11        A.    I don't believe so, not in any

12   significant way that's for sure.

13        Q.    Did you go and visit any of those

14   potential companies?

15        A.    We visited ones we could, yes.

16        Q.    Who was involved with making

17   decisions, other than yourself, as to what to buy,

18   what not to buy?  Who was involved in the final

19   word?

20        A.    Randy would also give his input a

21   lot but I am the final word, as I am still the

22   final word.

23        Q.    Did you have any interaction with

24   Greg, for the Vision hedge fund?

25        A.    What do you mean, interaction?

```
 1                              BENOWITZ

 2           Q.    Yes.  Work, did you have to deal

 3     with him at all?

 4           A.    Not really.

 5           Q.    Did you deal with him at all?

 6           A.    I had to.

 7           Q.    For the Vision hedge fund?

 8                 MR. FISHER:  Work with him?

 9                 MR. SHEA:  Deal with him.

10           Q.    Did you have to deal with him at

11     all?

12           A.    Sometimes I guess I would have to

13     speak to him.  Nothing he specifically did, he was

14     not involved in portfolio management.  He was

15     involved in information.  Randy and David Berger

16     dealt with him more than me.

17           Q.    You already told us that you worked

18     with Greg at Rose Glen and your interaction was

19     mostly socially?

20           A.    Yes.

21           Q.    Did you ever do any type of deals

22     with Greg, any type of business deals with Greg at

23     Rose Glen?

24           A.    I didn't do business deals at Rose

25     Glen, I was a trader.
```

1                          BENOWITZ

2          Q.     Did you ever discuss any type of

3    projects with Greg while you were working with him

4    at Rose Glen?

5          A.     Not that I can recall, it's

6    possible.

7          Q.     I show you what was marked as P7.

8    You don't have to read the whole thing.    I

9    represent to you it is a copy of the answer and

10   counter-claim that was filed on your behalf and

11   behalf of Randy Cohen, Vision Capital Advisors,

12   Vision Opportunity Capital Management to

13   plaintiff's complaint in this matter.   Referring

14   you to paragraph 16.

15                MR. FISHER:  Of the counter-claim?

16                MR. SHEA:  Of the counter-claim.

17         A.     Okay.

18         Q.     Paragraph 16 states, he also refused

19   to deal directly with certain employees of the

20   Vision entities that he needed to in order to

21   perform his job satisfactorily.

22                Do you know what certain employees

23   Greg refused to work with directly?

24         A.     I don't know exactly.

25         Q.     Do you contend that Greg Morgenweck

1                        BENOWITZ

2      left with trading information of the Vision hedge

3      fund that was confidential?

4           A.    I guess. I mean we don't know for a

5      fact, but we strongly suspect that.

6           Q.    What do you suspect he left with?

7           A.    A lot of Randy's quantitative stuff.

8      I don't know for sure if he left with it.  We

9      heard Jim Crombie was marketing a different hedge

10     fund using Randy's theories we discussed.

11          Q.    I am just trying to understand what

12     your basis is for suspecting that Greg left with

13     this information of Randy's?

14          A.    You have to ask Randy, he knows more

15     about it.

16          Q.    Are you aware by anyone saying Greg

17     Morgenweck gave confidential information to Jim

18     Crombie?

19                MR. FISHER:  Objection to form.

20          A.    I don't remember specifically which

21     information it was but we came to believe that.

22                MR. FISHER:  Who came to believe

23          that?

24                THE WITNESS:  Randy and I.

25          Q.    How did you come to believe that?

```
 1                        BENOWITZ

 2          A.      I guess somebody told us about it,

 3     but I don't remember the specific conversation,

 4     Randy may.

 5          Q.      What do you believe someone told

 6     you?

 7          A.      That Crombie was taking Randy's

 8     proprietor theory and marketing them as part of

 9     whatever hedge fund he was doing at that time.. I

10     have a very vague recollection of Randy or

11     Christopher Polk, but it's a very vague

12     recollection.

13          Q.      If I understand, you believe Greg

14     gave information to Crombie?

15          A.      I have a vague recollection.

16          Q.      As you sit here do you have a

17     recollection now Greg is involved with Jim Crombie

18     in having this information?

19          A.      I don't remember exactly, I only

20     have a vague recollection.  The specifics I think

21     Randy would have a more specific recollection.

22          Q.      After Greg left do you have a

23     recollection of anyone from Vision asking Greg

24     Morgenweck that he return any and all confidential

25     proprietary trading information?
```

```
 1                         BENOWITZ

 2         A.      Do I have a recollection of anyone

 3    at Vision asking him for that?

 4         Q.      Yes.

 5         A.      Including me?

 6         Q.      Including yourself.

 7         A.      No.

 8         Q.      Do you know anyone that did?

 9         A.      I don't.

10         Q.      Referring to paragraph 19 of the

11    counter-claim.

12         A.      Okay.

13         Q.      It says, despite repeated demands

14    Morgenweck had not returned any of the

15    confidential information belonging to the Vision

16    entities that was given while performing the

17    contract.

18                 First of all, do you know what

19    confidential information is being discussed in

20    paragraph 19 on the counter-claim?

21         A.      I don't know specifically.  I

22    believe that Randy sent an e-mail about this kind

23    of stuff, but again I didn't.

24         Q.      Who made repeated demands?

25         A.      I am not sure but I think it was
```

1                          BENOWITZ

2    Randy.

3         Q.    Going to paragraph 20 of the

4    counter-claim.

5         A.    Okay.

6         Q.    It says, upon information and belief

7    Morgenweck has kept that confidential information

8    and provided some, if not all of it to another

9    individual who in turn has attempted to extort

10   millions of dollars from the defendants.

11              What information and belief is that

12   paragraph based on?

13        A.    I believe Jim Crombie sent sort of a

14   shakedown letter.

15        Q.    Did he mention Greg's name in that

16   letter?

17        A.    I don't remember.

18        Q.    Did it say Greg provided

19   confidential information?

20        A.    I don't remember.

21        Q.    Are you aware of any instances Greg

22   Morgenweck kept confidential and proprietary

23   information and provided that information of a

24   Vision Entity?

25        A.    Aware of any?

```
 1                          BENOWITZ

 2          Q.    Colleagues.

 3                MR. FISHER:  Other than what you

 4          already testified to.

 5          A.    No.

 6          Q.    As you sit here today --

 7          A.    I don't remember.

 8          Q.    At some point in time Sagamore Hill

 9     and Bloom pulled out of Gargoyle, correct?

10          A.    Yes.

11          Q.    They were the only investors at the

12     time in Gargoyle?

13          A.    I think so.

14          Q.    Did you and Randy ever discuss how

15     Greg would be compensated now that there is no

16     longer an investor in Gargoyle?

17          A.    I don't remember.

18          Q.    Did Greg ever say anything to you

19     about how he would be compensated after Sagamore

20     Hill pulled out of Gargoyle?

21          A.    I don't remember.

22          Q.    Is it your position Greg is not owed

23     any money for the work that he did for Vision

24     entities?

25                MR. FISHER:  Objection to form.
```

1                           BENOWITZ

2          A.      He didn't work for the Vision

3     entities and yes, it is my position that we owe

4     him absolutely nothing.

5          Q.      Why do you say that?

6          A.      We made an explicit deal that was

7     repeated many times, which was a great deal for

8     him, a great deal at the time that he had for

9     doing the systems work that he did.  That he had

10    10 percent of profits from the quant arb project.

11    This was repeated many times to Greg.

12          Q.      In 2005 did you still think it was a

13    good deal for Greg?

14          A.      Yes, the opportunity had it worked

15    out could have earned a ton of money.

16          Q.      The opportunity didn't work out?

17          A.      Opportunities don't work out all the

18    time but if it did it was a deal for Greg, the

19    strategy right now.

20          Q.      Why did you offer him such a great

21    deal?

22          A.      We thought it would be, you make

23    business decisions all the time.  We thought he

24    was better than he was.  We thought he was more

25    dependable than he was.

1                           BENOWITZ

2              Q.     When did you come to the conclusion

3       that he was not as good as he was?

4              A.     Over time in working with him it

5       became clear that he didn't do the things he was

6       supposed to do.  When he did do things they were

7       often sloppy and incorrect.  He was not timely

8       about anything.  He just really was not an

9       upstanding guy, but we learned that over time in

10      working with him.

11             Q.     What do you mean, he was not timely

12      with things?

13             A.     I have a vague recollection of him

14      promising to get things done by a certain point

15      and he did not get it done by a certain time.  You

16      can ask Randy, this is feedback by my operations

17      team so again, it's general.

18             Q.     You also mentioned sloppy.

19             A.     He did things --

20             Q.     Things you already told us about?

21             A.     Yes.

22             Q.     Timely and sloppy that is with

23      regard to his work product, regarding the work he

24      did?

25                    MR. FISHER:  Was criticism of work

1                          BENOWITZ

2              that he did.

3         A.    Criticism of him, the work, the

4    computer program, himself, or him in general?

5         Q.    Not being timely and being sloppy as

6    you described, was that the work that he did

7    either for you or Randy?

8         A.    Yes.  That's my general impression.

9    Randy can give you specifics.

10        Q.    Randy would be the one with

11   information on that?

12        A.    Yes.

13        Q.    He would have been a more reliable

14   person to ask for that information?

15        A.    Yes, more specific person to do so.

16        Q.    What did you mean, he is not an

17   upstanding guy?

18        A.    He was desperate and quick with

19   anger.  In fact sitting here today is making me

20   think he is not an upstanding guy.

21        Q.    Why do you say that?

22        A.    Because this is a completely

23   baseless claim that he is making and you know,

24   that's why.

25        Q.    Why do you say, it's a baseless

```
 1                          BENOWITZ

 2     claim?

 3          A.     This is what I said.

 4                 MR. FISHER:   What you already

 5          testified why he doesn't believe any of the

 6          defendants owe Mr. Morgenweck money.

 7          Q.     Why do you say this is a baseless

 8     claim?

 9          A.     We had an explicit deal.

10          Q.     What you testified to?

11          A.     Yes, what I testified to.

12          Q.     When did you come to the conclusion

13     that he was a desperate individual?

14          A.     I think we all thought he was a

15     little desperate as a human being.  For a minute

16     he was okay and over time he got more desperate.

17                 (Continued on next page to include

18     jurat.)

19

20

21

22

23

24

25
```

1                          BENOWITZ

2

3          Q.    When did you come to the conclusion

4     that he was quick to anger?

5          A.    A half hour after I met him.

6                MR. SHE:   Thank you very much for

7          your time.

8                      (Whereupon, at 2:07 the

9                      examination of this witness was

10                     concluded.)

11

12
                        ADAM BENOWTIZ
13

14
      Subscribed and sworn to before me
15    this    day of          2009.

16

17

18     NOTARY PUBLIC

19

20

21

22

23

24

25

```
 1

 2                                   INDEX

 3   WITNESS                    EXAMINATION BY          PAGE

 4   Adam Benowitz             Mr. Shea                 4

 5

 6
                           PLAINTIFF'S EXHIBITS
 7   NUMBER       DESCRIPTION                          PAGE

 8   8           E-mail dated 8/22/08, 4 pages        115

 9   9           E-mail dated 8/22/05, 3 pages        117

10

11
                    INFORMATION/DOCUMENTS REQUESTED
12   DESCRIPTION                            PAGE      LINE

13                         NONE

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1

 2
                    C E R T I F I C A T E
 3
      STATE OF NEW YORK    )
 4                         :      SS.:
      COUNTY OF QUEENS     )
 5

 6

 7

 8            I, NANCY NASCA, a Notary Public for and

 9    within the State of New York, do hereby certify:

10            That the witness whose examination is

11    hereinbefore set forth was duly sworn and that such

12    examination is a true record of the testimony given

13.   by that witness.

14            I further certify that I am not related

15    to any of the parties to this action by blood or by

16    marriage and that I am in no way interested in the

17    outcome of this matter.

18            IN WITNESS WHEREOF, I have hereunto set

19    my hand this 12th day of January 2009.

20

21

22                              NANCY NASCA

23

24

25
```

WORD
INDEX

**A**
ability 6:8,23
able 14:3 37:9 77:24
above-entitled 1:22
absolute 102:8
absolutely 128:4
accommodate 6:20
account 19:18,24 20:12
  21:13 23:16 28:14
  30:16 45:4 53:15,20
  76:5 115:6 118:5
accountant 32:12
accounting 25:6
accounts 19:13 21:6
  24:4,6,8 55:25
action 1:22 134:15
Adam 1:9,20 7:9 10:17
  64:9 66:8,12 70:23
  115:14 117:24
  132:12 133:4
adamant 43:19
Adam@visicap.com
  106:13
addition 96:13,24 98:6
additional 98:6,13
address 105:25 106:8
  106:14,21 108:11,14
  108:17
advice 104:21
advise 19:24
advising 20:12
Advisors 1:8,11 16:19
  16:22 17:2,17 23:13
  23:17,21 25:4 27:3
  27:13,16 34:14
  109:21,25 110:7
  122:11
affect 6:23 7:3
aggravated 85:14
aggressive 60:11,24
ago 5:2,3 8:7 108:16
agreed 2:5,11,16 55:17
agreement 15:15 24:21
  86:18 87:20 91:6
  92:10,14,17,24
ahead 23:15 113:16
air 29:20
Amber 67:11
amount 48:25 65:5
  92:23,23
analysis 120:5,10
anger 72:19 73:25
  130:19 132:4
angry 72:18 74:25 75:2
  85:18 86:14 99:3,19
  100:20
Annually 14:22
answer 5:17 6:5 17:11
  17:12 40:6 51:3,4
  56:20 76:22 77:25
  82:16 84:22 97:7

104:9,12,14 110:3
  122:9
answered 6:7 46:18
  62:5
answers 5:13 81:18
Anti 80:4,8,13 91:19,21
  94:5,5 116:4 117:25
  119:22
anticipate 6:15
anybody 61:8 75:15
anyway 35:17
Apex 11:6,8,9 12:16
  30:20
apologize 39:20
appears 117:8
apple 59:10
appointment 33:12
appointments 33:10
approach 39:4
approached 48:17 69:7
  77:9
approximation 29:17
  29:23
April 115:9
arb 18:16,18,22 28:11
  34:10 39:21 40:19
  41:5,12 42:2,12 43:2
  43:3,5,16 45:11,14
  45:17,18 47:18,25
  48:18,24 49:5,14
  50:5,17 57:5,9,9,12
  57:15,22,22 58:3,8
  58:15,18,21,25 59:9
  59:22 62:17 64:23
  65:20,25 68:22 69:17
  71:15,15,17 72:11
  74:6,11 75:10 76:9
  76:22 77:21 128:10
arbatrosh 19:10,16
area 11:22 47:24 65:10
Arrow 16:7
Aside 98:8
asked 46:17 62:4 66:3
  69:2,6,12 71:20
asking 5:18 6:3 14:24
  38:13 41:11 58:11
  68:23 69:4 90:19,22
  91:2 97:9,13,15
  118:8 124:23 125:3
Asquit 10:21
assignment 33:18
assistant 23:5
assisted 35:21 43:2
  97:21,24
assisting 22:11
associated 13:19
Associates 14:4,6
  109:21
assume 32:10 49:7,8
asthma 7:6
attach 112:6 116:6

118:3
attachment 116:25
  117:3
attempted 126:9
attention 105:15
attorney 29:19 84:7,16
  104:20 105:10,15
attorneys 3:5,13 82:25
  83:10,16 105:4
audit 87:3 100:7
August 116:3 117:24
available 55:17
Avenue 1:16 3:14
  40:16
aware 74:4 88:8 123:16
  126:21,25
awkward 60:6,10
a.m 1:18

**B**
B 3:16 4:2
back 9:7,8 18:6 62:20
  62:23 82:6 84:11
  103:8 119:20 120:2
background 7:22
backing 13:2
bankrupt 67:15
bankruptcy 66:25
base 26:19 101:11
based 12:3 13:2 21:19
  33:4,6 94:3 126:12
baseless 130:23,25
  131:7
basically 99:3,9 100:25
basing 86:22
basis 93:10 94:10
  100:15 107:15
  116:10,12 123:12
becoming 17:25 30:6
  39:5,14,17 47:17
  50:5,8,10,16 51:23
began 11:13 28:6 64:3
beginning 27:5,7
begins 112:14 114:24
behalf 122:10,11
belief 126:6,11
believe 10:8 11:14 13:7
  13:22 14:4 15:12
  20:21 21:16 24:20,25
  28:23 30:15 34:22
  37:21 45:16 47:19
  48:4 54:8 65:9 78:9
  78:13,18,19,21,23
  85:3,16 86:11 115:5
  120:11 123:21,22,25
  124:5,13 125:22
  126:13 131:5
belligerent 72:18 74:25
  75:2
belonging 125:15
benefit 35:17

benefited 35:20
Benowitz 1:9,21 4:1,9
  5:1 6:1 7:1,9 8:1 9:1
  10:1,17 11:1 12:1
  13:1 14:1 15:1 16:1
  17:1 18:1 19:1 20:1
  21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1
  29:1 30:1 31:1 32:1
  33:1 34:1 35:1 36:1
  37:1 38:1 39:1 40:1
  41:1 42:1 43:1 44:1
  45:1 46:1 47:1 48:1
  49:1 50:1 51:1 52:1
  53:1 54:1 55:1 56:1
  57:1 58:1 59:1 60:1
  61:1 62:1 63:1 64:1
  65:1 66:1 67:1 68:1
  69:1 70:1 71:1 72:1
  73:1 74:1 75:1 76:1
  77:1 78:1 79:1 80:1
  81:1 82:1 83:1 84:1
  85:1 86:1 87:1 88:1
  89:1 90:1 91:1 92:1
  93:1 94:1 95:1,16
  96:1 97:1 98:1 99:1
  100:1 101:1 102:1
  103:1 104:1,18 105:1
  106:1 107:1 108:1
  109:1 110:1 111:1
  112:1 113:1 114:1
  115:1 116:1 117:1,25
  118:1 119:1 120:1
  121:1 122:1 123:1
  124:1 125:1 126:1
  127:1 128:1 129:1
  130:1 131:1 132:1
  133:4
BENOWTIZ 132:12
Berger 53:4,6 56:25
  61:12,13,17,23,25
  79:5,25 80:19 91:16
  93:16,19,22 109:11
  109:18 110:8,14
  116:5 118:2 121:15
Berkley 7:23 8:3
best 6:7 9:13 29:12,13
  68:25 69:5 86:19
better 31:25 102:22
  128:24
big 43:18 58:22 84:12
  105:12
bills 19:12,15 31:13
  67:25
bit 12:16 99:18 111:16
  120:8
bite 59:10
black 13:3
blame 103:3
blamed 99:5 103:2
blood 134:15

benefited 35:20
Bloom 16:12 17:3
  18:11,15,15 25:12,19
  26:9,11,15 57:5
  127:9
Bloomberg 107:12,16
  108:4
blowup 97:9,11,16,16
bonus 12:2 33:2,3 94:2
  94:3,12,12
Boston 26:10
Boulevard 3:6
box 13:3
boy 58:22
break 6:18 48:13 71:7
  71:21 95:12
breaks 6:17,17
brief 8:18 48:15 71:9
  85:13 95:14
briefly 10:3
bring 100:2
broke 31:4 36:16,17
  66:23,24 67:13
broker 4:25
Brooklyn 1:27
brought 4:12 5:6
BSJ 1:9
built 89:5,18
bunch 38:2 85:16
  86:24 105:8
business 15:18 27:4
  42:13,20 82:7 114:24
  115:10,13 121:22,24
  128:23
BUTZEL 3:12
buy 119:4,13 120:17,18

**C**
C 3:2 134:2,2
cabinet 82:7
California 7:23
call 19:14 20:24 39:13
  42:4 60:14 65:3 82:9
  82:9,12
called 4:2 11:6 16:19
  16:21 17:24 18:16
  82:11 111:17
calls 104:10
cap 42:20 106:16,17,18
  108:18
Capital 1:8,9,11,12
  11:6,7,8 12:16 16:19
  16:22 17:2,17 23:12
  23:17,21 25:4 27:3
  27:13,16 28:19 30:20
  34:14 109:21,24
  110:6 111:24 122:11
  122:12
caps 42:4
card 67:15
care 5:8 22:21 102:14
  career 83:7,14

case 4:23 70:17 84:24
88:18 92:5
caused 100:6
cc'd 116:4 117:25
certain 48:25 70:7
93:22 111:12 122:19
122:22 129:14,15
certainly 57:3
certainty 82:23
certification 2:8
certified 9:17
certify 134:9,14
characterize 113:19
charge 79:22
chart 117:8
check 47:9 94:4 108:23
Chicago 26:12
childhood 34:5
chill 74:3
choose 48:3
Chris 11:10,11,12
Christopher 25:20
26:12 47:19 124:11
circumstances 12:23
City 40:15 87:17
claim 4:24 89:3,12
130:23 131:2,8
claimed 88:25 89:5,9
90:5
claiming 88:23 89:8,18
90:12,15
clarify 6:4 17:14 18:11
37:24
classes 7:24 8:5,7 9:16
33:20
classify 77:13
clear 42:14,17,21,22
43:7,8,10,20,21,23
44:3 45:9,13 46:2
51:13 53:1 64:2,21
64:25 66:4 75:2
98:21 129:5
clearly 39:23 42:10
43:14 68:14
clerk 9:4,6,12
closing 86:17,18
club 115:11
Cohen 1:9 4:12 115:2,3
122:11
Colleagues 127:2
collective 28:20 43:4
87:9 91:14
collectively 86:15 87:7
college 8:13
come 16:24 19:7 49:21
66:8 72:25 73:2
101:19 102:2 114:11
123:25 129:2 131:12
132:3
comes 42:5 96:20
coming 8:12 82:19

communicate 62:18
70:5 95:17
communicated 39:12
63:13
communicating 88:8
communication 57:14
71:2 98:22,22,24
communications 70:22
96:12 97:8
companies 36:18,20
42:9 95:20 119:16,25
120:14
company 10:13,16
16:19,21 17:16,21
23:16,21 28:19 72:6
80:24 109:20
compensate 57:21
compensated 14:15,18
24:10,13 31:9,10
32:21 45:15,20 53:22
55:13,15 57:15 65:2
80:24 127:15,19
compensation 22:4
24:21 25:13 31:19
32:7,25 40:25 41:14
41:19 42:11 45:10,14
47:5 55:24 81:15,18
90:13 94:11
complain 63:14,22
66:15
complained 63:4,8,20
63:24 64:5 65:16
complaining 44:19
64:4 65:15 66:19
90:17 100:24
complaint 66:4 122:13
complaints 63:11,19
65:23 68:4 71:12
complete 89:6 99:9
completed 8:8
completely 42:14,17
43:21 66:23 101:3
130:22
complicated 76:19,21
76:23,25 119:10
complies 112:16
comprised 28:22
computer 34:25 35:2,4
47:15 56:8,9 61:7,21
61:24 73:7 97:18
107:4,10 108:5,7,10
109:5 117:3 130:4
computers 48:10
conceivable 56:22
108:21
concept 13:23,24 20:8
20:9,11 30:12
concluded 132:10
conclusion 129:2
131:12 132:3
confidential 123:3,17

124:24 125:15,19
126:7,19,22
conflict 74:15,20
confused 18:7 43:15
44:6
Connecticut 26:11
consensus 64:12
consider 64:17 90:5
considered 52:25
consistent 63:25
constant 28:8 65:17
constantly 28:3 63:4,8
consultant 55:10 78:24
78:25 97:24
consultants 20:23 55:9
55:12
consulted 74:6 91:13
consulting 27:4 53:14
contact 104:6
contacted 104:6,7
contemplated 42:20
contend 122:25
continue 15:21,24
Continued 131:17
continues 115:13
contract 12:6 78:17,20
93:20 94:6 125:17
contractor 97:20,23
control 60:7,8 73:25
controlitive 14:13
conversation 42:7
46:12 70:18 82:4
83:13 96:3,9,23
102:8,20 104:24
124:3
conversations 38:2
40:7,10 41:14,19
42:16 43:20 52:11
57:20 73:15,19
102:17 104:17,18
110:21
convince 24:6
coordinate 24:2
copies 109:8 110:17
copy 109:17 110:5
117:2 122:9
Corporation 111:9
correct 16:19 28:24
29:8 33:15 34:6 51:6
53:21 54:24 55:2
64:15 77:3 79:16,17
80:14 81:22 109:22
110:2 115:4,6 127:9
counsel 2:6 6:18 70:23
Counterclaim 1:13,15
counter-claim 84:23
122:10,15,16 125:11
125:20 126:4
COUNTY 134:4
couple 4:12 6:16 82:3
106:15

course 16:23 43:16
court 1:4,27 2:20 5:10
5:13,15,21,23,25
62:23
courtesy 5:18
cover 31:13
crazy 74:24 114:2,3,6,8
create 117:17
creating 117:13
credit 67:14
criticism 129:25 130:3
Crombie 20:19 22:14
22:15 24:10 78:2,11
78:17 123:9,18 124:7
124:14,17 126:13
Cryptic 110:25 111:2
current 71:16
currently 6:22 7:10
custom 107:17
cut 14:19 21:7 24:15,16
41:8 100:11
CV 1:8

D

D 2:2 4:2 19:13 42:4
111:14,15
daily 62:7,10 93:10
100:14 107:15 116:9
Dallas 82:8
database 117:13
date 1:18 29:13 115:25
117:22
dated 112:20 115:8
116:3 117:23 133:8,9
Dave 111:15
David 7:9 53:4,6 56:25
61:13,16,23,25 79:5
79:25 80:18 91:16
93:16,19,22 102:25
109:11,18 110:8,13
116:4 118:2 121:15
day 11:14,17 61:19
107:12,18,24 118:18
132:15 134:19
deal 20:25 24:5 25:11
25:11 39:11 41:8
43:5 44:4 45:9 46:24
47:11 64:21,25 68:14
70:11 71:6 86:11
99:13 121:2,5,9,10
122:19 128:6,7,8,13
128:18,21 131:9
deals 20:19 21:3,6
22:17,18 24:8 31:17
78:12 121:21,22,24
dealt 121:16
debit 66:22
debt 67:12,15,17
decade 10:2
December 1:18

decided 15:24 19:12
55:20 86:15 87:7
decision 87:9,13,16
88:2 91:15 119:3,6,8
decisions 120:17
128:23
Defendant 1:15
defendants 1:10,21
3:13 126:10 131:6
defer 81:9
defines 60:9
definitely 65:11,12
degree 7:25 8:2 61:17
demand 99:16
demanding 100:24
101:8
demands 125:13,24
dentist 111:6
dependable 128:25
deposed 4:14
deposition 2:9,17 6:15
51:15 53:13 82:19
83:12,19,19,22,25
84:4,9,14 112:7
depth 120:4
describe 72:17 77:5
113:18
described 27:4 87:18
97:18 130:6
DESCRIPTION 133:7
133:12
desperate 44:7,17
68:13,15 130:18
131:13,15,16
despite 125:13
detail 116:7
details 83:7,17 105:7
developing 93:2
differed 76:8
difference 77:17,20
different 9:20 27:8
35:24 36:18,19 43:9
53:19 55:10 76:12,14
76:15,16 109:24
123:9
difficult 5:21 15:23
72:16,17 73:16,20,22
86:14
difficulties 95:9
directly 122:19,23
disagreement 74:13
disclose 104:10
discuss 18:25 27:24
38:25 40:14 45:5
73:21 95:23 105:7
122:2 127:14
discussed 28:2,3 49:15
49:16,18 68:21 80:16
83:17 96:12 105:5
123:10 125:19
discussing 18:22 19:6

28:5 34:14 45:3 49:4
57:24 73:22
**discussion** 40:18 41:6
112:18
**discussions** 19:4 28:5,8
38:6,12,17,22 39:25
40:3 41:10 42:5
45:19,21 46:14 50:4
50:7,10 51:22 52:7
52:12 57:13,25
**disgusted** 98:23 99:2,7
100:21 101:9
**DISTRICT** 1:4,4
**division** 61:20
**divorce** 7:17
**document** 84:6,15,17
84:19,22 114:21
115:8,23 116:7,9,9
117:20 118:6,8,10
**documents** 84:4,13
105:15 107:2 108:24
**doing** 19:6 30:21 34:24
35:21 38:8 42:20
43:11 46:4 48:5 56:6
59:16 61:5,8 64:18
65:13 69:7,22 70:15
72:15 77:9 95:18
107:14 120:10 124:9
128:9
**dollar** 92:23
**dollars** 126:10
**doubt** 105:11
**Doubtful** 117:5
**draw** 55:18 111:20
**duly** 4:3 134:11
**duties** 9:6

**E**

**E** 2:2,2 3:2,2 4:2 134:2
134:2
**earlier** 4:10
**early** 15:22 16:15,16
16:25 17:23 85:6
94:25,25
**earned** 128:15
**ease** 5:15
**East** 7:11
**editorializing** 99:18
**educational** 7:22
**eek** 67:19
**eeked** 67:18
**effect** 2:19 5:24
**efficient** 6:14
**Eisenberg** 32:12
109:10
**Eisengerg** 115:4
**either** 49:25 63:17 74:6
76:2 91:25 130:7
**employed** 81:14 93:16
94:21
**employee** 32:17 55:7

**64:12 78:25 79:21**
**employees** 22:12 23:2
31:20 51:25 52:14
53:2 81:2,7 122:19
122:22
**employment** 93:20
103:15 110:22
**ended** 79:16 90:22
**entail** 9:7
**enter** 92:14,17
**enterprise** 28:6 43:12
44:21 45:23
**enterprises** 43:9
**entire** 89:18
**entities** 4:13 27:19
95:18,21 110:11
122:20 125:16
127:24 128:3
**entity** 15:18 26:13
27:18 51:17 53:14
64:22 80:24 111:12
126:24
**ERIC** 3:16
**erratic** 86:10
**ESQ** 3:8,16
**ESQS** 3:12
**established** 30:20
**estimate** 29:14 58:20
**estimation** 29:17
**eventually** 16:10 22:12
27:12 39:19 41:13
45:8
**Everybody** 80:10
**exact** 61:19 72:25 73:3
76:11 86:12
**exactly** 16:14 30:4
44:12 46:23 47:9,15
54:8 61:19 68:9
69:10 71:24 73:13
77:7 79:20 85:19
87:15,25 92:15 94:20
104:14 122:24
124:19
**examination** 1:20 4:7
132:9 133:3 134:10
134:12
**examined** 4:5
**Exchange** 9:5
**exchanged** 86:16 105:9
**excited** 59:9,10,12,13
114:7
**exclude** 104:12
**exhibit** 114:20 115:24
116:18 117:9,21
**EXHIBITS** 133:6
**existence** 105:8
**exists** 83:6
**expenses** 114:25
115:10,11
**expert** 86:25
**expertise** 65:10

**explained** 46:11
**explicit** 128:6 131:9
**express** 69:24 70:12
**expressed** 70:19
**extent** 24:2 82:24 83:20
**extort** 126:9
**ex-wife** 7:20
**eye** 106:6
**e-mail** 39:13 105:12,25
106:8,21 108:11,14
108:17,18,20,23
112:20,22 114:25
116:2,25 117:2,23
125:22 133:8,9
**e-mailer** 106:4
**e-mails** 85:16 86:17
105:9,12,22 106:25
108:6

**F**

**F** 2:2 134:2
**face-to-face** 50:15
**fact** 28:7 66:6 101:15
115:12 123:5 130:19
**fair** 36:6 103:6
**familiar** 51:9
**family** 68:19
**far** 18:22 30:19 39:24
106:25,25
**father** 8:17 111:5
**fault** 99:6 103:3
**favor** 48:5 64:24 65:6,8
77:14 99:8 103:7,8
**fear** 114:9
**fearful** 59:8
**feedback** 129:16
**feel** 46:19
**feeling** 60:21,22 73:14
75:7 90:9 102:20
104:2
**fees** 21:9 54:25
**felt** 38:4 99:14,17
101:2
**field** 47:24
**file** 109:12,19
**filed** 66:25 84:23 98:20
110:6,10 122:10
**filing** 2:7
**final** 119:3 120:18,21
120:22
**finance** 80:11
**finances** 22:21 79:22
80:7
**financial** 8:20
**find** 107:13
**fine** 29:18
**finish** 5:16,19,20 56:19
60:18 81:11
**firm** 12:12
**first** 4:3 8:12,15,19
11:14,17 22:13 30:20

**30:22 32:17 34:9,13**
34:19,22 36:15 42:19
46:12,13 57:4 59:10
60:13 63:2,18,22
65:14,19 68:21 69:7
76:21 94:23 104:3,15
110:6 114:6 116:23
117:9 125:18
**FISHER** 3:16 9:13
13:5 14:24 16:20
17:4,8 18:3 20:11
22:16 23:4,18 24:14
27:14 28:10 29:12
30:14 37:3,17 39:15
39:17 41:2 43:25
44:16,22 45:2,24
46:5,17,21 48:12
51:2,16 52:6 53:11
53:18 55:19 56:19
57:17 58:16 59:2
62:4,20,24 64:7
70:22 72:13 74:8,12
74:15 76:4 78:5
81:11 82:16 84:21
88:10 91:9 95:13
97:11 98:8 104:9,19
105:25 112:8,17
115:15 116:15,23
117:7 121:8 122:15
123:19,22 127:3,25
129:25 131:4
**flat** 66:23
**floor** 3:14 9:4 10:11,18
10:19 111:16
**follows** 4:5
**force** 2:18
**forgot** 40:6 76:3 85:19
**form** 2:12 16:20 17:4
18:3 22:16 23:4,18
27:14 30:14 31:19
37:17 39:15 43:25
44:16,22 45:24 55:19
57:17 58:16 62:24
66:5 72:13 74:8 78:5
88:10 123:19 127:25
**formally** 41:11
**formation** 18:21,23
20:4 30:12 51:12
55:22
**formed** 17:22 18:20,24
18:24 29:7 30:6
31:23 36:18 51:18
52:13,15
**forming** 27:24 30:2,12
30:17,18 34:14
**forms** 28:4 32:24 55:11
**formula** 94:13
**formulating** 91:6
**forth** 116:18,20 134:11
**forwarded** 105:15
**found** 43:5 90:6

**foundation** 88:11
**four** 115:23
**frame** 26:20
**Fraser** 23:7,9 32:17,20
80:18 81:20 116:4
117:25
**Fridays** 40:13
**friend** 111:5
**friends** 34:6
**front** 118:8
**fulfill** 86:19
**full** 7:7
**function** 24:7,9 35:15
**fund** 11:6 13:2,20 14:9
14:16 15:2,21 17:25
18:4,10,12,14 24:7
27:10,24 28:11,14,15
28:21,22,23 29:3,7
29:24 30:3,12,13,17
30:19 34:10 37:20
51:6,12,13,14,17,24
52:8,13,15,20,23
53:7,16,23 54:16,18
55:7,8,16,22 70:3,8
70:14 72:8,12 74:7
75:17,25 77:3,6,10
77:18,22 79:3,19,23
81:3,5 86:24 88:5,9
88:14 90:24 91:3
93:3 94:24 97:25
102:6 106:19 107:14
110:11 111:20 116:5
118:2,11,24,25
120:24 121:7 123:3
123:10 124:9
**funds** 12:17,18 15:4
28:20 55:4
**furniture** 26:4
**further** 21:11,16 134:14
**future** 19:11

**G**

**G** 111:14,15
**gains** 54:23
**games** 107:6
**Gargoyle** 18:5,19,20
25:7,14,18 26:7,15
37:15,23 39:5,14,18
39:22 40:4 41:13
42:18,24,25 45:11,21
46:4 47:5,8,10,14
65:9,12,14,21 69:15
69:19 74:6 75:10,13
76:8 77:21 95:17,20
112:3 127:9,12,16,20
**Gargoyle's** 96:24
**general** 15:23 26:20
40:14 41:24 50:10
57:25 59:14 60:20,22
65:22 66:3 68:10
73:14,19 74:23 75:7

88:21,22 90:9,11
92:11 96:22 97:3,4
97:14 102:19,19,20
103:16,22,24 108:19
113:2,4,9,10 114:2
129:17 130:4,8
**generally** 41:18,20
66:15 83:5 88:19
99:7 101:9 119:12
**generate** 62:3,7
**generated** 56:12,14
**generating** 62:10,13
93:2
**George** 111:15
**gestures** 5:13
**getting** 11:24 13:17
14:15,18 31:16 34:22
38:13,22 40:19 45:5
45:22 46:3 65:2 88:4
88:9 91:3 93:14
94:19 103:10 104:21
110:17 116:13,21
**gig** 48:5
**Gill** 20:19 22:14,15
24:10 78:3,10,17
**girl** 11:12
**girlfriend** 83:11
**gist** 38:2 58:4 102:20
**give** 5:17 19:25 43:5
58:13,20,24 66:17
120:20 130:9
**given** 23:16 125:16
134:12
**Glen** 1:7,13,20,25
12:6,11,20 34:23,24
35:6,13,16,21 36:2,7
36:10,14,15,16,17,21
37:5,9,11 44:18
48:21 49:12 60:15,19
63:21 64:6 121:18,23
121:25 122:4
**go** 5:9 8:10,13 10:10
18:6 24:6 40:13
83:12,23 84:11 89:13
103:14 113:13,16
114:10 119:5,7,11,14
120:13
**God** 48:10
**goes** 113:22
**going** 4:13 6:6,12,13
8:13 17:9,12 19:17
23:20 26:22 31:10
38:7 41:23 43:22
44:6,20,24 45:10,15
45:16,20 47:7 54:19
55:3 59:4 69:25
99:20 107:13,22
112:6 114:19,23
119:20 126:3
**good** 4:9 59:24 60:9
84:6 128:13 129:3

**graduated** 8:17
**great** 24:2 82:24 128:7
128:8,20
**greedy** 99:5,11
**Greg** 13:17 26:10
34:19 35:7,9,10
36:10,23 37:2,8,13
37:19,22 38:6,13,13
38:22 39:4,13 40:3,7
40:13,18,21 41:7
43:21 44:5,7,17 45:5
45:19 46:23 47:11,13
47:17,21,23 48:3,17
48:20,23 49:4,5,9
50:4,4 56:3 57:4,8,14
57:21 58:7,13 59:7
59:21 60:10 61:2,9
61:17,21 62:2,3,10
62:12,18 63:4,8,25
64:15,17 65:14,16
66:7 68:12,21 69:7
69:24 70:5,12,19,23
71:2,3,11,14 72:10
73:16,20 74:5,10
76:7 77:2,9,17,21
85:2,21 86:2,5,9,19
87:10 88:4,7,13,23
88:25 89:5,18 90:5
90:12,16,19,22 91:2
91:6 92:9,9 93:2 95:3
95:6,9,16 96:8,13,23
97:8,13,15,17,25
98:4,5,13 100:14,21
102:16,18 104:24
110:22 112:2 113:4
113:11,17 114:3,5,9
114:11,13 116:2,10
117:17,23 118:10
120:9,24 121:18,22
121:22 122:3,23,25
123:12,16 124:13,17
124:22,23 126:18,21
127:15,18,22 128:11
128:13,18
**Gregory** 1:5,15 4:11
25:21
**Greg's** 42:10 47:7 68:4
71:20 75:10,16 79:15
92:20 95:24 113:3
126:15
**gross** 79:6,9,12
**ground** 19:16
**guess** 18:19 19:2 22:23
24:2,3,7 26:22,25
27:2,5 28:13 29:22
33:19 41:24 48:6
50:13 52:24 61:12,15
65:11 97:7 101:2,12
101:13,14 110:12
119:22 121:12 123:4
124:2

**guest** 33:11,23 34:2
**gunman** 88:24 113:12
113:18,22
**guy** 74:24,24,25 89:23
129:9 130:17,20
**guys** 13:19 20:18 32:2
119:24

**H**

**half** 11:3 113:7 132:5
**hand** 5:13 24:5 39:11
134:19
**handed** 47:11
**handles** 19:21 78:14
**handsomely** 115:13
**hangout** 37:6
**happen** 59:5
**happy** 6:20
**hard** 86:11 117:2
**Harvard** 33:22 34:3
**Head** 11:21
**hear** 85:15
**heard** 123:9
**hedge** 11:5 12:17,18
13:2,20 14:9,16 15:2
15:4,20 17:25 18:4,9
18:12,13 27:10,24
28:11,14,20 29:3,7
29:24 30:2,12,13,17
30:19 34:10 37:20
51:6,12,13,14,23
52:14,20,23 53:7,16
53:23 54:16,18 55:4
55:7,8,16,22 70:3,8
70:14 72:7,12 74:7
75:17,25 77:3,6,10
77:18,22 79:3,19,23
81:3,5 86:24 88:5,9
88:14 90:24 91:3
93:3 94:24 97:25
102:6 106:19 107:14
110:10 111:20
118:10,23,25 120:24
121:7 123:2,9 124:9
**held** 1:23 112:18
**help** 26:3 45:11 64:24
73:5 112:9
**helped** 25:9,10,11
**helps** 94:18,18
**hereinbefore** 134:11
**hereto** 2:7
**hereunto** 134:18
**high** 8:10,11 26:24
**Hill** 16:12,17 17:3,25
18:9 26:15 36:22,23
44:18 103:13 127:8
127:20
**hired** 11:19 51:25
**hiring** 32:18
**Holdings** 102:3,5,18
**hole** 99:9

**home** 107:4,5,21 108:3
108:5,7,10,23 109:5
**Honestly** 63:20 99:8
**hour** 95:12 132:5
**hours** 6:16 69:14,21
**house** 7:21 67:3,5,8,10
68:19
**human** 131:15
**hundred** 25:16 87:21
91:11 118:5,14
**hung** 36:11

**I**

**idea** 13:9 14:5 16:4
23:12 27:24 45:4
58:24 59:4 68:10
92:16,19,20 110:19
112:4
**ideas** 39:2
**identification** 115:25
117:22
**imagine** 52:10 68:8
76:10,11,13,22 77:12
87:10
**immediately** 70:10,16
71:5 88:18
**important** 5:12 6:2,5
93:15
**impossible** 86:15
**impression** 87:12
101:15 103:11,12,15
103:16,19 130:8
**inaccurate** 51:3
**inception** 22:15,19,22
22:23,25
**incident** 27:10
**inclination** 58:14 86:8
**include** 131:17
**including** 98:17,18,25
125:5,6
**inclusive** 72:23
**income** 79:6,9,12
**incorrect** 28:17 129:7
**increasingly** 86:10
**independent** 10:11
**INDEX** 133:2
**indicated** 115:3
**indicates** 115:12
**indicating** 116:14,22
117:6,8
**individual** 72:2 73:18
115:2 126:9 131:13
**information** 87:5
104:11 118:15,19
121:15 123:2,13,17
123:21 124:14,18,25
125:15,19 126:6,7,11
126:19,23,23 130:11
130:14
**INFORMATION/D...**
133:11

**initial** 76:21
**initially** 31:22
**input** 9:8 120:20
**inside** 14:11
**install** 73:6
**instance** 88:17
**instances** 126:21
**instruct** 17:11
**instruction** 29:16
**instructions** 5:10 6:10
**intellectual** 120:3
**intend** 104:16
**interact** 35:6,8
**interaction** 36:9 37:8
95:3 120:23,25
121:18
**interested** 19:10
134:16
**introduced** 4:10
**Investments** 8:22
**investor** 26:19 75:23
75:24 127:16
**investors** 127:11
**involve** 5:8
**involved** 13:13,14,18
14:7 16:18,18 17:25
18:9 19:3,5 20:4,9
22:10 25:18 27:17
31:16 34:17 37:19,22
38:13,14,22 39:5,7
39:14,17,19 40:19
41:4,12 45:5 47:17
47:24 49:14 50:5,8
50:10,16 51:11,23
52:3,4 57:5 59:21
61:24 62:13 75:12
79:25 80:6 91:5,9,10
91:16,17 103:10
105:16 110:16
117:12 120:9,16,18
121:14,15 124:17
**involvement** 12:17
26:23
**involving** 37:20
**in-between** 16:16 19:20
**in-house** 104:20
**issue** 72:10 74:12,14
87:5
**issues** 72:15 74:4,10
75:10,15 95:6

**J**

**Jaguar** 14:21
**January** 11:14,17,18
73:8 91:7 134:19
**Jeff** 78:22,23
**Jenkintown** 10:23
**JFK** 3:6
**Jim** 20:19 31:15 78:2
78:11,17 123:9,17
124:17 126:13

**job** 8:12,14,15,19,22
  9:2 11:4 16:6 34:9
  35:21 44:18 71:17
  79:3 100:14 122:21
**jobs** 34:8
**Joe** 20:19 31:15 78:3
  78:10,17
**John** 3:8 4:10
**joke** 89:21
**Jonathan** 94:14
**Jordan** 23:6,7,9 31:24
  32:17,20 52:19 53:3
  80:18 81:20,24 82:2
  82:9,18,21 116:4
  117:25 119:22
**jumped** 23:15
**June** 29:7,11,13,25
  51:18
**jurat** 131:18

**K**
**keep** 5:12,14 6:14
**Kelly** 49:10,13 50:2,8
  50:16,24
**KENT** 3:4
**kept** 126:7,22
**key** 100:25
**kick** 38:25
**kind** 19:14 23:23 26:4
  36:16,25 39:10 40:2
  56:23 68:20 71:23
  87:19 88:24 113:11
  125:22
**Kingswood** 40:16
**Kish** 75:22,22,24
**kitchen** 82:7
**knew** 38:6 48:4,6
  103:17
**know** 5:4,6,7,19 6:4,12
  6:18,19 11:2 14:12
  15:14,17 16:21 17:5
  17:6,16,22 18:4,14
  20:24 21:11 23:9,11
  24:16,18 26:8,17
  28:17,25 29:3,23,25
  30:21,23 31:2,4,24
  31:25 32:2,3,6,15,20
  33:3,6 34:5,13,16,23
  35:19 36:3,6 37:7
  38:5,17,25 39:2,12
  40:5,9,11 45:21,25
  47:6,13,22,23 48:7,9
  48:10 49:10,24 50:2
  50:9 52:20,25 53:4
  54:4,8,9,12,18 55:12
  56:9,12 57:9 59:15
  60:10 61:18,23 62:8
  62:9 63:18 66:16
  68:15,17 69:14,21
  72:6 74:10,19,24
  75:20 76:2,7,10,15

76:17,18,20,23 77:7
  77:16,19,20,23 79:6
  79:9,12,18 80:8,23
  81:2,7,17 83:5,18,18
  83:25 84:18 85:18
  86:16 87:2,13,16,24
  89:4,10 91:23 92:2
  92:16,19 94:19,23
  95:2,5,8 97:22 99:8
  99:14,16,17 100:13
  100:19 101:13
  102:23,24 103:12,16
  104:14,23 106:3,24
  107:3,8 108:19
  109:14 110:16 111:3
  111:8,17,19,23,25
  112:2,11 113:5,8
  114:13,16 115:16,19
  115:20,20 116:12,13
  117:12 119:23
  122:22,24 123:4,8
  125:8,18,21 130:23
**knowing** 89:2
**knowledge** 68:25 69:5
  117:16
**known** 29:3 63:12
  65:21
**knows** 29:2 58:23
  123:14

**L**
**L** 2:2,2
**labor** 61:20
**Lack** 88:11
**lap** 107:7
**late** 14:8 19:2 26:22
  85:6
**law** 3:4 5:25
**lawsuit** 4:11,18 82:22
  83:2,9,15 98:9,17,20
  103:9 104:4,20,25
  105:5,7,10,14 109:6
**lawyers** 20:5 27:21
  29:4
**Lazar** 78:22,23
**lead** 91:23
**learn** 98:5,12,16
  101:19 102:2 104:3
**learned** 104:11,15
  129:9
**leave** 19:21
**lecture** 33:23
**lectured** 33:19
**led** 30:11 85:20,25 86:3
**left** 10:8 85:14 98:4
  100:18 102:16 123:2
  123:6,8,12 124:22
**legal** 19:2 20:28:25 51:10
  64:12 78:14 80:11
  104:21,21
**legalities** 27:11

**legality** 51:9
**legally** 29:7 30:6 64:11
  64:14
**letter** 126:14,16
**Let's** 48:12
**level** 32:2
**Limited** 28:24
**Lindy** 11:10,11
**line** 40:15 45:25 57:6
  101:3 133:12
**Lisa** 104:7,8,11,24
**list** 72:23
**little** 12:15 26:23 60:6
  99:15,18 111:16
  120:7 131:15
**live** 7:14
**lived** 26:10
**lives** 7:20
**living** 21:14
**LLC** 1:8,9,11,12 17:18
**LLP** 17:18
**located** 67:10
**location** 26:6,9
**lone** 88:24 113:12,17
  113:22
**long** 3:12 5:2 6:12,19
  7:12 8:7 10:6,24
  12:11 15:20 84:2
  100:14 106:14 107:9
  108:16 114:5
**longer** 30:19 79:4
  81:20 127:16
**look** 59:6 107:12,16,18
  107:20 108:3 109:4
  114:21 117:5 118:17
  118:19 120:7
**looked** 16:3 43:16,17
  84:5,15 117:4 118:21
**looking** 93:6 117:2
**lot** 13:10 14:13 20:14
  25:8 36:11 38:25
  39:25 57:2 66:14,16
  72:19 101:13 102:14
  102:21 113:4 120:21
  123:7
**lots** 88:25 94:18
**lot's** 38:7
**lower** 32:2
**LP** 15:18
**luck** 59:20
**lucky** 59:20

**M**
**m** 4:2 13:6
**Madison** 1:16 3:14
**mail** 108:10 114:14
**mails** 106:7
**main** 19:9 24:7,9
**maintain** 110:20
**maintenance** 54:25
  67:24,24

**making** 43:21 57:10
  63:19 64:11 66:18,19
  113:15 119:5,7
  120:16 130:19,23
**Mall** 40:14
**manage** 19:13,24 21:5
  28:13 45:4 111:11
**managed** 23:16 24:4,6
  24:8 30:16 53:20
  55:25 76:5
**management** 1:9,12
  14:4,6 28:19 53:15
  121:14 122:12
**managing** 19:18 20:12
**mark** 112:6
**marked** 112:5 114:20
  115:22,24 117:19,21
  122:7
**marketing** 123:9 124:8
**marriage** 134:16
**married** 7:16 67:21
**Marsh** 8:11
**Master** 28:21,22
**masters** 7:24 9:15
**matter** 5:4 122:13
  134:17
**Maureen** 49:10,13,24
  50:2,8,16,24
**MBA** 7:24 8:5,7
**McBRIDE** 3:4
**mean** 19:23 20:15
  27:15 28:3 35:3,9,23
  36:3 46:9 52:3 58:2
  58:19 60:8 64:10
  66:10 74:13 96:8
  100:11,22 105:6
  113:18,21,25 120:25
  123:4 129:11 130:16
**meaning** 52:5
**means** 17:7 58:23
  113:5
**meant** 114:13,17
**medication** 6:23 7:2
**medications** 7:5
**meet** 34:19 40:15 49:9
**meeting** 49:7 87:17
**meetings** 49:4 50:3,15
  50:24
**membership** 115:12
**memory** 7:3
**men** 113:23
**mention** 126:15
**mentioned** 9:16 90:7
  129:18
**met** 34:21 40:13 50:19
  65:18 114:6 132:5
**Micro** 33:25
**mid** 12:12 16:14 36:17
**middle** 16:17
**millions** 126:10
**minute** 131:15

**minutes** 85:13
**mistake** 103:4
**mistakes** 100:6
**mistery** 111:6,7
**Mo** 49:10,24
**Monday** 116:3 117:24
**money** 14:5 15:24
  19:25 20:2 21:4,6,7,8
  22:8 24:4 31:9,12
  44:8,17,19 48:25
  54:3 57:10 58:2,3,5
  59:15,18 62:19 63:5
  63:9,14,16,17,17
  64:6 65:15,17,24
  66:5,7,9,13,17,18,20
  67:14,16 68:5,16,17
  68:18 95:24 96:13,24
  97:10,14,15 99:12,16
  101:7,8 113:15 120:2
  127:23 128:15 131:6
**monies** 98:6,13
**months** 82:3
**Morgenweck** 1:5,15
  4:11 25:21 34:20
  95:3 97:25 98:13
  104:25 110:22 112:2
  116:2,10 117:17
  118:10 120:9 122:25
  123:17 124:24
  125:14 126:7,22
  131:6
**Morgenweck's** 91:7
**morning** 4:9
**mortgages** 67:7
**mortgaging** 67:5
**move** 6:13 26:4 82:6
**moved** 79:2
**moving** 6:15
**multiple** 108:22
**Municipal** 10:19
**MUNY** 10:4

**N**
**N** 2:2 3:2 4:2
**name** 4:10 5:4 7:8
  10:15 13:19 14:10,12
  18:8,18 23:16,22
  40:4 76:4 111:7
  115:2 126:15
**named** 23:6
**names** 111:12
**Nancy** 1:24 134:8,22
**Nasca** 1:24 134:8,22
**NASD** 4:24
**nature** 65:22 71:13
**necessary** 101:17,24
  102:3,11
**necessity** 102:8,17
**need** 6:18 46:19 62:19
  63:16 66:9,13 112:8
  112:14 118:16

**needed** 19:12 23:24
25:10 27:21 38:4
48:5,24 63:5,9 68:16
68:17,18 101:7
122:20
**needing** 65:15,16 68:4
**negotiating** 91:22
**negotiations** 91:24 92:8
92:22
**net** 21:25 30:23 32:3
33:6 46:3 54:16 55:4
57:16,22 58:9,25
70:2,7 78:4,8,11 81:4
81:14,16 90:23 93:23
96:24
**never** 7:25 8:8 35:10
57:15,22 65:18 73:7
86:5 87:23 107:22,23
108:4
**New** 1:4,17,19,25 3:15
3:15 4:7 11 72:25
82:6 85:11 87:17
134:3,9
**night** 83:12,14
**Nods** 5:13
**Normally** 92:4
**Notary** 1:24 2:18 4:3
132:18 134:8
**notes** 101:17
**notice** 1:23 60:13
**novel** 111:6
**NUMBER** 133:7
**numbers** 120:6
**numerous** 43:20 44:13
46:20
**NY** 1:27

**O**

**o** 2:2 4:2 13:6,6
**object** 17:9
**objection** 16:20 17:4
17:10,10 18:3 22:16
23:4,18 24:14 27:14
30:14 37:3,17 39:15
43:25 44:16,22 45:24
46:5,17,21 55:19
57:17 58:16 62:4,24
64:7 72:13 74:8,12
78:5 88:10 115:15
123:19 127:25
**objections** 2:12
**obtain** 12:25
**Obtaining** 104:21
**obviously** 6:17 30:5
41:9,10,16
**occurred** 39:19
**offer** 128:20
**office** 61:25 85:4
107:24 108:2
**OFFICES** 3:4
**okay** 64:23 112:10

114:22 122:17
125:12 126:5 131:16
**old** 7:20
**once** 4:17 6:5 50:19,20
59:19
**ones** 39:3 41:16 73:18
120:15
**ongoing** 25:12
**operation** 50:13 61:7
61:10 97:21,24
101:17
**operational** 24:3 56:23
76:16 77:8 86:25
87:24 93:12
**operationally** 31:12
**operations** 25:6 36:5
49:11 61:16,17 62:2
77:24 78:14 79:2
94:19 97:19 101:14
102:13,15,21 129:16
**opinion** 60:12 99:10
100:24
**opportunities** 51:17
95:19 113:6 128:17
**opportunity** 1:9,12
28:18,21,22,23 33:18
116:5 118:2 122:12
128:14,16
**opposed** 64:11
**optimistic** 59:8,15,17
**oral** 24:24
**order** 71:17 122:20
**orders** 9:7,8
**organization** 106:20
**originally** 45:6
**outcome** 134:17
**outright** 66:8
**outside** 97:20,23
108:12,15
**overly** 60:24
**overnight** 30:9
**overseeing** 28:20
**oversees** 28:19
**owe** 128:3 131:6
**owed** 31:14 127:22
**owned** 11:5 49:22
**owners** 21:22
**ownership** 15:11

**P**

**P** 2:2 3:2,2,8
**page** 115:23 116:16,18
116:20,23 117:9,20
131:17 133:3,7,12
**pages** 133:8,9
**paid** 21:18 32:22 33:2
45:10 58:8 67:18,25
88:4 98:6,13 103:8
111:23 115:12,17,18
**paragraph** 114:24
115:9 122:14,18

125:10,20 126:3,12
**part** 14:15 20:22 26:25
64:23 81:15 87:8
90:20 101:15 105:14
112:14 124:8
**particular** 39:18
**particularly** 118:12
**parties** 2:7 134:15
**partner** 28:23 88:14
**partners** 12:4 15:9
20:6,7 21:23 25:8
28:24 36:18 70:14
112:15 113:14
114:14,17
**party** 4:18
**passed** 95:19
**pay** 19:12,15 22:8
31:21,25 66:13 67:17
**paying** 67:23 96:13,23
**pending** 6:19 7:17
**Pennsylvania** 3:7 7:21
10:23 67:11
**people** 5:21 13:11
20:15 21:5 25:24
52:4,11,22 74:23
75:8,19 80:17 83:5
83:18 89:13 99:5
103:3 105:6,8
**percent** 25:16 41:25
42:11 45:16 46:2
54:20,21,25 58:23
87:21 90:23 91:12
96:14,24 118:5,15
128:10
**percentage** 15:5 21:11
21:15,19 24:18 31:16
31:18 58:9 70:2,7,20
78:4,8,11 81:4,16
93:23,25
**perfectly** 43:6,8
**perform** 122:21
**performing** 125:16
**period** 8:18 14:25 41:2
45:2 85:13
**person** 11:10 17:20
35:4 36:5 38:5 40:8
40:10 49:11 50:21
87:4 89:24 108:20
130:14,15
**personal** 79:7 110:21
**personality** 60:2,4,10
72:16 73:16,20,23
74:14,15,20 86:14
95:6
**personally** 105:19
**persons** 74:16
**Philadelphia** 3:7 7:24
9:5 26:10
**phonetic** 10:21
**phrase** 64:10,14
**phrased** 65:23

**physical** 26:6,9
**pills** 7:6
**pipe** 19:13
**piping** 42:5
**pitching** 26:3
**place** 1:24 56:2 87:20
**Plaintiff** 1:7,22 3:5
**Plaintiffs** 1:13
**plaintiff's** 114:20
115:24 117:21
122:13 133:6
**plan** 12:25 47:5
**plans** 12:24
**play** 107:6
**please** 5:19
**PLLC** 15:18
**plus** 94:2,12
**Plymouth** 8:11 40:13
111:8
**pocket** 14:14
**point** 23:5 25:25 26:3
26:14 27:7,11,23
29:6 39:18,21 41:22
42:24 45:7 49:9,16
54:5 61:2 66:22
71:24 79:15 98:4,12
98:16 100:13 127:8
129:14
**points** 9:21 25:2
**Pokie** 25:19
**Polk** 25:20 26:12 47:19
124:11
**poor** 86:13,22
**portfolio** 121:14
**Portfolios** 35:23
**portion** 116:16
**position** 104:19 127:22
128:3
**possibility** 59:11 96:12
**possible** 4:24 6:14 44:3
50:19 66:21,23 93:12
93:13,14 108:9 122:6
**potential** 120:14
**preparation** 84:3,8,14
**prepare** 35:25
**preparing** 62:10,13
**present** 49:3 50:3,23
**preserve** 17:10
**Press** 110:25 111:2
**pressure** 101:6
**presumed** 6:6
**presumption** 96:6
**pretty** 42:25 66:21,24
77:4
**previous** 5:9 64:8
**previously** 112:5
114:20
**primary** 78:15
**prior** 12:16 17:24
18:20 30:6 40:19
52:2 55:21,21 58:7

58:17 71:15 86:7
98:10 104:25
**privileged** 104:13,22
**probably** 39:10 40:17
55:25 69:9,10 87:24
97:7 101:8 109:10
110:8 111:17
**problem** 72:5 87:2
**problems** 26:19 71:13
71:19,20,22
**procedure** 5:5
**product** 37:10 48:8
75:11,16 86:13,21
129:23
**production** 105:13
**products** 18:22 44:2
**professor** 33:15
**Professorship** 33:14
**profit** 14:19 15:6 21:12
21:25 24:19 31:16
45:18 54:19 55:4
57:16,22 58:5,25
96:25
**profits** 30:23 33:7
45:17 46:3 54:16,21
58:6,9,23 70:2,7,21
78:4,8,11 81:4,14,16
90:23 93:23 128:10
**program** 73:6 130:4
**programming** 76:24
**project** 43:17 128:10
**projection** 59:2
**projects** 122:3
**promised** 90:12
**promises** 90:17
**promising** 59:6 129:14
**prone** 72:18
**proprietary** 124:25
126:22
**proprietor** 124:8
**provided** 52:11 53:14
126:8,18,23
**providing** 52:8
**Psychology** 8:4
**Public** 1:24 2:18 4:4
132:18 134:8
**published** 111:6
**pull** 26:15 29:19
**pulled** 16:17 38:18
127:9,20
**purchase** 91:6 92:23
**purpose** 17:9 51:15
53:12
**pursuant** 1:23
**pursuing** 44:3
**pushing** 66:16
**put** 26:8 46:25 47:4
69:14,21
**P&L** 116:6,6 118:3,4
118:14
**P.C** 3:4

**p.m** 116:3
**P5** 112:5
**P7** 122:7
**P8** 116:2

_____
**Q**
**qualified** 18:10 68:23
  69:4 76:25
**quant** 18:16,18 28:11
  37:14 39:21 43:2,3,5
  45:11,14,17,18 47:17
  47:25 48:18,24 49:5
  49:14 50:5,17 57:5,9
  57:9,12,15,21,22
  58:3,8,15,18,21,25
  59:9,22 62:17 64:23
  65:20,25 68:22 69:17
  71:15,15,17 72:11
  74:6,11 75:9 76:9,22
  77:21 128:10
**quantitative** 13:2,20
  14:9,16,25 15:3,20
  16:4,9 18:9,12,13,22
  19:10,15 34:10 37:20
  40:19 41:5,12 42:2,8
  42:12 43:16 123:7
**quants** 15:23
**QUEENS** 134:4
**question** 2:13 5:16,19
  6:2,4,5,7,7,20 17:13
  17:15 37:18 42:23
  52:6 60:18 62:21,22
  69:6 70:4 78:6 81:12
  82:17 84:12 102:13
  104:10
**questioning** 64:13
**questions** 6:24 64:8
  81:19 104:9 110:4
**quick** 130:18 132:4
**quit** 71:16
**quite** 35:10 74:25

_____
**R**
**R** 2:2 3:2 134:2
**radar** 26:24
**Radcliff** 36:21
**ran** 25:5 26:19 119:24
**RANDOLPH** 1:9
**Randy** 4:12 12:13,20
  13:8,13 15:8,15 16:5
  16:6,8 17:19 18:25
  19:21 20:3,6,10,16
  21:22 22:14,23,24
  23:2 25:2,8,17 26:9
  27:17,20,24 29:2
  30:2,16 31:8,10,17
  31:25 34:5,10 38:10
  38:12,24 39:4,8,11
  45:3,4 47:10,12 49:3
  50:23 51:5,21 54:15
  55:3,17 56:11,24

57:19 59:13 61:16,19
  61:25 62:15 63:7,23
  64:3,9 65:11 70:13
  72:2 75:20 76:17
  77:24 78:2,7,13
  79:21,24 80:6 81:10
  81:13,17 83:18,21
  85:16 86:16,25 87:4
  87:10,24 88:3,15
  91:12,12,14,25 92:2
  92:5,9 93:4 94:18
  95:23 96:3,7,11,23
  97:22 98:23 102:14
  102:24 110:3,9,15
  113:13 115:2,20
  118:17 120:20
  121:15 122:11
  123:14,24 124:4,10
  124:21 125:22 126:2
  127:14 129:16 130:7
  130:9,10
**Randy's** 13:3 25:3
  78:14 123:7,10,13
  124:7
**range** 21:15
**read** 62:20,23 84:5
  106:5 112:12 116:20
  122:8
**reader** 84:12
**reading** 112:9
**ready** 112:11
**real** 118:3
**realized** 21:19,21 118:4
  118:14
**really** 10:4 17:19 25:9
  31:11 34:23 41:15,22
  43:18 78:24 96:18
  98:21 101:12 105:11
  106:4 121:4 129:8
**reason** 43:23
**reasonable** 29:17,23
**recall** 13:21 24:17
  26:18 28:4 37:8
  41:18 50:20 52:10
  56:6,16 66:10,14
  70:9,15,18 71:4 72:7
  73:10,18,19 74:22
  75:5,6,7,9,15 85:7,11
  85:19 87:15 89:11,15
  90:15,16,18,22 91:2
  91:8 92:6,13,22 93:6
  93:9,11 96:9 97:8
  98:23 99:25 101:21
  101:25 102:7,13,19
  108:8 112:24 115:18
  116:8 118:7,9 122:5
**receive** 21:7 22:3 54:10
  70:2,7,20 93:13,22
  93:23 105:22
**received** 31:2,18,19
  32:6 54:12 55:23,24

81:3,15 98:7,14
  112:3 116:19
**receiving** 31:5 56:16
  93:9 104:25 112:22
  112:25 116:8,11
  118:7,9
**recess** 48:15 71:9 95:14
**recollection** 41:21,23
  63:11 65:14,17,22
  69:11 75:3 86:13,20
  88:20,21,21,22 89:10
  90:11 92:8,11 96:2
  96:16,17,22 97:3,5
  97:14 103:23,24
  112:21,25 113:2,10
  124:10,12,15,17,20
  124:21,23 125:2
  129:13
**record** 7:7 51:12 53:11
  84:22 112:17,19
  114:25 134:12
**records** 105:14,17,21
**refer** 53:12 56:11
  114:23
**referred** 53:19 113:17
**referring** 18:4 51:14
  53:13 116:16 122:13
  125:10
**refused** 122:18,23
**regard** 47:10 53:19
  99:13 129:23
**regarding** 19:4 105:10
  108:7 109:5 129:23
**regular** 19:13 31:14
  42:4 118:22
**rehash** 100:12
**reiterate** 46:20 68:13
  100:12 113:11,12
**reiterated** 42:13 43:15
  46:15,16
**related** 95:9 134:14
**relationship** 79:16
  85:21,25 86:8,16
  87:8 88:3 90:22
**reliable** 130:13
**remember** 9:14,22 12:9
  15:5,16 16:14 22:24
  23:14 25:15 26:18
  29:13 30:4 31:11
  34:15,18 35:22 36:13
  37:25 38:15,19,21
  39:3,9,16 40:9,17,23
  41:9,15 42:3,7,10
  43:13,13,14 44:12
  45:15 46:13 48:2,2
  48:19,22 49:2,6,8,15
  50:6,9,18,19,21,25
  52:17 54:2,14 55:14
  55:20 56:18,22 57:6
  57:12,18,23,25 58:4

58:11,11,22 59:23
  60:17,19 63:2 66:2
  66:14 67:20 68:8
  69:9,13 71:18,22,24
  72:24 73:3,9,13,18
  74:18,22 75:7,13,18
  76:6 77:11 83:8 85:5
  86:23 87:11 88:6,7
  88:12,16 89:8,17,24
  90:4,8,19 91:11,13
  92:15,18,21,25 93:14
  93:15 94:13 95:4,7
  95:10,22 97:2,22
  98:3 101:8 102:12
  103:25 104:5 105:3
  106:2,23 111:22
  113:3 116:11,12,21
  123:20 124:3,19
  126:17,20 127:7,17
  127:21
**reminded** 70:10
**repaid** 99:9
**Repeat** 70:4
**repeated** 125:13,24
  128:7,11
**report** 56:12 116:6
  118:3,14
**reporter** 5:11,14,15,21
  5:23 62:23
**reporting** 1:27 100:6
**reports** 35:25 36:4
  56:15,17,23 62:3,7
  62:10,14 87:3 93:3,7
  93:10,12 117:17
**represent** 4:11 84:21
  122:9
**request** 6:21 95:24
  105:13,17 106:25
**REQUESTED** 133:11
**research** 119:15,20,25
**researched** 119:23
**researcher** 119:17
**reserve** 104:17
**reserved** 2:13
**reside** 7:10
**resided** 7:12
**residences** 7:19
**respective** 2:7
**response** 68:4,6 105:14
  105:17
**responses** 5:14
**responsibility** 47:7
  78:15
**rest** 115:14
**restaurant** 115:11
**return** 109:12,20
  110:10 124:24
**returned** 125:14
**returns** 32:9,11 79:7,10
  79:13 109:9 110:6,17
**revenue** 32:3

**review** 84:4,13
**reviewer** 84:6
**Richard** 32:12,13
**Richie** 109:10 115:2,3
**right** 29:5 51:3 104:17
  104:23 106:10
  128:19
**rigorous** 119:25
**Risk** 111:11
**RLE** 1:9
**Rock** 36:22,23 44:18
  103:13
**role** 19:17 23:20 25:3,7
  25:10,12 26:2 40:22
  50:12,12 91:23
**roles** 39:10
**Rose** 11:7,13,19,24
  12:6,11,20 34:23,24
  35:6,13,16,21 36:2,7
  36:10,14,15,16,17,21
  37:5,9,11 44:18
  48:21 49:12 60:15,19
  63:21 64:6 121:18,23
  121:24 122:4
**running** 14:11,13
  18:14 30:16,17 87:3
**runs** 18:13

_____
**S**
**S** 2:2,2 3:2
**Sagamore** 16:12,17
  17:3,24 18:8 26:15
  127:8,19
**salaries** 32:2
**salary** 11:24 12:2,3
  14:20 22:7,9 31:5
  32:23 54:4,5,6,7,10
  54:12 55:18 58:8,12
  88:4,9 91:3 93:24
  94:2,12 111:20
  115:19
**sales** 60:9
**salesman** 59:24
**satisfactorily** 122:21
**Saturday** 115:8
**saw** 85:9
**saying** 64:2 66:7 70:9
  75:6 113:6 123:16
**says** 113:6 125:13
  126:6
**School** 8:10,11
**screaming** 88:23
  100:23 101:4
**screens** 107:17
**sealing** 2:8
**search** 105:16,20
  106:24
**second** 116:16,17,20
**sector** 8:20
**securities** 11:22
**security** 116:6 118:4

see 5:10 21:2 24:5,25
    62:15 116:12
seeking 98:5
self 111:6
sell 13:24,25 14:3 16:4
    24:8 25:9,11 119:4
selling 16:9 25:5 33:24
    59:22
sells 117:10,11
send 105:11 106:7
    108:6
sense 49:8
sent 105:13 108:8
    116:3 125:22 126:13
separate 35:9 42:6,10
separated 7:18 67:22
September 112:21
series 9:19,20,23,25
    10:4 64:8
serious 39:2
services 52:8,12 53:14
set 134:11,18
settled 5:7
setup 51:10
shakedown 126:14
Shane 94:14
shape 66:5
share 90:23
Shea 3:8 4:8,10 15:3
    17:14 18:6 20:13
    28:12 37:5 39:20
    41:3 44:24 48:14
    51:19 52:9 53:17,21
    58:17 59:3 70:25
    71:8 74:14,17 78:6
    95:11 97:12 98:10
    102:5 104:16 115:22
    117:19 121:9 122:16
    133:4
sheet 117:11
shit 82:15
shoot 82:15
shoots 113:23
short 33:24 48:12
    66:15
shortcut 28:16
shot 116:7 118:5
show 114:19 122:7
showed 57:15
side 36:5 65:5,7 69:3,7
    69:22 72:14 77:14
    95:18
sides 35:9,24
signed 2:17,19
significant 120:12
sit 12:8 35:19 37:7
    114:16 124:16 127:6
siting 73:11
sitting 96:21 117:15
    130:19
situations 60:11,12,19

60:24,25
skill 59:20
sloppy 129:7,18,22
    130:5
small 14:14 42:3,9,20
    65:5
smoothly 102:21,23
snap 116:7 118:5
sneaker 49:22
Snow 104:8,11,24
socially 35:8 37:2
    121:19
software 91:7
sold 59:14,19,19
somebody 32:15 104:5
    124:2
somewhat 27:4 38:5
soon 106:15
sorry 49:2 56:21 85:23
    102:6 113:19,25
sort 7:17 11:5 12:12
    13:3 14:11 16:3 26:2
    26:2 29:4 30:20 35:9
    37:25,25 39:11 42:8
    47:11 75:7 80:10
    87:21,22 88:24 94:17
    102:19 126:13
sorts 88:23
sounds 113:4
source 21:3 22:18
    31:17 55:23 78:12
sourced 20:18 22:17
sources 20:25
SOUTHERN 1:4
speak 121:13
speaking 41:18,20
    64:11
specific 28:5 42:5
    46:14 52:11 60:19
    63:10 65:22 66:11
    88:16,20 89:15 90:11
    92:7 93:25 96:9,15
    96:22 99:24,25 100:5
    103:22 124:3,21
    130:15
specifically 38:16 49:6
    57:23 60:17,20 66:3
    74:23 75:6,21 76:17
    82:13 87:11 91:14
    104:6 113:12 118:8
    121:13 123:20
    125:21
specifics 31:11 41:15
    60:16 62:15 90:8,18
    92:25 97:2 102:12
    103:5 113:3 124:20
    130:9
spell 13:5 106:6
split 12:13 15:11 21:25
    36:18 54:15 55:3
    81:13

spousal 67:24
spread 117:11
SS 134:4
stab 30:22
staff 119:18
start 5:18 28:15 57:4
started 11:2,17 12:13
    14:8 20:17 22:13
    23:10 28:5,7 29:24
    30:2,16,20 34:13,16
    51:6 54:9 57:8,11
    63:6,18,23 65:13,20
    65:24 71:14,21 94:23
    106:16
starts 114:14
State 1:25 4:4 134:3,9
statement 35:5
states 1:4 122:18
Steve 16:12 17:3 18:11
    18:15,15 25:11,19
    26:9,10,14 57:5
STIPULATED 2:5,11
    2:16
stock 119:13
stockbroker 8:16,18,21
stop 66:15
store 49:22
stormed 85:3 87:18
    97:12
strategy 16:9 41:12
    128:19
Street 1:27 7:11 16:7
strike 19:7
strong 27:11
strongly 123:5
structure 41:16
structures 29:2
stuff 19:22 25:6 33:14
    34:25 35:2 45:8,12
    47:15 50:13 56:8,10
    61:10,18,21,24,25
    77:8 80:11,12 89:12
    90:19 100:5 116:13
    123:7 125:23
subject 116:5 118:2,13
Subscribed 132:14
Subsequent 51:5
successful 16:8
sued 4:19,19
Suggestive 12:4
Suite 3:6
suppose 54:3,17 101:6
supposed 21:7 73:4,5,6
    85:10,11 87:23 90:20
    129:6
sure 12:7 13:10,10
    14:21 17:19 18:21,23
    20:15 35:3,18 36:4
    38:3,15,16 39:6
    42:25 46:23 47:10
    48:14 51:16 55:9

56:14 66:10,11,22
    71:8 73:17 74:2 77:4
    77:23 79:20 81:19
    87:21 95:13,25 96:4
    96:9 120:12 123:8
    125:25
suspect 123:5,6
suspecting 123:12
Susquehanna 8:22 9:3
    10:7 34:22 37:4
    89:13,14,20 90:7
Susquehanna's 89:5
swore 5:23
sworn 2:19 4:3 132:14
    134:11
system 35:4 41:25 73:5
    89:6,18
systems 35:23,24 38:5
    42:15 128:9

                T

T 2:2,2 4:2 13:6 134:2
    134:2
take 5:14 6:16,18 7:6
    8:6 9:16,19 48:12
    55:17 71:7 95:12
    114:21
taken 1:22 48:16 71:10
    95:15
talk 13:8,12 17:20 30:5
    40:21,24 47:16 49:13
    51:19 62:12,16 82:2
    82:14,18 83:7,21
    84:8 89:13,19 96:20
    97:5 98:11 113:10
talked 13:10,17 20:14
    28:8 30:18 31:15
    33:18 48:23 65:18
    81:23,25 82:21 83:2
    83:9,11,14,20 84:25
    89:20 96:4,7,8,10
talking 5:22 28:7,10
    30:2,17 31:22 34:16
    38:9 39:23 45:13
    50:20 51:13,16,20
    59:7 63:6,25 71:19
    86:5 113:8 119:24
task 72:25
taught 33:11
tax 32:9,11 79:7,10,13
    109:8,12,19 110:5,10
    110:17
taxes 32:13
teaching 33:9,11,17
team 31:14 129:17
teenagers 34:9
telephone 40:8
tell 12:23 29:4 37:9
    44:10,11 48:20,24
    65:19 68:18 71:16,21
    73:24 85:8 96:18

112:8
telling 101:22 103:23
ten 117:11
term 114:17
terms 19:18 20:8 26:21
    90:12 107:14
testified 4:5 127:4
    131:5,10,11
testimony 4:25 5:24
    134:12
TGIF 40:13
Thank 132:6
theme 63:25
Theoretically 54:20
theories 123:10
theory 13:3,3 39:22
    124:8
thing 18:14 19:9 39:25
    40:2 42:9 47:21
    68:20 72:8 73:3
    86:17 88:25 96:19
    99:7 103:13 112:13
    119:18 122:8
things 20:14 24:3 25:9
    29:5 35:14 36:25
    38:2,7,25 40:14
    41:23 42:6,8 43:10
    43:15 56:24 57:7
    58:4 61:7,7 64:15
    72:19 73:22 75:19
    76:11,16,16 77:2,10
    80:9,10 86:24 88:24
    88:25 89:8 90:10
    94:18 99:4,6,20
    100:12 101:2 102:21
    103:2 107:16 116:22
    129:5,6,12,14,19,20
think 4:17 5:3 8:15,25
    9:24 10:17 12:10
    14:21 16:25 17:23
    21:10 22:5,8,20,24
    23:19 24:23 25:15,16
    25:19 26:11,12 27:9
    29:7 31:7 32:2,15,23
    33:2,8 34:12 35:22
    36:15,24 37:24 38:4
    38:19 44:5,7 45:6
    47:3,6 49:22 52:16
    52:19 53:3 55:25
    56:4 58:10 59:19,23
    67:9 68:22 69:3 80:5
    80:6,16 81:6,9 82:23
    86:15,18 87:19,21
    91:11,17 92:4 93:4,5
    94:25 97:18 101:21
    103:5,21 104:7 105:2
    105:20 106:3 109:3
    109:16 110:3,8 111:4
    114:3,5,11 115:5
    119:13 124:20
    125:25 127:13

**Z**

**Z 4:2**

**$**

**$40,000.00** 14:21
**$50,000.00** 115:10
**$680,000.00** 114:24
  115:9

**0**

**02** 12:12,16,20 13:21
  13:23 14:8 36:17
**03** 15:22 16:16 19:2
**04** 16:15,15,17,25
  17:23
**05** 26:22 66:21,23 85:6
  86:11 94:25
**06** 26:22 73:8 85:6
  94:25
**08** 1:8

**1**

**1** 114:20
**10** 41:25 42:11 45:16
  46:2 58:23 90:23
  96:13,24 128:10
**10017** 3:15
**10022** 7:11
**11:04** 116:3
**11:15** 117:24
**115** 133:8
**117** 133:9
**12th** 134:19
**1200** 3:6
**15th** 115:9
**16** 1:18 122:14,18
**1617** 3:6
**19** 125:10,20
**19103** 3:7
**1990** 8:24
**1995** 111:18
**1998** 28:8
**1999** 11:6

**2**

**2** 11:3 54:20,20,25
**2:07** 132:8
**20** 54:20,21 126:3
**20th** 112:21
**20's** 111:5
**2000** 11:15,16,18
**2001** 28:4,7
**2002** 28:6
**2003** 79:13 105:23,24
  109:9,13,25
**2004** 30:24 31:3 79:10
  109:9,15,25
**2005** 28:15 29:6,7,10
  ͻ:25 32:4,7 51:6,18
  ῗ:2,14 54:13 55:21
  /5:24 79:7,7,23 81:3

**2006** 73:8 91:7 111:23
  111:24 115:9
**2008** 1:18
**2009** 132:15 134:19
**22** 116:3 117:24
**22nd** 3:14
**25** 8:21 21:16,17
**260** 115:13,16,18
**2969** 1:8

**3**

**3** 133:9
**300** 54:8
**310** 7:11
**380** 1:16 3:14

**4**

**4** 5:3 133:4,8
**44** 1:27

**5**

**50** 21:16,17,18
**50/50** 21:22 55:4
**53rd** 7:11
**55** 115:11

**6**

**6** 7:18

**7**

**7** 9:20,23,25 10:4

**8**

**8** 115:24 133:8
**8/22/05** 116:6 133:9
**8/22/08** 133:8
**88** 8:16

**9**

**9** 117:21 133:9
**9:57** 1:18
**90** 8:25
**90's** 10:5
**91** 8:24
**93** 10:8,10
**96** 11:3
**98** 10:25 30:21
**99** 11:13

106:22 109:9,19,20
110:7 111:21 112:3
112:21 116:3 117:24
119:20 128:12

128:12 130:20
131:14
**thinking** 103:25
**third** 15:13,13,13
116:17,20
**thought** 19:11 28:14
34:2 38:8 41:22
88:14 114:7,8 128:22
128:23,24 131:14
**three** 117:20
**time** 1:18,23 2:14 5:18
5:22 8:7,18 9:24
12:14 14:25 15:12,23
17:8,8 26:14,20,21
27:23 29:6 33:24,24
39:21 40:4 41:2 42:9
42:19,24 43:16 45:7
45:25 46:22 48:4
54:2,4 57:6,10 59:7
61:2,9 63:2,13 64:3
65:19 66:19 67:3,21
69:24 70:5,12 79:15
81:23 83:8,14 84:25
85:7,9,13 88:2 89:2
90:21 96:8 97:9,14
97:15 98:5,12,16
100:13 107:9 108:16
114:6 117:24 118:5
118:15 124:9 127:8
127:12 128:8,18,23
129:4,9,15 131:16
132:7
**timely** 129:7,11,22
130:5
**times** 4:16 40:12,13
42:7,13 44:13 46:15
46:16,20 55:10 66:11
66:15 72:24 74:2
89:9 128:7,11
**timid** 60:11,23
**title** 36:7
**today** 5:24 12:8 37:7
73:11 83:12 92:8
96:21 114:16 117:15
120:3 127:6 130:19
**today's** 84:3,8,14 116:5
118:3,13
**told** 27:21 30:15 51:9
75:14 78:10 99:21
100:8 101:16,18,20
101:23 121:17 124:2
124:5 129:20
**ton** 128:15
**tone** 113:3
**tool** 118:22
**top** 107:7 112:14
**totally** 101:9
**tower** 113:23 114:10
**trade** 10:13
**traded** 11:23 85:16
**trader** 9:9,10 10:5,6,11

11:21 111:13 121:25
**traders** 9:8
**trading** 35:10,14 36:4
89:6,18 111:11 123:2
124:25
**traits** 60:14
**trial** 1:20 2:14 17:11
**tried** 99:8 103:17
**true** 89:2,3,5,14 90:5,6
103:12,16 134:12
**truth** 96:18
**try** 6:13,13 12:25 14:5
16:3 24:3,7 31:13
82:16 119:13
**trying** 13:24,25 21:13
24:8 28:16 50:18
123:11
**Tuesday** 112:20
**Tuomo** 13:4,14 15:8,15
16:6 113:14
**Tuono** 34:4
**turn** 126:9
**twelve** 117:10
**two** 5:21 33:19 36:18
36:19 44:2
**tying** 9:24
**type** 4:23 8:5 9:2 12:5
15:14,17 17:16,21
21:9 22:3 25:13
27:10,17 33:9,17
35:2 42:20 56:9,14
60:4 61:5,9,10 67:23
96:19 97:17,21
106:24 110:20
111:20 116:9 118:9
121:21,22 122:2

**U**

**u** 2:2 13:6
**understand** 6:2,3,9,24
40:20 64:10 68:12
84:12 112:24 123:11
124:13
**understanding** 28:18
69:25 70:6,13,20
85:20,24 87:22 99:15
100:4 117:16
**understood** 6:6 35:11
46:23
**unfair** 99:5 100:21,22
**unfortunately** 14:20
**unhappy** 75:19
**UNITED** 1:4
**University** 7:23
**unnecessary** 102:10
**unreal** 118:3
**unrealized** 21:20 118:4
118:14
**upstanding** 129:9
130:17,20
**use** 29:3 107:5,10

108:20
**usually** 17:20

**V**

**vague** 124:10,11,15,20
129:13
**Valley** 40:16
**value** 118:5,15
**varies** 21:13
**variety** 80:9,10
**various** 24:6 28:4
55:10 72:24 75:19
105:6
**VCA** 17:24 18:20,25
19:4,6,7,16,17,18,24
20:4,7,9,9,17,22 21:4
21:25 22:4,10,11,11
22:13,15,19,21,25
23:3,10 24:11 30:11
30:24 31:3,6,9,9,16
31:19,23 32:14,18
44:21 45:4,5 50:8
51:5 52:5,23 53:9,12
56:3,7,13 61:3,6,8
62:3,18 64:15,18,24
65:4 69:3,8,12,22
70:21 71:11 72:12
74:7,21 75:16 76:7
77:17 78:4,8 80:17
81:7,14,15,16 97:18
97:21 101:17,24
109:12,19 110:17
111:24
**VCA's** 18:23 53:19
**Vega** 14:4,6,11 15:2,4
15:24 16:9,16 34:11
34:17 37:20 38:6,18
38:23 39:24,24
**venture** 43:22
**verbal** 5:13,15
**video** 107:6
**vider** 28:22
**Virtual** 26:13
**virtually** 100:25 101:10
**Visi** 106:15,17 108:18
**Vision** 1:8,8,11,12 4:13
12:14 16:19,22 17:2
17:17 23:12,17,21
25:3,25 27:3,13,16
28:18,21,21,23,24
34:14 51:14,17,17,19
51:23 52:7,13,23
55:7,16,22 70:3,8,14
72:12 74:7 75:17
77:2,10,18,22 79:16
79:19,23 80:18 81:3
81:4,21 85:22 86:2,9
88:5,14 90:14,23
91:3 93:3,17 94:6,8
94:24 95:18,21 97:25
102:3,4,6,18 106:18

109:12,21,24 110:6
110:18 111:20,24
116:5 118:2,10,13,23
118:25 120:24 121:7
122:11,12,20 123:2
124:23 125:3,15
126:24 127:23 128:2
**Vision's** 92:19
**visit** 120:13
**visited** 120:15
**vs** 1:7,14
**Vuseihamala** 80:13

**W**

**W** 4:2
**waived** 2:9
**Walk** 37:6
**walking** 86:5,7
**want** 5:9 19:14 29:19
37:24 42:4 43:9,15
49:7,23 51:8 64:13
64:22 84:11 89:10
95:12 100:12 102:14
104:23 112:12
113:19
**wanted** 4:25 43:23
46:22 82:14 92:13
99:12
**wants** 82:6
**wasn't** 78:24
**way** 18:13 42:8,14
46:14 66:5 74:23
120:12 134:16
**week** 65:17
**weekend** 81:25 82:5
**went** 10:8 11:7 46:22
50:21 62:9 102:21,22
102:23
**WHEREOF** 134:18
**White** 8:11
**wind** 86:16
**wise** 35:7
**withdraw** 78:6
**witness** 4:2,21 13:6
17:6 28:13 29:15
52:7 56:21 71:7 76:6
84:19 106:2 112:16
116:15,17,19,24
117:7,10 123:24
132:9 133:3 134:10
134:13,18
**word** 64:8 120:19,21
120:22
**words** 22:6 41:6 73:24
102:11
**work** 11:7 24:11 25:25
31:25 35:6 36:23
37:10,13 41:24 43:11
44:20,23,25 46:3
48:7 52:23 53:6,9
55:6 56:3,4,25 57:21

58:7 61:5,9 64:14,18
65:5,7,12,13 69:3,8
69:22 71:11,12,17,20
71:23 72:5,14 73:2
75:10,16 77:14,24
80:17 83:6,18 86:13
86:21 87:22 90:13
95:8,18,20 97:17,18
97:21,24 102:17
103:17 106:8 107:5
107:11 108:7,12,15
110:23 121:2,8
122:23 127:23 128:2
128:9,16,17 129:23
129:23,25 130:3,6
**worked** 8:15,17 11:8
23:2 25:25 26:11,12
34:21 35:23 37:14
52:5,20,21,22 53:3,4
58:21 61:16,17 62:2
63:21 74:5,11 78:23
78:25 79:5 111:15
121:17 128:14
**working** 12:17 20:8,17
22:11 37:10 42:18,23
44:14 48:17,18 49:5
52:4,19 56:24 57:4,8
57:11 58:5,14,17
61:3 62:17 63:7,23
64:3,9 65:25 68:22
69:15 71:14,15 72:11
74:16,20 79:4 81:20
82:8 94:24 95:17
122:3 129:4,10
**works** 94:15
**world** 35:24
**wow** 74:24
**writing** 24:22 47:2,5
**written** 12:5 15:15
78:16,19 93:19 94:6
**wrong** 60:11,12,23,24
86:24 87:2 101:2

**X**

**x** 1:5,11,16

**Y**

**Yale** 33:22
**Yatde** 10:21
**Yeah** 55:5 83:23
**year** 7:13 8:23 9:10,12
26:21 113:7
**years** 5:3 7:18 10:12
11:3 106:15 109:9
**yelling** 88:23 100:23
101:4
**York** 1:4,17,17,25 3:15
3:15 4:4 7:11 73:2
82:6 85:11 87:17
134:3,9

Case 1:08-cv-02969-BSJ-RLE   Document 24-22   Filed 03/06/09   Page 78 of 78